UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| TRINITY PRINT & MEDIA, INC., a Florida corporation, VIBEY.COM, LLC, a Florida limited liability company, and TURTLE MEDIA GROUP, LLC, a Florida limited liability company, <br><br>　　　　Plaintiffs, <br><br>vs. <br><br>ROMAN ROMANYUK, an adult individual, MIRZA POLOVINA, an adult individual, RUCKUS VENTURES LLC, a Washington limited liability company, and PREZNA LLC, a Washington limited liability company, <br><br>　　　　Defendants. | Case Number: 8:23-cv-449 <br><br>JURY TRIAL DEMANDED <br>INJUNCTIVE RELIEF REQUESTED |

## PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION

COMES NOW, Plaintiffs, Trinity Print & Media, Inc., a Florida corporation ("Trinity"), Vibey.com, LLC, a Washington limited liability company ("Vibey"), and Turtle Media Group, LLC, a Washington limited liability company ("Turtle Media") (collectively, "Plaintiffs"), by and through their undersigned counsel and pursuant to Fed. R. Civ. P. 65(b) and Rule 6.02 of the Local Rules of the Middle District of Florida, and moves this Court for entry of a preliminary injunction against Defendants, Roman Romanyuk ("Romanyuk"), Mirza Polovina, Ruckus Ventures LLC, and Prezna LLC (collectively "Defendants"), and any affiliated or related entities together with their agents, employees, representatives, retailers, distributors, and all persons acting by, through or for them, or on their behalf:

  A. Enjoining them from working with the media buyers and media buying operations teams identified in that certain LLC Membership Unit Sale and Purchase Agreement between Trinity and Romanyuk for Vibey.com LLC, effective September 23, 2022;

  B. Enjoining them from using any of the articles, images, logos, or other intellectual property, or any derivations thereof, associated with Vibey's WorldLifestyle website, http://worldlifestyle.com, and social media accounts on Twitter, https://twitter.com/worldlifestyle, and Facebook, https://www.facebook.com/worldlifestyle (collectively, the "WorldLifestyle Content");

  C. Enjoining them from using any of the articles, images, logos, or other intellectual property, or any derivations thereof, associated with Turtle Media's Lifebuzz website, http://Lifebuzz.com, and social media accounts on Twitter, https://twitter.com/lifebuzznews, Facebook, https://www.facebook.com/LifeBuzzNews/, Instagram, https://www.instagram.com/lifebuzznews/, and Pinterest, https://www.pinterest.com/LifeBuzzNews/ (collectively, the "LifeBuzz Content");

  D. Compelling them to return to Plaintiffs or destroy any paper or electronic copies of the WorldLifestyle Content or the LifeBuzz Content in their possession, custody, or control; and

  E. Directing that Defendants file with the Court and serve on Plaintiffs within thirty (30) days after service of the Court's Order as herein prayed, a report in writing under oath setting forth in detail the manner and form in which Defendants have complied with the Court's Order.

 Plaintiffs request that the preliminary injunction remain in effect during the pendency of this action, pending a final hearing and determination by this Court on Plaintiffs' claims. The Plaintiffs are prepared to present and to offer security in such form and amount as this Court may direct, to make good such damages, not to exceed the amount directed by the Court, as may be

suffered or sustained by the Defendants if they are later found to have been wrongfully enjoined. Plaintiffs believe and suggest that a reasonable amount of security to be posted as a condition of the requested preliminary injunction would be Five Thousand Dollars ($5,000.00). A proposed form of preliminary injunction is attached hereto as Exhibit A.

Dated:         March 1, 2023                    Respectfully submitted,

By: */s/ Robert K. Tucker II*
Robert K. Tucker II (#51641)
GORDON REES SCULLY MANSUKHANI LLP
100 S. Ashley Drive, Suite 1290
Tampa, FL 33602
Tel.: (813) 523-4948
Fax: (813) 337-3505
Email: rtucker@grsm.com

Bart R. Valdes (#232280)
DSK LAW GROUP
609 West Horatio Street
Tampa, FL 33606
Tel.: (813) 251-5825
Fax: (813) 254-1063
Email: bvaldes@dsklawgroup.com

*Attorneys for Plaintiffs,*
*Trinity Print & Media, Inc., Vibey.com,*
*LLC, and Turtle Media Group, LLC*