UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| TRINITY PRINT & MEDIA, INC., a Florida corporation, VIBEY.COM, LLC, a Florida limited liability company, and TURLE MEDIA GROUP, LLC, a Florida limited liability company,<br><br>Plaintiffs,<br><br>vs.<br><br>ROMAN ROMANYUK, an adult individual, MIRZA POLOVINA, an adult individual, RUCKUS VENTURES LLC, a Washington limited liability company, and PREZNA LLC, a Washington limited liability company,<br><br>Defendants. | Case Number: _____<br><br>JURY TRIAL DEMANDED<br>INJUNCTIVE RELIEF REQUESTED |

**[PROPOSED] ORDER GRANTING**
**MOTION FOR PRELIMINARY INJUNCTION**

WHEREAS, Plaintiffs Trinity Print & Media, Inc., Vibey.com, LLC, and Turtle Media Group, LLC (collectively, "Plaintiffs") filed a Motion for Preliminary Injunction; and

WHEREAS, upon consideration of Plaintiffs' Motion for Preliminary Injunction, and for good cause shown,

IT IS HEREBY ORDERED this ____ day of _____ 2023, as follows:

1. Plaintiffs' Motion for Preliminary Injunction is **GRANTED**.

2. Defendants Roman Romanyuk, Mirza Polovina, Ruckus Ventures LLC, and Prezna LLC, and any affiliated or related entities together with their agents, employees, representatives, retailers, distributors, and all persons acting by, through or for them, or on their behalf (collectively, "Defendants"), are hereby enjoined from working with the media buyers and media buying operations teams identified in that certain LLC Membership Unit Sale and Purchase

Agreement between Trinity and Romanyuk for Vibey.com LLC, effective September 23, 2022, attached to the Complaint as Exhibit 1 at Exhibit A.

3. Defendants are further enjoined from using any of the articles, images, logos, or other intellectual property, or any derivations thereof, associated with Vibey's WorldLifestyle website, http://worldlifestyle.com, and social media accounts on Twitter, https://twitter.com/worldlifestyle, and Facebook, https://www.facebook.com/worldlifestyle (collectively, the "WorldLifestyle Content").

4. Defendants are further enjoined from using any of the articles, images, logos, or other intellectual property, or any derivations thereof, associated with Turtle Media's Lifebuzz website, http://Lifebuzz.com, and social media accounts on Twitter, https://twitter.com/lifebuzznews, Facebook, https://www.facebook.com/LifeBuzzNews/, Instagram, https://www.instagram.com/lifebuzznews/, and Pinterest, https://www.pinterest.com/LifeBuzzNews/ (collectively, the "LifeBuzz Content").

5. Defendants are directed to return to Plaintiffs or destroy any paper or electronic copies of the WorldLifestyle Content or the LifeBuzz Content in their possession, custody, or control.

6. Defendants are further directed to file with the Court and serve on Plaintiffs within thirty (30) days after service of the Court's Order as herein prayed, a report in writing under oath setting forth in detail the manner and form in which Defendants have complied with the Court's Order.

7. This preliminary injunction shall remain in effect during the pendency of this action, pending a final hearing and determination by this Court on Plaintiffs' claims.

8.	As a condition of this preliminary injunction, the Plaintiffs are directed to post a bond in the amount of Five Thousand Dollars ($5,000.00) as security for any damages that may be suffered or sustained by Defendants if they are later found to have been wrongfully enjoined.

_____
U.S.D.J.