UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| PRINT & MEDIA, INC.; et al., <br><br> Plaintiff(s), <br><br> Vs. <br><br> RUCKUS VENTURES LLC; et al., <br><br> Defendant(s). | NO. 8:23-cv-00449-VMC-JSS <br><br> DECLARATION OF SERVICE OF: SUMMONS IN A CIVIL ACTION; VERIFIED COMPLAINT AND EXHIBITS; PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION; PLAINTIFFS' MEMORANDUM FOR LAW IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION; DECLARATION OF NOAM POUPKO AND EXHIBITS 1-6; MOTION FOR SPECIAL ADMISSION; RULE 7.1 DISCLOSURE; ORDER ON MOTION FOR TEMPORARY RESTRAINING ORDER; PLAINTIFFS' MEMORANDUM FOR LAW IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION; DECLARATION OF NOAM POUPKO AND EXHIBITS 1-6. |

STATE OF WASHINGTON
COUNTY OF KING

    That I am now, and at all times herein mentioned, was a citizen of the United States and a resident of the State of Washington, over the age of 18 years, not a party to or interested in the above entitled action, and am competent to be a witness therein.

    That at 6:51 P.M. on March 6th, 2023, at 19962 101st Avenue Southeast, Renton, Washington, I duly served the above-described documents in the above-described matter upon Ruckus Ventures, LLC, by then and there personally delivering a true and correct copy thereof by leaving the same with Roman Romanyuk, its Registered Agent, who stated that he was authorized to accept.

I declare under the penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

| | |
|---|---|
| Process Fee: | 12.00 |
| Prep: | |
| Travel: | 70.00 |
| Bad Address: | |
| SSA: | |
| Wait: | |
| Special Fee: | 60.00 |
| Declaration Fee: | 12.00 |
| TOTAL | $ 154.00 |

Signed at Seattle, Washington, on 3/10/23

PAT MAHONEY    KING CO. # 0310560