TRINITY PRINT & MEDIA, INC.,
A Florida corporation, VIBEY.COM, LLC,
a Florida limited liability company, and
TURTLE MEDIA GROUP, LLC,
a Florida limited liability company.

     Plaintiffs,

v.

Case No.
8:23-cv-00449-MSS-JSS

ROMAN ROMANYUK, an adult
individual, MIRZA POLOVINA, an adult
individual, RUCKUS VENTURES LLC,
a Washington limited liability company,
and PREZNA LLC, a Washington
limited liability company,

     Defendants.

_____
/

## DECLARATION OF ROMAN ROMANYUK

I, ROMAN ROMANYUK, do hereby swear and affirm under the penalties of perjury that the following information in this Declaration is true and correct and if called as a witness, I would competently testify under oath thereto.

1.    This Declaration is made from my personal knowledge.

2.    Declarant is over the age of 18.

3.      Declarant graduated Kentridge High School in 2009 and received a Bachelor's of Business Administration with a concentration in Technology & Innovation Management from the University of Washington, Bothell, in 2012.

4.      Declarant started as a sole proprietor in 2006 building websites and freelancing. In 2009, Declarant became a serial entrepreneur who has a passion for early stage startups. Declarant is very active in the Seattle metropolitan startup community both as an operator and as a mentor to startups.

5.      Declarant was the Sole Owner of VIBEY.COM, LLC ("Vibey") from November 2, 2016 to September 23, 2022.

6.      Declarant is the Sole Owner of RUCKUS VENTURES LLC ("Ruckus"), from October 25, 2017 to present.

7.      Declarant is the General Partner of PREZNA, LLC ("Prezna") from January 6, 2016 to present.

8.      Declarant has honored all covenants in the two LLC Membership Unit Sale and Purchase Agreements executed on or about September 23, 2022 (collectively "Agreements").

9.     TRINITY PRINT & MEDIA, INC. ("Trinity"), VIBEY.COM, LLC ("Vibey") and TURTLE MEDIA GROUP, LLC ("Turtle") (collectively "Plaintiffs") and Gurjot Batra ("Gurjot") and Noam Poupko ("Poupko") were fully aware that Declarant owned competing websites such as http://funnyand.com and others — that is why non-compete clauses are not included in the Agreements.

10.     Poupko, as Vice President of Digital Marketing for Trinity, changed the business model of the websites http://worldlifestyle.com ("WorldLifestyle.com") and http://lifebuzz.com ("LifeBuzz.com") (collectively "the websites") and ignored best practices recommended by Declarant during transition which resulted in weaker performance.

11.     Poupko has a history of running businesses into the ground.

12.     On information and belief, Poupko has had to file personal bankruptcy.

13.     Two of his previous businesses were failures, *to wit,* Z Lifestyle LLC and Ads Direct Media, Inc.

14.     Another failure was Worldlifestyle.com, which was formerly owned by Poupko.

15. Because of Poupko's poor performance in running Worldlifestyle.com, he was forced to hire Declarant as a contractor to stabilize Worldlifestyle.com.

16. Declarant was able to stabilize Worldlifestyle.com; however, Poupko was unable to pay Declarant for his services.

17. In May 2020 Poupko suggested that Declarant purchase Worldlifestyle.com.

18. Since Declarant saw little likelihood that Declarant could collect the large balance Declarant was owed any time in the foreseeable future, Declarant agreed to purchase Worldlifestyle.com from Poupko.

19. As part of the purchase price, Poupko's debt to Declarant was forgiven.

20. Declarant turned the failing business around one month after purchasing it from Poupko.

21. Over the next two and a half years Worldlifestyle.com was profitable almost every month.

22. In 2022, Poupko called Declarant out of the blue and said that he had someone who wanted to buy two of Declarant's businesses. Poupko said he did not have the funds to purchase Worldlifestyle.com back for himself,

but he was working with Gurjot who, as an entrepreneur/investor, had sufficient funds and/or borrowing power to make the purchase.

23.     Poupko scheduled a call with Gurjot and Declarant.

24.     After several calls, Gurjot began the due diligence process.

25.     On September 23, 2022, Gurjot purchased Vibey and Turtle which are Worldlifestyle.com and Lifebuzz.com.

26.     Poupko became Vice President of Digital Marketing for Vibey and Turtle. He began working with Declarant during the transition.

27.     For the first several weeks, Poupko and Declarant were in frequent communication. By the end of the second month, Poupko was in total control of the websites.

28.     During the transition period, Poupko exhibited sloppy, unorganized and careless behavior.

29.     Declarant told him that management of the websites demanded detailed orientation to be successful. Declarant suggested that Poupko needed to get an assistant or another executive because in this business details matter.

30. During the first month, Declarant helped him keep the business afloat and it was doing fine. As soon as Declarant left, however, Poupko started making big changes that hurt the bottom line.

31. On information and belief, Poupko has 5 or more children.

32. Declarant observed that Poupko simply did not have the time or energy to run the websites properly on his own.

33. It is a full-time job which requires the manager to be extremely detail oriented, communicating regularly with the media buying teams and giving them support to make sure everything is running smoothly — Poupko exhibited none of these qualities when Declarant worked with him in 2020 or 2022.

34. Directly following the sale, Poupko was notified how to operate the websites and the things he needed to do consistently to keep the websites profitable, especially during Quarter 4 (Q4) which is the strongest quarter of the year. One task was scanning and blocking high click through (CTR) advertisers which would hurt the sites' profitability and appear more frequently in Q4.

35. Poupko ignored this crucial task and did not keep track of these bad advertisers. For the first month after the sale, Declarant helped and

blocked these advertisers. Declarant also provided Poupko with video guides on how to complete the task. Notwithstanding that assistance, bad advertisers continued showing up on the websites well into December which hurt the site's profitability. Poupko was told multiple times to scan and block these advertisers weekly, but he ignored Declarant's recommendations.

36.    In November 2022, Poupko started buying significant traffic to an infinite scroll layout and grew it to over 70% of the traffic on the websites. This effectively changed the business model of the websites as the Defendants strictly ran a Paginated Layout which was the entirety of their success with the websites. A Paginated Layout entails showing a navigation button at the bottom of each slide which directs the reader to the next page of the article. Paginated Layouts result in higher revenue per session (RPS) and in turn higher advertising rates. An Infinite Scroll Layout entails a content structure that allows the user to scroll infinitely through the article without having to click on a navigation button. Infinite Scroll Layouts have a lower RPS because of lower advertising rates. The websites were running solely a Paginated Layout which resulted in higher advertising rates. When Poupko introduced an Infinite Scroll Layout, the advertising rates on the Paginated Layout fell dramatically. All of this was explained to Poupko by

Defendants multiple times, but he continued running an Infinite Scroll Layout. This made all previous advertising campaigns that transferred to the Plaintiffs unprofitable and all media buying efforts unsuccessful.

37.     Poupko    also    started    buying    significant    traffic    from Geos/Countries. Defendants purchased the majority of United States traffic, while now Poupko has been buying Canadian, United Kingdom and Australian traffic among others — all of which pay much lower advertising rates than U.S. traffic.

38.     During the transition, Poupko did not follow company protocol when adding new media buying teams or new advertising accounts for existing media buyers. Poupko was made aware that if he adds additional media buying team members or creates new advertising accounts, he should document that in the company Google Docs files and notify Vadym Lykinskyi who is in charge of data entry.

39.     On January 24, 2023, Poupko switched the content management system (CMS) without notifying anyone on the media buying and campaign creations team. Worldlifestyle.com was down for the day causing thousands of dollars in losses. This could have been completely avoided by

communicating with the media buying teams, which would have paused campaigns while they made the switch.

40.     Since the sale there has been no activity on Lifebuzz.com. The wise thing would have been to test all of these changes on Lifebuzz.com and not Worldlifestyle.com which was running profitably before all of Poupko's changes post-sale. Plaintiffs did not reach out to Declarant or Mirza with any questions related to the websites. They let Poupko control everything.

41.     Based on Declarant's observations and experience, this has proven to be the main reason behind the decline of the site.

42.     Plaintiffs fully understood that the Defendants would remain in competing businesses and proceeded forward with that understanding.

43.     The Plaintiffs' claim that Defendants infringed on their copyright is without merit.

44.      The Plaintiffs' "first use dates" contained in Poupko's Declaration (Doc. 9) were obtained from an unreliable ad spy tool that only approximates the date an advertising campaign went live, and does not accurately reflect the actual date of publication.

45.     The listing set forth below together with the attached exhibits accurately reflect the actual date of publication of the articles in question.

This conclusively demonstrates that they were first published by FunnyAnd.com -- much earlier than the "first use dates" contained in Poupko's Declaration.

a.  Article #1, Worldlifestyle.com publish date was January 16, 2023 while on FunnyAnd.com it was published on August 31, 2021. (Attached hereto as **Exhibit "A."**)

b.  Article #2, Worldlifestyle.com publish date was January 16, 2023 while on FunnyAnd.com it was published on June 16, 2021. (Attached hereto as **Exhibit "B."**)

c.  Article #3, Worldlifestyle.com publish date was January 31, 2023 while on FunnyAnd.com it was published on November 8, 2021. (Attached hereto as **Exhibit "C."**)

d.  Article #4, Worldlifestyle.com publish date was February 1, 2023 while on FunnyAnd.com it was published on December 21, 2020. (Attached hereto as **Exhibit "D."**)

e.  Article #5, Worldlifestyle.com publish date was February 10, 2023 while on FunnyAnd.com it was published on December 14, 2020. (Attached hereto as **Exhibit "E."**)

f.  Article #6, Worldlifestyle.com publish date was February 1, 2023 while on FunnyAnd.com it was published on December 13, 2020. (Attached hereto as **Exhibit "F."**)

g.  Article #7, Worldlifestyle.com publish date was January 16, 2023 while on FunnyAnd.com it was published on November 11, 2022. (Attached hereto as **Exhibit "G."**)

h. Article #8, Worldlifestyle.com publish date was January 16, 2023 while on FunnyAnd.com it was published on January 13, 2023. (Attached hereto as **Exhibit "H."**)

i. Article #9, Worldlifestyle.com publish date was January 16, 2023 while on FunnyAnd.com it was published on December 13, 2020. (Attached hereto as **Exhibit "I."**)

j. Article #10, Worldlifestyle.com publish date was January 17, 2023 while on FunnyAnd.com it was published on April 20, 2021. (Attached hereto as **Exhibit "J."**)

k. Article #11, Worldlifestyle.com publish date was February 24, 2023 while on FunnyAnd.com it was published on January 27, 2023. (Attached hereto as **Exhibit "K."**)

l. Article #12, Worldlifestyle.com publish date was February 24, 2023 while on FunnyAnd.com it was published on January 6, 2023. (Attached hereto as **Exhibit "L."**)

m. Article #13, Worldlifestyle.com publish date was February 24, 2023 while on FunnyAnd.com it was published on February 16, 2023. (Attached hereto as **Exhibit "M."**)

n. Article #14, Worldlifestyle.com publish date was January 15, 2023 while on FunnyAnd.com it was published on February 27, 2022. (Attached hereto as **Exhibit "N."**)

46. None of the articles contained/referenced in Poupko's Declaration were copied by Defendants from Worldlifestyle.com

47.     Contrary to what the Plaintiffs claim, the utm_medium does not represent a specific media buyer. Correlation of the words "Preznataboola" in utm_medium does not imply it is the same media buyer working on Funnyand as Worldlifestyle. Utm_medium sharing commonalities does not mean there is a relationship between them. Both websites FunnyAnd and Worldlifestyle used the Defendants Media Buying management platform Prezna.com. The Defendants simply used the word from their media buying software "Prezna" inside of the utm_medium, followed by the advertising network they were buying on, "Taboola." Declarant started using the utm_medium=preznataboola on Worldlifestyle. And now on FunnyAnd he uses the same utm_medium on Funnyand solely out of convenience. You can put anything in utm_medium. Giraffe, elephant, etc.

48.     The Defendants did not conceal the last names of their media buyers. Poupko was introduced and made aware Mahir Polovina was the brother of Mirza, and Poupko had no problems with this.

49.     Poupko was also aware that Vadym Lykinskyi and Oksana are cousins of Declarant.

50.     Any claims about Defendants concealing names/relationships of employees/media buyers/consultants by the Plaintiffs is unfounded and without merit.

51.     The Plaintiffs' claim that the media buyers transferred to them were still employed by Prezna after the sale is false.

52.     Mahir Polovina does not work as a media buyer for Defendants.

53.      Mahir Polovina  has not  worked for any of the Defendants as a media buyer since September 2022.

54.     Paritosh Singh does not work as a media buyer for Defendants.

55.      Paritosh Singh has not worked for any of the Defendants as a media buyer since September 2022.

56.     None of the Defendants ever, directly or indirectly, attempted to solicit, induce, recruit or hire either Mahir Polovina or Paritosh Singh  to become employed with any entity which is engaged in the same or similar business in which the Plaintiffs are engaged after September 2022.

57.     None of the Defendants ever, directly or indirectly, solicited, induced or recruited either Mahir Polovina or Paritosh Singh  for the purpose of joining, associating or becoming employed with any entity which is

engaged in the same or similar business in which the Plaintiffs are engaged since September 2022.

58.     Since September 2022, none of the Defendants were simultaneously working with either Mahir Polovina or Paritosh Singh involving any entity which is engaged in the same or a similar business in which the Plaintiffs are engaged.

59.     Neither Mahir Polovina or Paritosh Singh have performed any work or media buying services for Funnyand.com since September 2022.

60.     Defendants fully complied with all contractual obligations regarding the transfer of the media buyers, and any suggestion to the contrary is without factual basis.

Under penalties of perjury, I declare that I have read the foregoing Declaration and that the facts stated herein are true and correct.

Dated:  March 31, 2023

_____
ROMAN ROMANYUK

#49980933 v1

# EXHIBIT A

**FUNNYAND**

DIY    Food    Fashion    Travel

ADVERTISEMENT

# Army Dad Snaps Pic After Spotting What's In Shopper's Grocery Cart

By Melanie / Aug 31, 2021

### Incensed



Facebook/Patrick Gibson

He looked over at the shopper's grocery cart and was so incensed that he had to snap a photo. It seemed like an ordinary shopping trip, but he had no idea that he was about to leave the supermarket in such a rage. But it wasn't the long lines at the checkout counter or the human crush in the produce aisle that set him off. It wasn't the screaming children or the zombified mothers pushing their carts in front of him in a daze. It was another family's shopping cart, and when he glanced inside he totally lost it



wasn't the long lines at the checkout counter or the human crush in the produce aisle that set him off. It wasn't the screaming children or the zombified mothers pushing their carts in front of him in a daze. It was another family's shopping cart, and when he glanced inside he totally lost it.

## Doing Everything He Could


Facebook/Patrick Gibson

Patrick Gibson was a hard-working man who did everything he could to support his small family. When he enlisted in the U.S. Army, he thought that perhaps life would get easier.  It certainly wasn't easy for him to leave his family for months at a time to serve his country, but if there was one thing his parents taught him, it was that nothing was ever given for free.

## Making Do




REGISTER NOW
MARRIOTT BONV°Y


Facebook/Patrick Gibson

Patrick considered himself lucky when he met the love of his life, Whitney, and the happy couple tied the knot shortly afterward. Before he knew it, he was a father of two–a boy and a girl.  But the couple fell on hard times, and with only one breadwinner in the family, they had to make do with what they could afford.

## A Family To Feed


Facebook/Patrick Gibson

Patrick often went hungry so that his family could eat, skipping breakfast so that his $70 would stretch as far as it possibly could. $70 doesn't go very far when you have four mouths to feed, and after other household expenses like diapers, car payments, gas, and toiletries, the Gibsons were hardly making ends meet.  But that was okay, Patrick thought to himself. He was happy with what he had. They would make it work, somehow…

very far when you have four mouths to feed, and after other household expenses like diapers, car payments, gas, and toiletries, the Gibsons were hardly making ends meet.  But that was okay, Patrick thought to himself. He was happy with what he had. They would make it work, somehow…

## Grocery Shopping


Facebook/Patrick Gibson

When Patrick had a little left over from his paycheck one month, he decided to visit the local Walmart to do some grocery shopping. He walked through the aisles, carefully selecting the specials and best buys, doing calculations in his head all the while.  Maybe he could buy a little treat for

When Patrick had a little left over from his paycheck one month, he decided to visit the local Walmart to do some grocery shopping. He walked through the aisles, carefully selecting the specials and best buys, doing calculations in his head all the while. Maybe he could buy a little treat for the family today, he thought as he inspected the gorgeously red grapes in the produce section. Little did Patrick know, his smile was about to be wiped away.

## A Treat For His Family


foodbevg.com

Patrick desperately wanted to offer a treat to his family to reward their patience and understanding. He didn't mind spending all the money he had left over so his wife and kids were happy. He picked the red grapes he was thinking of buying as well as a few of his children's favorite candy. That's all he could afford and he was feeling proud until it was time to pay.

## Getting Antsy




Facebook/Patrick Gibson

Walmart was full that day, so he didn't want to be there for longer than he had to be. Children wailed as their tired mothers pushed them listlessly, and rude people rode into the back of Patrick's heels with their shopping carts. It was time to get out of here. He pushed his meager amount of groceries to the checkout line and waited to be served, never this small action to completely ruin his day.

## Something Caught His Attention





Youtube.com/ Wonderbot

Patrick was still trying to figure out if he could afford the extra groceries he bought that day when something caught his attention. It was another shopper's cart but it was different than the others and he couldn't help but stare at it with envy.

## Wistful



supermarketnews

As the line of shuffling shoppers moved slowly forward, Patrick noticed wistfully that the two carts ahead of him were piled high. He spotted fresh


supermarketnews

As the line of shuffling shoppers moved slowly forward, Patrick noticed wistfully that the two carts ahead of him were piled high. He spotted fresh steaks, butter, bacon, cheese, shrimp, lobster–every luxury item he could imagine was stacked to overflowing in the two carts.  "Must be nice," he mumbled to himself as they started to unload their goodies onto the counter. He never expected his next action to stir the ire of thousands.

### Wait A Minute…


Facebook/Patrick Gibson

The couple's groceries were packed and totaled, and it wasn't surprising when the number that flashed on the screen was a mind-numbing $800. When the man pulled out his wallet to pay and opened it up, Patrick was gobsmacked. He pushed a wad of $100 bills aside and reached for something else.

### Who Buys $800 On Groceries?




abcnews.go.com

Patrick thought that the other shopper made all the shopping for the month in one go. But, except for the necessary groceries that every household needs Patrick couldn't ignore the luxury items that were in the cart. "He should be doing well", he thought. Until he saw what the man pulled out of his wallet. That's when he started to get confused.

## The Cashier Looked At Patrick


41nbc.com

When the cashier saw the man skip the $100 bills, she exchanged looks with Patrick. That's when he knew it wasn't just him. The man really did choose some unusual items that day, and they were pretty expensive, especially for a struggling family and probably an underpaid grocery store employee. But, instead of paying with his money, the man chose something completely different.

## No Cash, No Credit Card.



## No Cash, No Credit Card.


wsvn.com

"Maybe he needed the cash for something else", Patrick thought. He was sure the man would pay with a credit card and his nerves eased. He would soon find out just how wrong he was. For a moment, he felt bad for him. Maybe he was pilling up debt to feed his family and all these luxury items were just a treat for them. That's when the man pulled a card from his wallet. No, it wasn't a credit card

## The Cashier's Eyes Widened


41nbc.com

He handed the card to the cashier. She looked surprised and gave Patrick another weird look, what was happening? He couldn't tell what was wrong. Then he noticed the card that the man had just used to pay the whopping

He handed the card to the cashier. She looked surprised and gave Patrick another weird look, what was happening? He couldn't tell what was wrong. Then he noticed the card that the man had just used to pay the whopping $800. That's when his blood started to boil.

## Not Just Any Card



The Olympian

An EBT card, or electronic benefits card for those who don't know, is an electronic food stamp system that allows state welfare departments to issue benefits via a payment card.  And this is what the man was using to pay for all of his luxury items. Patrick had seen enough and angrily pulled out his phone.

## Not Judging

Although it was not wrong that the couple was using an EBT card, Patrick was angry that they could handle paying for groceries themselves.



Facebook/Whitney Gibson

That is when he decided to step in and do the unthinkable.

### Incredulous

Patrick was in a rage, but he bit his tongue and snapped a picture. Maybe he was too quick to judge, he thought, holding back his fury.



vs.bldaily.my


vs.bldaily.my

After all, he couldn't know what the couple's situation was. But what he saw next in the Walmart parking lot was about to be the final straw.

### Why He Was Furious

Patrick was working hard to make ends meet. He and his wife had done immeasurable sacrifices to be able to provide for their children.


top5.com

He was feeling betrayed and obligated by duty to do what he did.

### Some Military Families Are Struggling

While most military families qualify for the food stamp program, there are many that are left out of the program even though they can't afford adequate food.



While most military families qualify for the food stamp program, there are many that are left out of the program even though they can't afford adequate food.


military.com

Patrick's family was among those unlucky families. That's why he felt that he had to intervene and he wasn't hesitant to do so.

## Loading It All Up

The couple took some time to load the enormous amount of loot into the back of their car, so Patrick had already finished paying for his three bags of groceries when he passed them in the parking lot.


Wikimedia Commons


Wikimedia Commons

This was a big mistake because he looked at the wrong time…

## Regrets

He had already made peace with what he had just seen and had decided to shake it off, but that's when he saw the car they were driving.


Autoviva/Flickr

It was just too much. So he decided to make them famous.

## Taking To Social Media

The couple who had bought $800 worth of groceries were loading their loot into a brand-new Hyundai Genesis, a car which, according to Patrick, sells from between $15,000 to $20,000 more than his own family's car.






Facebook/Patrick Gibson

How had they possibly managed to afford it while they were on welfare?

## Big Mistake

To Patrick, this extra detail of the family driving an extravagant car around just added insult to injury. For those of you who don't know much about cars, a brand new Hyundai Genesis is a pretty nice car.



walmart

Sure, it's no Tesla, but it's a very expensive model of a respectable brand – and it's certainly out of the price range of someone who would normally be on welfare. His blood was boiling as he took to Facebook to express his outrage.

## Outrage

He began his rant on Facebook with: "Sorry but I had to vent. The picture you see on the left is the amount of groceries including diapers that I was able to afford this pay period for my family.



able to afford this pay period for my family.


Facebook/Patrick Gibson

(wife, son, daughter,my self) which was paid in cash since I actually work hard for a living. The picture on the right is of the purchase in front of me in line." But he didn't end his rant there.

### Injustice

"If you can't tell in the picture there are 2 full buggies of groceries including such items like steak and some other very nice choices of food. Here's the kicker. This purchase was made in food stamps," Patrick continued,


ABC13 Houston

"Which I wouldn't have a problem with if I didn't see the person move their big fold of cash out of the way to get to the ebt card and then load them into the back of a brand new Hyundai Genesis."

### Justified?

"That is about 15k-20k more than my car." Patrick wrote.

big fold of cash out of the way to get to the ebt card and then load them into the back of a brand new Hyundai Genesis."

## Justified?

"That is about 15k-20k more than my car," Patrick wrote.


Facebook/Patrick Gibson

He continues, incredulous, "I just thought I would take the time to tell this person/family that you are very welcome from all of us hard-working/ struggling to buy food Americans that have to foot the bill for your fancy steak feast... "

## Voices Of Dissent

Most comments were positive, with many people saying that they had witnessed similar things, but some Facebook users criticized Patrick for his post, saying that he shouldn't judge a stranger on just what he's seen.

 **Diane Smith** I agree with you Patrick 100%. There are a lot that really need it but as you said there are a lot that abuse the system and a lot like yourself that need them and can't get them, especially you and your family. Thank you for your service. Hope Whitney can get a job soon so things will get better.

3y  2

 **Whitney Willis Gibson** It will get



> Whitney can get a job soon so things will get better.
>
> 3y     👍 2



> **Whitney Willis Gibson** It will get better!! Congrats on that sweet baby !! Love you 😋

Facebook/Patrick Gibson

One person commented: "Do you really know their back story?" and added that maybe the new car had been a gift. But Patrick's retaliation provided an insight as to why he had felt like an injustice had occurred in Walmart that day.

## Backlash

"Do you really know their back story? Don't be quick to judge someone 'cause you're angry. How do you know if that person works and their spouse doesn't work because of problems?



> **Ricky Jackson** Do you really know their back story. Don't be quick to judge someone cause your angrey. How do you know if that person works and their spouse doesn't work because of problems. That all the money in their pocket is to pay their bills that the new car was a gift. How do you know that's not the case?
>
> 3y

Facebook/Patrick Gibson

That all the money in their pocket is to pay their bills that the new car was a gift. How do you know that's not the case?" someone criticized. But Patrick had the perfect reply.

## Struggles

"Well, the odds of that being the case in this situation much like many other situations with food stamps are almost as likely as me being approved for some government assistance because we are struggling…

"Well, the odds of that being the case in this situation much like many other situations with food stamps are almost as likely as me being approved for some government assistance because we are struggling…



Facebook/Patrick Gibson

oh wait I forgot. We already got denied so I'm pretty sure the chick isn't dying and no one gave her a free damn car. I am sure that hard-working

Facebook/Patrick Gibson

oh wait I forgot. We already got denied so I'm pretty sure the chick isn't dying and no one gave her a free damn car. I am sure that hard-working people such as myself are giving her a free life though."

## Going Viral

It's not surprising that Patrick's post has attracted a huge amount of attention. It has garnered over 100,000 shares and hundreds of comments on Facebook, with many arguments both for and against his opinion of the couple who didn't look like they needed government assistance.



Facebook/Patrick Gibson

One particular post about Patrick's experience raises an interesting point.

## A Controversial Issue

"My point is, a picture paints a thousand words and your version is highly bias. No one needs to thank you or anyone else for working for their grocery bill when the fact is that a majority of families participating in the program are working families struggling to make ends meet just as you are." He wrote.




Facebook/Patrick Gibson

The issue of who qualifies for financial assistance continues to be a sensitive topic.


Delight in the Unexpected
Earn 1,000 bonus points and 1 bonus
Elite Night Credit on each eligible night.
REGISTER NOW
MARRIOTT
BONV°Y

# EXHIBIT B

**FUNNYAND**

DIY    Food    Fashion    Travel

# Daughter's New Car Smells Weird, Look What Dad Finds Inside

By Melanie / Jun 16, 2021

### Where Was It Coming From?

Kevin retches in disgust at the terrible smell that lingered in his daughter's new car. He could taste it now, like curdled milk on the tip of his tongue. Where was it coming from?


Credits

He looks around the car but he can't see anything out of the ordinary. Then suddenly, he glances over at the glovebox and a terrible feeling hits the pit of his stomach. There was no coming back from this.

## A Single Parent

Kevin Duke was a single parent who worked hard to provide for his daughter Louisa. He worked as a local handyman and every dollar he earned he put towards his beloved daughter.

ADVERTISEMENT



Children's
ASTEPRO
ALLERGY

24-HOUR
NASAL ALLERGY
SYMPTOM RELIEF

ASTEPRO
AND GO!™
BUY NOW
Use as directed.

Children's
ASTEPRO
ALLERGY

STEROID-FREE
UNLIKE OTHER
CHILDREN'S ALLERGY
NASAL SPRAYS
Use as directed.
BUY NOW

## A Single Parent

Kevin Duke was a single parent who worked hard to provide for his daughter Louisa. He worked as a local handyman and every dollar he earned he put towards his beloved daughter.


FuriousPeteVlog / YouTube

So when this devoted dad surprised his daughter with a generous gesture, he had no idea it would turn into uncovering something truly unimaginable.

## The Apple Of His Eye

Kevin's daughter Louise was the apple of his eye. She was most definitely a daddy's girl, and even though she was about to turn 16, she would always be Kevin's baby.


Credits

So, with Louise's 16th birthday just around the corner, Kevin knew he had to make it a birthday she would remember for years to come. And she would, but for all the wrong reasons.


Credits

So, with Louise's 16th birthday just around the corner, Kevin knew he had to make it a birthday she would remember for years to come. And she would, but for all the wrong reasons.

## 16th Birthday Incoming

As it was Louise's 16th birthday, Kevin decided to pull out all the stops for his daughter. Not only had he got her a fantastic birthday cake, but he was going to surprise her and buy her a second-hand car!


Credits

After a few days of searching for the best car with the best deal, Kevin finally found the perfect one. Or so he thought.

## Her Very Own Car

Kevin was super excited to give Louise her car. He knew just how great it felt to be driving around the city in your very first car.




Credits

It would definitely put a smile on her face. But what Kevin's daughter would later find in the glovebox of her new car, would leave her feeling sick to her stomach.

## It Seemed Like A Perfect Car

Kevin was well aware that purchasing a second-hand car can be a risky move, so he made sure the car was in near enough tip-top condition. When he went to view it, he test drove it and all seemed good.


LoveWhatMatters / Facebook

This car was pretty much perfect! There were no funny noises, the engine ran smoothly and the salesman seemed trustworthy. But Kevin had no



LoveWhatMatters / Facebook

This car was pretty much perfect! There were no funny noises, the engine ran smoothly and the salesman seemed trustworthy. But Kevin had no idea what was hidden deep inside the car.

## Brief Inspection

The second-hand Ford Focus looked spotless. There were no scratches on its paint, and the inside of the car felt and looked brand new.



Heels First Travel

Kevin traced his fingers over the leather and polyester seats, studied the engine lights and briefly dialed through the radio stations. To his surprise, it seemed like a really great first car!

## I'll Take It

Kevin stood in front of the car and debated what to do. He could see the salesman was on edge, eager for a sale. After a few minutes, Kevin finally made a decision.




FuriousPeteVlog / YouTube

He shook the salesman's hand and loudly proclaimed, "I'll take it!". He was handed the keys and he drove the car back home, all the while not knowing something terrible was a mere few feet away from him.

## Unprepared

On the way home, Kevin realized he had a problem. He had to hide the car until it was his daughters birthday, which was in a few days time.


Vauxford / Wikipedia

The garage was the only place he could hide it, but it was a mess. He quickly scolded himself for not cleaning out the garage before he left to collect the car. A plan quickly formed in his mind.

His daugther would be coming home from school any minute. So, Kevin parked the car a couple blocks down and immediately got to work cleaning out the garage to make space for the car. He shoved boxes into shelves and tucked away the ladder and scattered gardening tools.

His daughter would be coming home from school any minute. So, Kevin parked the car a couple blocks down and immediately got to work cleaning out the garage to make space for the car. He shoved boxes into shelves and tucked away the ladder and scattered gardening tools.


Garage Living

He ran back to the car and drove it into its new hiding place. She wouldn't suspect a thing. But then again, neither did he.

## Hiding It

Kevin closed the door to his garage, and kept it hidden until the big day. Little did he know however, that his plan meant something else would stay hidden with it too.




Pinterest

The build-up to his daughter's big day was tense. He didn't want to ruin the surprise. And when her big day finally came, nobody expected what was going to happen.

## Early Morning

It was the morning of Louise's birthday and Kevin woke up early to prepare Louise's big surprise. He made himself some coffe and strolled out to the garage. He noticed a strange smell in the garage but didn't think much of it.


Unlisted Videos

Instead, he quickly opened the door and released the handbreak and gently pushed the car out of the garage to avoid suspicion. He closed the door and tied a ribbon to it's bonnet.

## The Big Day

Kevin prepared breakfast and ran out to welcome her at the bottom of the stairs with two gigantic balloons and a smile plastered on his rosy face.



Kevin prepared breakfast and ran out to welcome her at the bottom of the stairs with two gigantic balloons and a smile plastered on his rosy face.


FuriousPeteVlog / YouTube

His baby girl had officially grown up. He could feel a tear well up in his eye as she made her way downstairs. He gave her a hug and then told her that her present was outside. Kevin thought it was going to be a perfect day, but he was so wrong.

## Over The Moon With Her Car

Louise ran outside and to her delight, she saw a car with a ribbon tied around it. "It's yours!" yelled Kevin from behind. Louise's face lit up with joy. She was over the moon at her new car.


LoveWhatMatters / Facebook

She raced over, opened the door, and hopped inside. But then suddenly, Kevin watched his daughter's smile turn upside down.


LoveWhatMatters / Facebook

She raced over, opened the door, and hopped inside. But then suddenly, Kevin watched his daughter's smile turn upside down.

## A Terrible Smell

"What's wrong?" Kevin asked. "It smells, can you smell it?" Louise replied, her lips pouting. Kevin poked his head into the car properly this time and straight away he retched in disgust.


FuriousPeteVlog / YouTube

He held his nose while his daughter scrambled out and slammed the door shut. The father-and-daughter duo had no idea what they were about to uncover.

## Looking Inside

Kevin and his daughter looked at each other, feeling both stumped and freaked out by the terrible smell in the car. This car didn't smell like this a few days ago.





FuriousPeteVlog / YouTube

Kevin bit the bullet and headed back inside the car to find the source of the smell. But he had no idea that there wasn't just one surprise waiting for him. There were two.

## Where Was It Coming From?

Kevin jumped inside the car and looked around to try and find something that looked unusual. But everything was as it was when he left it a few days prior after picking it up. It looked brand new.



FuriousPeteVlog / YouTube

He looked under the seats but there was nothing there. He followed the foul smell and reached for the dashboard. As soon as he opened it, he was lost for words.

## Getting Worse

Kevin pulled the leaver and opened the glove box. Immediately, the smell became ten times worse. He buried his nose into his arm as he grimaced. But what he saw, surprised him.


FuriousPeteVlog / YouTube

There was nothing that looked grotesque but there was something that looked unusal. Sitting in the glove box was a protective rubber matt that was hiding something underneath.

## Breathing Deep

Kevin took a deep breath before he pulled the mat out. But the second he did, he saw a letter fall out. Confused, Kevin left the matt and picked it up. He turned over the envelope and a shiver ran up his spine.




Depositphotos

In black-ink with dainty hand-writing, Kevin read who the envelope was addressed to. It read "New Car Owner, Important Info Inside".

## A Letter

Kevin suddenly became alarmed. Did that mean him? Hundreds of questions flooded Kevin's mind as he sat clutching the mysterious letter he found in the glove box.


LoveWhatMatters / Facebook

Should he even open it? Who was it from? What did it say? There was only one way to find out. Without a second to waste he started to rip the

LoveWhatMatters / Facebook

Should he even open it? Who was it from? What did it say? There was only one way to find out. Without a second to waste he started to rip the envelope open.

## Thoughts Running Wild

Kevin thought that the letter had something to do with the awful rotting smell in the car. While he opened it, he wondered if this was all some kind of elaborate prank.


Credits

He imagined the prankster taking a picture of himself with his work, laughing at his daughters expense! He began to feel angry, but he had no idea that his theory was way off.

## To The Person Who Gets This Car

The letter started by saying, "To the person who gets this car, you have got a very special vehicle. This car holds a lot of memories for me. I hope it's the best car you've ever had, and I want it to run for 100 years".



I just wanted to let you know what a special vehicle you've bought. This car belonged to my mom. She passed away Feb. 25, 2015 in a house fire along with my 6 year old daughter and my aunt. The last time my mom drove this car was the day she left us. Her and my daughter went out shopping and got their hair cut. This car holds a lot of special memories for me, my home and everything in it is gone, this car is all that I had left to touch. There was a mix up with paperwork and that's caused the car to not be found

LoveWhatMatters / Facebook

Kevin continued reading and with each line of text he read, his heart gushed with emotion - this letter was heartbreaking. Kevin never in a million years would have thought buying a car would result in him receiving a letter like this. So what did this meaningful letter say?

## A Tragic Accident

Kevin's fingers gripped the letter as he continued reading, "This car belonged to my beloved mom. She passed away on the 25th February 2015 in a house fire with my six-year-old daughter and aunt".



Supplied

Kevin found out that this letter was from a woman called Sabrina Archey. Unfortunately, her daughter, mom, and aunt had passed away in a house fire, and was forced to sell the car due to financial difficulties. But this car was more than just a car to Sabrina.

Kevin found out that this letter was from a woman called Sabrina Archey. Unfortunately, her daughter, mom, and aunt had passed away in a house fire, and was forced to sell the car due to financial difficulties. But this car was more than just a car to Sabrina.

## Many Happy Memories

This small, run-down car was something that held so many incredible and monumental memories for Sabrina. It was where she and her family sang along to their favorite song. It was where Sabrina changed far too many diapers in the backseat.


Supplied

This car was also the only item of her mother's that wasn't destroyed in the fire.

## He Felt Guilty

As Kevin continued to read the letter he could feel a lump in his throat and his eyes started to well up. His daughter, who was also reading the letter from behind, consoled her dad.

As Kevin continued to read the letter he could feel a lump in his throat and his eyes started to well up. His daughter, who was also reading the letter from behind, consoled her dad.


Supplied

Kevin felt awful that he had first thought so badly of whoever was behind the letter. He also felt bad for buying something that meant so much more to somebody else. When he was ridden with guilt but he was also no closer to understanding why the car suddenly smelt so bad. There was another surprise in store.

## Moment Of Truth

Unable to stand the smell for much longer, he stood out of the car. When he finished reading, he looked to the black rubber matt the he discarded earlier.




Tubefilter.com

The woman in the letter mentioned that she left them for someone else to enjoy because she couldn't bare to throw them out. With a worried and grief-stricken face, Kevin lifted the black rubber matt.

## The Culprit

When Kevin saw what was underneath, his eye's welled not just from the awful smell, but out of sadness too. There hidden beneath the matt of the glove box was the culprit of the smell.


Furious Pete / Youtube

Without the letter, it probably would have taken him a while to figure out what they were. They had grown discoloured and leaked into the bottom of the glove box. His daughter gasped.

## Banana Yoghurt Snacks

The woman in the letter referred to them as her "daughter's favorite snacks".  She didn't have the heart to remove them. They were tubes of banana flavored yoghurts. One of which, must have burst in the heat of the garage.

The woman in the letter referred to them as her "daughter's favorite snacks". She didn't have the heart to remove them. They were tubes of banana flavored yoghurts. One of which, must have burst in the heat of the garage.


Adhiwardhana Widjajanto / Youtube

They must have stayed cool enough when the car was outside in the dealership that they didn't cause any smell. But Kevin couldn't be angry. He was so touched by her story that he did something else entirely.

## Going Viral

Kevin posted the letter and the incident online on a social media page called 'Love What Matters'. Within a matter of hours Kevin, the letter, and Sabrina's story had gone viral!




LoveWhatMatters / Facebook

Thousands of people expressed their sympathy for Sabrina. Even Sabrina herself saw the post! But nobody, not even Sabrina, could have expected what would happen next.

## Thousands Of Dollars

Due to the attention Sabrina was getting from Kevin's post, many people from all across the globe, got in touch, and donated money in order for her to get back her old car.


Supplied

Incredibly, Sabrina managed to do just that! Sabrina received thousands of dollars which meant she was finally able to buy back her old car! But what about Kevin?

## Reunited

Incredibly, Sabrina managed to do just that! Sabrina received thousands of dollars which meant she was finally able to buy back her old car! But what about Kevin?

## Reunited

For Kevin, he didn't mind saying goodbye to his daughter's new car. In fact, he was glad that Sabrina was getting it back. After all, this car wasn't just a car for Sabrina; it was something so much more.


Supplied

Having her car back enabled Sabrina to let go of the past and take a big leap into the not-so-scary future. And for the first time, Sabrina was ready. Kevin was also looking forward to the future.

## Proud Daughter!

Sabrina bought back her car from Kevin which meant he could buy his daughter another car just like it. However, this time, it wasn't much of a surprise and Louise didn't care!




eSupplements

The new car was more than enough for his daughter and she was even more proud and inspired that he gave the other car back to its heartbroken owner! As far as birthday's go, it was an exciting one!



# EXHIBIT C

**FUNNYAND**

DIY    Food    Fashion    Travel

# Navy SEAL Sick Of Porch Pirates Builds The Perfect Trap

By <u>Melanie</u> / Nov 8, 2021

## Sick And Tired

Every time he went outside and checked the porch just to find that someone had helped themselves, he got a little more wound up inside.


YouTube/TheBlankBox

His hard-earned money was going down the drain and he'd had enough of it. Until, one day, he heard a loud bang and a scream. He sat back and cracked a slow, satisfied smile.

## Porch Pirates

ADVERTISEMENT



START TODAY
GET YOUR FIRST CLASS FREE




10LB

His hard-earned money was going down the drain and he'd had enough of it. Until, one day, he heard a loud bang and a scream. He sat back and cracked a slow, satisfied smile.

## Porch Pirates

In the U.S., a third of all packages delivered to residential homes never reach their recipients. And it's not because of the faulty postal service or unscrupulous vendors.


Public Domain

No - it's because of greedy Porch Pirates who just can't resist the temptation of a package sitting unattended on a hard-working man's porch. Well, Arthur Russel was sick and tired of it.

## Arthur Russel

Now, Arthur wasn't an unreasonable man. In fact, he prided himself on the self-discipline he had mastered during his time on the force.


Public Domain

He was humble and had worked hard for everything he had - only for someone else to audaciously take his things like they were owed to them.


10LB
Shop Official Life Fitness®
Life Fitness®


Public Domain

He was humble and had worked hard for everything he had - only for someone else to audaciously take his things like they were owed to them. The first time it happened, Arthur was angry. The second, third, and fourth time, he saw red.

## Brazen Thieves

From small items like toilet paper to expensive Jeep automotive parts, the brazen bandits had stolen it all from him while he was at work.


CBS News

Arthur had tried to take the high road by reporting the thefts to the police, but they weren't interested in his problem. Fuming over his losses, he decided to take matters into his own hands.

## A Plan

After multiple calls to the police and getting no joy, Arthur got to work to create the ultimate revenge box.




Public Domain

The next person who decided to go sidewalk shopping with a five-finger discount on his porch would have another thing coming. You see, unfortunately for them, Arthur had a unique set of skills and a rather unusual hobby.

## Arthur Is A Navy SEAL

Arthur is a former Navy SEAL, specializing in Unconventional Warfare. To carry out dangerous missions, he had undergone grueling training - both physical and mental. This had left him with a hardened mind that ran on calculation and determination.


Public Domain

In his spare time, he also enjoyed building booby traps. When the porch pirates messed with Arthur, they didn't know that they were creating a perfect storm.

## Revenge Box

He started to build a very complicated box. But after some time he decided he wanted a simpler approach.



### Revenge Box

He started to build a very complicated box. But after some time he decided he wanted a simpler approach.


Public Domain

The trap had a snare that she modified to almost be like a Chinese finger trap. But he wasn't happy with the result. He wanted more but in a different way. He wanted the thief to regret ever crossing him.

### Brainstorming

"I was thinking, how could I scare them and make them drop my package and then never come to my front porch again," Arthur recalls.


Public Domain

He thought about it long and hard. His number one goal was to give them the fright of their life but not hurt them in any way. The cops would only complicate things.

### Bingo!

He drew draft after draft until he felt that it was perfect. He took out the snares and opted for something more... explosive!

complicate things.

## Bingo!

He drew draft after draft until he felt that it was perfect. He took out the snares and opted for something more... explosive!


YouTube/The News Tribune

He scrapped the original idea entirely and started working on a new idea. After writing lists of what he could do, it dawned on him. He'd just have to rig it correctly so no one got hurt.

## Equipment Shopping

Arthur made a list of supplies and went into the hardware store to get everything that he had to put into this revenge box. As he left he felt like the cashier was watching him - did they suspect what he was doing?


YouTube/The News Tribune

He understood how it probably looked but why would he care? He didn't


YouTube/The News Tribune

He understood how it probably looked but why would he care? He didn't have to explain anything to them and they could make any assumptions they liked - even if they turned out to be true.

## The Bait

Arthur spent the rest of the day putting together his device and making a box look like an official goods package.


New Atlas

When Arthur finished, he stood back and looked at his masterpiece with delight. He took it to his backyard for a test drive and laughed in excitement when it did just what he engineered it to.

## Test Rides

He tested it again, this time covering his ears. The first one left them ringing. He tested it over and over again to make sure it was reliable. And it was.




YouTube/The News Tribune

There was just one more piece left to make it all come together. Arthur got in the car and drove to the nearest store to get a security camera. There was no escaping him now.

## Doorbell Camera

Arthur returned home and installed a doorbell cam so that he could see the thief's face while he was at work. The footage didn't disappoint.


YouTube/The News Tribune

Now, all that was left to do was lay down his trap and wait. Just as he expected, he didn't have to wait very long. That evening as he sat on his couch, He caught his first victim.

## Acting Casual

The doorbell cam shows the unsuspecting victim audaciously strolling right up to Arthur's front door. Arthur watched eagerly from his phone.



### Acting Casual

The doorbell cam shows the unsuspecting victim audaciously strolling right up to Arthur's front door. Arthur watched eagerly from his phone.


YouTube/TheBlankBox

He was sitting on the edge of the seat. He couldn't believe that a thief could look so casual before committing a crime. To his surprise, it's a woman.

### First Catch

Arthur watches in amazement as the woman approaches. She goes to ring the doorbell to check if anyone is home, but is spooked by the motion sensor light.





YouTube/TheBlankBox

She walks away from the door. Then Arthur notices a getaway vehicle in the background. The man inside eggs her on, telling her to turn around.

## Boom Box

With the person waiting in the getaway car growing impatient, the woman goes back to the house, takes a last look around, and grabs the package... BOOM.



Public Domain

The woman screams and runs back to the getaway car so fast that Arthur ends up with her cellphone. Poetic justice. He sits back and smirks. What had he done?

## Simple And Effective

Arthur's box is genius in its simplicity. The box contains a plate that holds back a firing pin, which is connected to a string that's secured to his doorknob.




Public Domain

When the box is lifted or pulled, the plate moves enough to allow the firing pin to set off a 12-gauge shotgun blank. But was it legal?

## Don't Try This At Home

State law forbids anyone from assembling explosive devices without a valid license. "Even though it's a blank, the way the device is made is actually illegal," said police spokeswoman, Loretta Cool.


YouTube/The News Tribune

The police don't think that Arthur's "Boom Box" was a good idea at all. "If the would-be package thief is hurt in any way, the homeowner would be

the would-be package thief is hurt in any way, the homeowner would be responsible," she continued...

## Grey Area

"Even more than him crossing the line, I'm not sure if people realize that, even though this person is stealing something, he can't intentionally set them up to be hurt", Cool explained.


Dean J. Koepfler

She also said that Arthur's man trap could also be a crime itself. But it would be up to the Porch Pirates to lay criminal charges… something that hasn't been done.

## Perfectly Safe

Although the box is terrifying, Arthur says it's perfectly safe. He told reporters that he's tested it dozens of times, and he even tested it with a ripe tomato inside.

Although the box is terrifying, Arthur says it's perfectly safe. He told reporters that he's tested it dozens of times, and he even tested it with a ripe tomato inside.


NBC News

"It never hurt me once," he explained in an interview. "It didn't hurt the tomato in there either." And the contraption has lured more than one thief.

## Friendly Advice

Arthur did suggest however, that if anyone was to copy his idea, they might want to cover their backs first - for legal reasons.


YouTube/The News Tribune

He learnt that it was best to tack up a "no trespassing" sign and taping a


YouTube/The News Tribune

He learnt that it was best to tack up a "no trespassing" sign and taping a beware note to the box, warning people not to move packages from the porch. That can protect the homeowner from lawsuits - and Arthur knew that.

### Determined

The involvement of the cops and the legal discussions around his ploy may have deterred some people from pursuing it further, but Arthur was different.


YouTube/The News Tribune

There was no way he was going to stop what he was doing. Especially when he was catching criminals red-handed trying to steal from him. He was also confident it was completely safe. And time and time again, his device proved effective.

### Justice

Arthur set his trap once again, hoping to teach another thief a lesson. Just a few days later, he caught one. Everything went exactly to plan once more.




YouTube/The News Tribune

The man sees the porch, runs up to grab the package… and BOOM. "I know it's crude, but there's nothing scarier than a 12-gauge," a satisfied Arthur quipped.

## Getting Even

Although the police aren't pleased with Arthur's Boom Box, they did start to take his complaints more seriously.


YouTube/The News Tribune

After all, his invention has caught a whopping 20 would-be thieves. All the cops had to do was search for the individuals on his camera. Although Arthur does admit that his solution isn't perfect, he says it offers something others don't.

## Satisfaction Guaranteed!

The unparalleled satisfied feeling of watching a thief run terrified off your

Arthur does admit that his solution isn't perfect, he says it offers something others don't.

## Satisfaction Guaranteed!

The unparalleled satisfied feeling of watching a thief run terrified off your lawn!


YouTube/The News Tribune

Arthur and the cops were even able to track down some Porch Pirates from the door cam footage after they scurried away. As long as the thieves keep deciding that Arthur's porch is easy pickings, the Boom Box will stay there. But the Boom Box wasn't the only weapon Arthur tried out.

## Boots

Although Arthur was a bachelor, he didn't live alone. Arthur lived with his 8-year-old tomcat called Boots. Boots gave Arthur some much-needed company. He was a quiet and affectionate cat so when Arthur discovered he could help deter the porch pirates, he was pleasantly surprised.




Pixabay

But just what did Boots do?

## Kitty Litter

Boots used the kitty litter. What's grosser than opening a package of supposedly valued goods only to find out it's used kitty litter.


Grommet

While Arthur was in his experimental phase, he decided to take Boots' kitty litter and pour it into one of the empty Amazon boxes he had lying around the house. The result?

## Not As Planned

He watched from the window as a man walked up to his porch and swiftly grabbed his Amazon package. Arthur chuckled as he walked away. But then there was a problem.



grabbed his Amazon package. Arthur chuckled as he walked away. But then there was a problem.


Christine Hyatt

His neighbor saw his address on it and picked up the open box a few blocks down. The man had opened the box and discarded it on the side of the road. But that's not all.

## Not As Planned

His neighbor read the note Arthur left inside for the thief and put two and two together. Arthurs note read, "Hi, you're on camera. F-you thief. Hope you like cat crap".




Mission Local

His neighbor immediately knew what Arthur was trying to do as he had suffered from porch pirates himself. He hated them just as much as Arthur but he hated trash on the street too.

## Friendly Advice

He returned the prank box to Arthur but advised him to think of something better next time. And when he did, to let him know so he could do it too.


Planning Plus

Arthur took his advice to heart and continued to experiment. He tried filling the box with garbage which led to the same result. Then he thought of something completely different.

## Glitter Bomb

It was the idea that sparked his final 12-gauge boom box master plan. He made a glitter bomb. He blew up a balloon and filled it with glitter and confetti.

It was the idea that sparked his final 12-gauge boom box master plan. He made a glitter bomb. He blew up a balloon and filled it with glitter and confetti.


Christine Hyatt

He stuck a pin to the inside of the box and created a lever so as when the box was opened, the glitter would explode onto the thieves' clothes. But it didn't have the desired effect...

## Getting Messy

It was better than the garbage and kitty because at least this prank projected onto the thief but, it was still not scary enough. Needless to say, the blanks took care of that problem.


The Daily Dot

But all of these prank experiments caused a moral debate online. Just because Arthur was sick and tired of his hard-earned money being stolen - did people think it was right to make them pay?

### Deceiving Term

But all of these prank experiments caused a moral debate online. Just because Arthur was sick and tired of his hard-earned money being stolen - did people think it was right to make them pay?

## Deceiving Term

Some victims of porch piracy think even the term 'porch pirate' is too cute a description to use for these common thieves.


Christine Hyatt

For many people, they're the worst this society has to offer. Especially for Christine Hyatt who like Arthur, has her own war story of misgivings dealing with these low-lives.

## Another Victim

Currently, America is going through a porch pirate epidemic and Christine Hyatt is one homeowner that has suffered greatly at their hands.




Vivint

With a daughter with diabetes, Christine relies on her packages to deliver some much-needed medical devices for her child. Yet, all too many times, her life-saving equipment has been stolen.

## Stolen Medical Supplies

Christine claims that over 20 packages of hers have been stolen this year alone. Six of those packages contained her daughter's medical supplies.



It made her become as revenge-focused as Arthur and she sent up many prank boxes too. Their neighborhood is one of the worst-hit by porch pirates and it was leaving its mark.

## Feeling Plagued

When a neighborhood is tormented by porch pirates, it soon becomes an issue of safety. If you have thieves willing to drive around your neighborhood in broad daylight, targeting your house, then what else are they capable of doing?


Loss Prevention Magazine

It was a question that plagued Christine and Arthur and a real motivation behind their revenge. But not everyone agreed.

## Defending Thieves

A thread on Reddit debating the topic was surprisingly full of people

It was a question that plagued Christine and Arthur and a real motivation behind their revenge. But not everyone agreed.

## Defending Thieves

A thread on Reddit debating the topic was surprisingly full of people jumping to the porch pirates' defense. "It's all fun and games until one of the would-be robbers sues for PTSD" one Reddit user typed.


WCNC

Another user wrote, "I don't get this. You're placing your property out there. It's not the thief's fault if he decided to take it and then gain access to its contents".

## Flawed Logic

Apparently, some people think that unless your property is in your house, then it's a free-for-all. Of course, this is absolutely false. If that were true then by this logic, parking our cars in our yards or having our chairs, lights, and plants in our yard are also up for grabs.




Home Guides

A homeowner's property is anything within the territorial limits of that home. Front lawn, back lawn, side lawns - included!

## Failed System

Mostly, however, people online shared a mutual hatred for these thieves and a huge disappointment in how the authorities failed to deal with them.


ARLnow.com

It left many people like Arthur and Christine feeling like they have no choice but to take matters into their own hands and serve justice themselves. But what would you do?

## What Would You Do?

If you were constantly targeted by porch pirates and made official complaints to police that seemed to go nowhere, would you take the risk of injuring a thief to serve justice? Or would you pursue a different solution?

## What Would You Do?

If you were constantly targeted by porch pirates and made official complaints to police that seemed to go nowhere, would you take the risk of injuring a thief to serve justice? Or would you pursue a different solution?


ABC7 News

At the end of the day, whatever is safe and doesn't cause any lawsuits to fall at your door is the best way forward.



# EXHIBIT D

# Daughter Wakes Up With Marks, Dad Sets Up Camera

By Melanie / Dec 21, 2020

## Strange Occurences

This Ohio couple had never experienced anything like this in their home, so when strange things began to happen they were determined to find out the cause. At night, they often heard strange sounds but they had never paid them any mind until now. One event, however, pushed them to finally seek help.


Country Living

At first, Darren pointed fingers at his girlfriend and accused her of setting him up, but she vehemently denied having done anything wrong. To finally get to the bottom of it, they set up a CCTV camera. But after they had

ADVERTISEMENT



**Former Celebs, Now Working 9-5**



Country Living

At first, Darren pointed fingers at his girlfriend and accused her of setting him up, but she vehemently denied having done anything wrong. To finally get to the bottom of it, they set up a CCTV camera. But after they had watched the footage, nothing would ever be the same again.

## Bruises

Darren set up a hidden camera in their daughter's room. He had seen bruises all over 18-year-old Natalie's legs and just could not believe that she was doing it to herself. Since only the three of them lived there, his natural reaction was to ask his partner Pam about it, but she denied having any idea where the bruises came from.



YouTube/Jorgensen Clan

Frustrated, he thought the CCTV footage would settle the issue once and for all. He sat down in front of the TV to view the recording, but what he saw made his skin crawl.

## Dad's Instincts

Darren and Pam had been living in Darren's mother's guesthouse for over a year now. But one day, they suddenly wanted to run far away from it.





**Former Celebs, Now Working 9-5**


Facebook/Chad Jorgensen

It all began when Natalie came down for breakfast one morning. At first, Darren didn't take too much notice of her exposed legs. However, a few days after the first set of bruises had healed and new ones appeared, he knew he had to confront her.

### The Apple Of His Eye

Every parent will tell you that it's normal to worry about your children, and Darren was no different. He wanted nothing but the best for his only daughter.


Instagram

Natalie had a tough time when her parents had separated -- she had only been five at the time -- and it was something that Darren had always felt guilty about. When he met Pam, he made it clear to her that his daughter


Instagram

Natalie had a tough time when her parents had separated -- she had only been five at the time -- and it was something that Darren had always felt guilty about. When he met Pam, he made it clear to her that his daughter would always come first.

## Teenage Angst

Darren and Natalie had always been very close -- they had a father-daughter relationship that any parent would envy. But since Pam had come into the picture and they had all moved into a new house, Natalie's behavior began to change.


cloudinary

Darren knew that Natalie could talk to him about anything that was on her mind. But over the course of a year, she had become increasingly withdrawn. Darren chalked it up to hormones and tried not to let it bother him too much, but it only got worse.

## Changing

As the days turned into weeks and then months, Darren watched as all the excitement and happiness seemed to slowly drain out of his daughter. He worried that she was spending too much time alone in her room.




nypost

Darren had heard horror stories about teens spending too much time on social media. But, as it turned out, Natalie's Facebook account was the last thing he should have been worrying about.

## Warning Bells

When Darren asked Natalie why she hardly left her bedroom, she had simply told him that she felt "strange" in all the other rooms in the "creepy" new house.


Instagram

Thinking that it was just a phase his daughter was going through, he left her to her own devices. But it was a decision he'd regret. And soon enough, he happened to notice something about Natalie that set off all the warning bells.

Instagram

Thinking that it was just a phase his daughter was going through, he left her to her own devices. But it was a decision he'd regret. And soon enough, he happened to notice something about Natalie that set off all the warning bells.

## A Nagging Feeling

It was the first week of Natalie's summer vacation. The temperature had climbed above 90 degrees and the girl was wearing shorts again -- trying to be comfortable in the heat.


Pixlr

Darren couldn't help but notice that Natalie's legs were covered in marks again. He asked his daughter about them, but she just shrugged and said she didn't know... she'd woken up like that. But there was a nagging feeling in the back of Darren's mind that he just couldn't shake...

## On The Surface

For many who knew the couple, it seemed as if they were living the dream. They had a stable relationship, lived in a nice home, and they had Darren's wonderful daughter, Natalie.




Credits

One day, everything changed. While Darren was half-asleep, he could have sworn that he heard weird noises from his daughter's room. And it was Natalie who would eventually be the proof that, yes, something strange was happening.

## Suspicions

Darren asked Pam if she was the one who had been getting up at night, even going as far as asking her if she had been in Natalie's room. Did she know about the marks on his daughter's legs? And did she have anything to do with them?


Facebook/Chad Jorgensen

Pam couldn't believe that she was hearing such a thing from her partner. When she continued to deny everything, Darren found himself without any other option. What he didn't know was that this decision would reveal something so much worse.

Pam couldn't believe that she was hearing such a thing from her partner. When she continued to deny everything, Darren found himself without any other option. What he didn't know was that this decision would reveal something so much worse.

## A Mystery

This was not the life Darren signed up for when he chose to be with Pam. He knew that she and her step-daughter had never really seen eye-to-eye but why wasn't she as concerned as he was? Or was he just being paranoid?



YouTube/Jorgensen Clan

Natalie was a model student and never went out to party like the other kids her age. She wasn't interested in sports and preferred to curl up with a book and read her summer vacations away. And, she wasn't dating. So, where did the bruises keep coming from?

## Confrontation

As the weeks went by, every morning Darren would see more marks appear on Natalie's legs. What was doing in the night to receive these bruises? And Natalie kept denying that she knew how she'd gotten them.




Credits

What exactly was happening to his little girl? The worried dad had hundreds of questions running through his mind. But one thing was for sure: Darren knew something just wasn't right.

## Unpredictable

And the marks weren't the only odd thing about Natalie: now, she never seemed to get enough sleep. She'd go to bed at 8 PM, exhausted, and only reemerge from her bedroom at lunchtime the following day.


beachsideteen

She would pick at her food and hardly eat anything at dinnertime, and snap at Darren's most innocent questions when he showed concern. It was like Natalie was a different person.

## Finding The Cause

Darren was beginning to worry about Natalie's health. Perhaps she had

was like Natalie was a different person.

## Finding The Cause

Darren was beginning to worry about Natalie's health. Perhaps she had some sort of medical condition? Now Pam, who just shrugged everything off, also began to appear concerned.


YouTube/Jorgensen Clan

Armed with determination and driven by worry, Darren took Natalie to the doctor in hopes of finding out the truth. But what the doctor told him only left him with more questions.

## A Check-Up

You see, Natalie didn't appear to have anything wrong with her. There was nothing strange or worrying about her results. The doctor checked her blood levels but couldn't find any deficiencies.




Pixlr

Although Darren was relieved to hear that his daughter was healthy, this news meant that the cause of his daughter's marks could be something far worse. And just when he was reaching his wits' end, there was a knock on the door.

## From Bad To Worse

Darren opened the door, only to see a woman with a stern look on her face standing on his doorstep. She tersely introduced herself and informed him that she was from social services.


YouTube/Wayne Brown

When Darren managed to wrap his head around what the woman was

there for, he was in complete shock. This couldn't have something to do with Pam, could it?

## An Investigation

The woman, who introduced herself as Mrs. Wood, said that she was there to investigate a possible "situation" involving young Natalie, and her parents -- she had been made aware of Natalie's inexplicable marks by their family doctor.


YouTube/Wayne Brown

Darren's mind began to race... he hadn't done anything! He'd never, ever, lay a hand on his child! But, unfortunately for him, there was no way he could prove otherwise. Mrs. Wood would simply have to speak to Natalie herself...

YouTube/Wayne Brown

Darren's mind began to race... he hadn't done anything! He'd never, ever, lay a hand on his child! But, unfortunately for him, there was no way he could prove otherwise. Mrs. Wood would simply have to speak to Natalie herself...

## From The Horse's Mouth

Mrs. Wood introduced herself to Pam and Natalie, and then entered the girl's bedroom, making sure to lock the door behind her. Pam shot Darren a look. "What's the meaning of this?!" she asked furiously. But before Darren could explain, she'd already stormed off.


YouTube/Wayne Brown

Darren paced nervously in the hallway while the social worker spoke with Natalie in private, wondering what would happen next. Surely she wouldn't get much more out of his daughter than he had? Would Natalie finally tell the truth?

## Her Answer

After what seemed like hours, Mrs. Wood finally emerged from the bedroom with Natalie by her side... and she was in tears. With a mixture of anger, sadness, and frustration, Darren gritted his teeth and politely asked the social worker if there was anything else he could do for her.




YouTube/Chad Jorgensen

He was furious by the insinuations this woman was throwing around, and now she'd made his daughter cry. But the burning question on his mind was: what exactly had Natalie told her?

## Desperation

Mrs. Wood told Darren that she'd "be in touch" and showed herself out while Darren tried to comfort Natalie. "I told her what I told you, dad," she sobbed. "Every morning I wake up with these marks and I don't know how they got there!"


YouTube/Chad Jorgensen

He'd taken her to the doctor and they'd run blood tests. He'd asked her what was going on directly. He had even accused his girlfriend. Darren was at a loss and becoming more desperate by the minute. Something just


YouTube/Chad Jorgensen

He'd taken her to the doctor and they'd run blood tests. He'd asked her what was going on directly. He had even accused his girlfriend. Darren was at a loss and becoming more desperate by the minute. Something just wasn't adding up here. He vowed that he'd find out what it was. But did he really want to know the answer?

## Spying

Things had become tense between Darren and Pam since the accusations were hurled, and he was determined to get to the bottom of everything... for Natalie and his relationship with Pam's sake


Credits

So they all decided to set up a camera in Natalie's room to find out what had been happening, once and for all. The CCTV revealed the truth — but neither of them was ready for the discovery.

## Getting To The Bottom Of It

Darren set up the CCTV with a mission: to find out who was responsible for the bruises on his daughter. Darren could finally see what the real culprit for the marks was.




Facebook/Chad Jorgensen

He made sure that whoever had been doing this would be exposed, even going as far as purchasing a night vision camera. He was hell-bent on putting a stop to everything. When he finally saw the truth on the video, he never thought that their life would soon become a nightmare.

## Watching The Footage

Darren could feel his heartbeat in his throat. At first, it was just Natalie lying peacefully in her bed, her hands still cradling the book she'd been reading when she had fallen asleep


YouTube/Jorgensen Clan

30 minutes passed and nothing looked out of the ordinary. Then suddenly, Darren saw something on the footage and his jaw came unhinged. This had to be some kind of joke?

YouTube/Jorgensen Clan

30 minutes passed and nothing looked out of the ordinary. Then suddenly, Darren saw something on the footage and his jaw came unhinged. This had to be some kind of joke?

## Not Herself

Suddenly, Natalie seemed to wake up but she didn't look like herself at all. He continued watching the rest of the footage to find out more. But what he saw next challenged his theories and shook his beliefs.


Credits

You see, in the footage, it showed a peaceful Natalie sleeping in her bed. But 30 minutes in, and she appeared to be thrashing.

## This Was Real

Darren suddenly felt sick to his stomach. He blinked, thinking he was seeing things on the footage, but he wasn't. This was real.




Credits

Natalie was flailing around in her bed -- the movements she made were something new to Darren. What was going on? As soon as Darren saw this, he knew something was very wrong.

## What Happened?

Darren frantically yelled for Pam and showed her the footage, and she was equally astonished and horrified. They had no idea that this had been going on. What had happened to their little girl?


Credits

They finally had the answers as to where her daughter's bruises were coming from, but after watching the footage they were left with even more questions.

## She Had No Recollection

Darren ran to Natalie's room, but everything was normal again. She didn't remember what had happened last night at all. The worried parents rushed bewildered Natalie back to the doctor. They showed him the footage and he was dumbfounded -- he'd never seen anything like it before.

remember what had happened last night at all. The worried parents rushed bewildered Natalie back to the doctor. They showed him the footage and he was dumbfounded -- he'd never seen anything like it before.


YouTube/Chad Jorgensen

Darren's mind immediately flew to horror movies about demonic possession that he'd seen… it was crazy, but what else was he supposed to think? What was wrong with his daughter?

## More Tests

Their GP referred Natalie to a specialist, who ran a battery of tests on her. He conducted a thorough neurological exam and ordered a full polysomnogram with an EEG to measure the electrical activity in her brain.


Credits


Credits

He ruled out a tumor and head trauma. So, what was causing Natalie's strange nighttime behavior?

## A Reasonable Diagnosis

The specialist found some abnormal brain activity on the EEG that seemed to be coming from Natalie's temporal lobe, which indicated that Natalie could be suffering from temporal lobe epilepsy.


Credits

It was reasonable to assume that this was causing her to have nocturnal "episodes," or seizures. According to the research, there are many different types of seizures.

## A Logical Explanation?

But most nocturnal seizures are tonic-clonic. Doctors used to call tonic-clonic seizures grand mal seizures. They typically last less than 5 minutes. During this type of seizure, muscles stiffen and twitch -- which explains what Darren had seen on the footage.



what Darren had seen on the footage.


St. Peter Chillicothe

Natalie was prescribed anti-seizure medication and has made a full recovery. But Darren still had the house cleansed by a priest… just in case.


**Angie Dickinson Is Turning 100, This Is Her Now**

# EXHIBIT E

# She Looked Like She Was Pregnant With 30 Babies, Then Vet Shows Mom X Ray

By [Melanie](#) / Dec 14, 2020

### Unusual Day

It was an unusual day for the vet conducting an ultrasound on this female dog that visited her clinic. She moved the wand around gently, trying to make out what she was seeing on screen but couldn't make a definitive conclusion. In fact, she was also confused about the results. She repeated the procedure several times to make sure she wasn't just imagining things.


Credits

But there it was — and what she was viewing on the screen did not change at all. In her many years of practice as a veterinarian, this was her first time experiencing anything like this. It was a curious thing on the screen and she wanted to explore more, but something also tells her that time is crucial and that she must act fast to ensure the dog was safe.

ADVERTISEMENT


Sotheby's
SNOW CRASH
27 FEBRUARY–6 MARCH
LEARN MORE


Ahora con 5 millones de clientes y seguimos sumando.

But there it was — and what she was viewing on the screen did not change at all. In her many years of practice as a veterinarian, this was her first time experiencing anything like this. It was a curious thing on the screen and she wanted to explore more, but something also tells her that time is crucial and that she must act fast to ensure the dog was safe.



## The Important Choice

When Mariesa and Chris finally decided they would adopt a pet, they decided that having a dog would be best. They went to a number of dog shelters in the area in the hope of finding that one canine that would capture their hearts. The agreement was that they would choose just one dog this time because they already have several rescues at home. However, choosing among the many pets that needed their love and attention proved to be difficult.



Credits

When they chanced upon this mother in one part of the kennel, all with her innocent look and almost pleading eyes, they fell in love immediately.

## Belly of Puppies

It was fate that led the couple to this particular dog, who upon seeing them immediately approached and started to lick their hands. She was pregnant and Mariesa could see that it was this pet that needed the most care among the others. Because she had unborn pups in her belly, it was only right that she give birth in a loving place where she and her babies would be properly cared for.

among the others. Because she had unborn pups in her belly, it was only right that she give birth in a loving place where she and her babies would be properly cared for.


Credits

Right then and there, they decided that this brown, pregnant pit bull was the one. But the story doesn't end there just yet, as what they found out later made them rethink their decision to adopt.

## Bred and Then Abandoned

Pit bulls are known to be fierce and tough, but the story of this pregnant canine was far from this idea of strength. Storie, what Mariesa named her, had a sad past.




Credits

She was bred by somebody who had a backyard dog business, but when the owners found that it was expensive to take care of pets, they left the animals at the nearest shelter, instead.

## In Need of Love

Storie needed more love than ever, especially with her condition. There was no way that Chris and Mariesa would leave her at the shelter like that and vowed to make things right for their new family member.


Credits

It was hard enough that she was carrying pups in her belly and a shelter definitely was not the right place for her to give birth, much more raise her


Credits

It was hard enough that she was carrying pups in her belly and a shelter definitely was not the right place for her to give birth, much more raise her babies. However, that was not only problem with Storie. As it turns out, her condition was much more complicated.

## Huge Pit Bull Fans

Chris and Mariesa weren't just pet lovers — they were huge pit bull fans.


Credits

Rescuing dogs from shelters was not new to the couple but it is often the pit bull that catches their affections. In fact, they have a whopping 10 dogs at home.

## "Hotel" For Dogs

When you have multiple dogs like this couple, one of the first orders of business is their sleeping conditions. For a household with 10 or so canines, you would need to have plenty of beds to ensure every single one of them is comfortable. In the case of Chris and Mariesa, they got what they called a "megabed" to accommodate every one.




Credits

According to Chris, their dogs preferred to sleep on the bed. Since they were always being pushed out to the couch, they finally decided to build a dedicated bed that's 7 feet wide and 14 feet long for all their pets to share. The couple wanted to sleep in their own bed, too, and found that this idea solved many problems when it comes to bedtime.

## Something New

As their pet family grew, the couple realized that there was so much more they can do for rescued dogs. When they found out what Storie had been suffering through, even with plenty of pet experience on their belts, her case was something they haven't encountered before.




Credits

Nothing could have prepared them for the ordeal that their new family member would be going through.

## Loving Pet Parents

The couple no doubt shared an intense love for animals. In one interview with the local press, Mariesa admitted that some of her relationships in the past did not work out — and that she chose to leave — because her partners then were not as loving to pets as she was.


Credits

Most of them did not understand why she was so passionate about dogs, and some of them even objected whenever she brought home new rescues.

## This Time, It Was Different

When she met Chris, a fellow dog lover who was just as obsessed as she was with pets, she knew in heart that she had found the right man.

rescues.

## This Time, It Was Different

When she met Chris, a fellow dog lover who was just as obsessed as she was with pets, she knew in heart that she had found the right man.


Credits

Together, their affection for each and their animals grew — and so did the number of dogs in their shared home.

## Friendly Faces In These Places

A lot of rescue centers and animal shelters deal with problems that go beyond their resources. This is the reason they cannot possibly care for all the animals they want to rescue no matter how much the staff might want to.


Credits

When Chris and Mariesa went to the Pibbles & More Animal Rescue, they noticed that there was one particular breed of dogs that was present in overwhelming numbers: pit bulls. They had a hard time believing that these friendly dogs did not have a loving home to call their own. The lovebirds did not know it then, but one of these creatures would change their lives.

When Chris and Mariesa went to the Pibbles & More Animal Rescue, they noticed that there was one particular breed of dogs that was present in overwhelming numbers: pit bulls. They had a hard time believing that these friendly dogs did not have a loving home to call their own. The lovebirds did not know it then, but one of these creatures would change their lives.

## A Reputation They Did Not Deserve

Pit bulls have received a terrible reputation, although this is nothing more than one big understanding. You see, the features of this dog breed would be a large head and a muscular physique, although this is not indicative of the risk they actually pose.


Credits

Even though this is the case, a lot of states have deemed it illegal to have a pit bull as a pet. That is the reason animal shelters take care of so many pit bulls.

## Trying To Change The Stigma

Chris and Mariesa were both aware that this is the case, which is why they took in as much pit bulls as their resources allowed.




Credits

They never witnessed any violence from their pets whatsoever. This only made them want to help the lovely dogs, although they did not have a clue what fate was planning for them.

## Loving And Loyal Creatures

Even though pit bulls are thought to be the most dangerous breed of dog out there, no research has actually come up with findings to support this claim. The truth is that they can be loving and loyal like any other dog breed. Of course, they might behave badly when mistreated.


Credits

However, this does not mean they are predisposed to act like terrible creatures. These dogs are actually amazing creatures when you give them a chance. At the shelter, one special pit bull was going to prove everyone wrong.

## The Pups Should Have Popped Out Already

The staff at the center informed Mariesa and Chris that it was high time for Storie to deliver the puppies. In fact, she should have given birth by then.




Credits

They did not know why it has not yet happened, especially since the pooch looked ready to pop. What a precarious situation! What could possibly be going on?

## Life And Death

This animal-loving couple knew right away that this meant trouble for the poor pit bull. She clearly needed help as soon as possible.




Credits

They had to make a decision on the spot since it could make the difference between life and death for the dog and her unborn puppies.

### Helping The Soon-To-Be Mom

Time was of the essence in this case. Storie needed to be taken care of right that instant, but the couple had to think it over some more.


Credits

When they were talking to each other, Storie rested her beautiful face on her prospective human's knee and pleaded with her eyes. Mariesa came to a decision then.

### Big Dog Family

She knew she would be bringing Storie home, but was this actually the right choice? After all, this meant that the big family would get one more member – if not more!



She knew she would be bringing Storie home, but was this actually the right choice? After all, this meant that the big family would get one more member – if not more!


Credits

This was going to a big challenge, that much was for sure. However, they would soon learn that things were more complex than they seemed.

## The Perfect Solution

Even though they were aware that keeping Storie would mean taking care of an additional 10 dogs, they did not want the pregnant dog momma to be at the shelter for longer than she needs to be.




Credits

Mariesa wanted to help Storie and give her a safe space to deliver the pups.

## An Idea

The couple started to talk about it and weighed the pros and cons of bringing home Storie. Without a doubt, it was not a practical idea.


Credits

However, Chris suggested something that made perfect sense for the situation at hand. It sure seemed like their best bet, both for their family and for Storie and the pups.

## Foster Parents

He suggested that they would foster Storie and her puppies. However, this was only going to be temporary as the animal rescue team would then look for their forever homes.

### Foster Parents

He suggested that they would foster Storie and her puppies. However, this was only going to be temporary as the animal rescue team would then look for their forever homes.


Credits

This was a good idea since they could not afford to keep more pets with their eight other dogs.

### Another Problem

The suggestion was a brilliant one, but the problems did not end there. They still had to find out what was wrong with the pregnancy.




Credits

What was the reason Storie had not yet give birth even though she was close to bursting? This was the next thing they had to tackle. They needed to give the pregnancy the attention it deserved.

## Looking For Answers Online

This was the first time they have ever encountered anything like this. There must be some reason Storie was unable or unwilling to give birth to the babies.


Credits

Chris and Mariesa had been worrying about it, so they decided to go to the internet and look for a way to address the issue. Did they find anything of relevance over there?

## Terrifying

Unfortunately, they did not find a lot of reassuring things online. In fact, they came out even more worried about the situation!




Credits

Well, this is normally what happens when you look for answers online. Chris and Marie felt even more anxious about the whole thing.

## Relationship Between Trauma And Birth

Humans have a tendency to underestimate just how intelligent most animals actually are.


Credits

When Mariesa and Chris started to look for answers, they found out why a dog might resist the delivery of her puppies. They even found a source that seemed to perfectly describe what was happening.

## Stressful Conditions

What did they learn? Research showed that animals often experience a lot of stress and even trauma when they live in rescue shelters.



## Stressful Conditions

What did they learn? Research showed that animals often experience a lot of stress and even trauma when they live in rescue shelters.


Credits

Of course, pregnant dogs are more vulnerable to this. While shelters have the intention of helping animals in need, they get crowded quickly. A crowded place is not the best environment for a pregnant dog. A loving home such as Chris and Mariesa's can make a big difference.

## Realizing How Dangerous The Situation Is

Chris and Mariesa started to read up about the matter some more and realize things could escalate further. There was a possibility that Storie would lose her puppies.




Credits

Not only that, but she might also lose her life! They certainly had no idea how bad thing were. Can you believe that this is not all?

## Traumatic Experiences

Mariesa found out that pregnant dogs experiencing trauma get so worried about the pups that they could chose to refuse delivery completely.





Credits

This situation happens since they are under the impression that the babies would be at risk…

## Off To The Vet

Chris and Mariesa were able to tell that this was a precarious situation. They had to bring the pregnant pooch to the vet as soon as they could.




Credits

This was important if they wanted to ensure the safety of the babies. They popped back in the car and drove to the nearest vet.

## What The Ultrasound Showed

The vet conducted an ultrasound scan on the dog, but she saw unbelievable results. She shook her head.


Credits

How could this even be possible? There must have been some kind of mistake, one way or another!

## Something Isn't Right

What she saw there would change things for the couple and the others involved. Mariesa picked up on the fact that something was not



involved. Marlesa picked up on the fact that something was not


Credits

However, nothing about the results changed or disappeared, not the shapes nor the numbers… It was true. right. What was it now?

## The Shock Of A Lifetime

The veterinarian took a deep breath before she delivered the news. She went into an explanation of the abnormality she found in Storie's womb.


Credits

They had been expecting to see six puppies, but this did not align with the ultrasound results.

## Frozen In Shock

The vet pointed to the outlines and then counted them for the couple. Chris and Mariesa then figured out what was happening.




Credits

They were now in shock as well. They were told that Storie would have six puppies, but the ultrasound revealed that this was not true. What exactly was going on?

## A Development No One Expected

The vet did not expect this either. She tried to count again. After this, she gave it another round.


Credits

The results were always the same. At last, she figured out there was no choice but to tell them what it was.


Credits

The results were always the same. At last, she figured out there was no choice but to tell them what it was…

## Unexpected

Chris and Mariesa had been expecting six puppies, but the vet knew this was wrong. The pregnant dog was carrying not six puppies but twelve!


Credits

Yes, that is twice the number of dogs they were expecting. At any rate, Storie had TWELVE puppies in her womb. How were they going to solve this mess?

## Disbelief

The lovebirds could not believe what they just heard. How could this happen? Six dogs already sounded like too much but twelve?




Credits

Clearly, the problem was even more serious than they originally thought. Was Storie going to be okay? Was she going to deliver all twelve of her babies? Let us find out.

## Go Home And Wait

Even the vet had no idea why Storie had yet to give birth to her large litter of puppies.




Credits

At the very least, the ultrasounds showed her that the puppies were all fine. What a relief! What was next for them?

## Preparation

The vet said that the best thing they could do was head home and get ready for the birth. If Storie still had not given birth after 48 hours, they should return for yet another examination.


Credits

Chris and Mariesa did not know it at the time, but Storie actually had a great reason to wait.

## The Parents Are Anxious

You can probably imagine how stressed Chris and Mariesa had been at

Chris and Mariesa did not know it at the time, but Storie actually had a great reason to wait.

## The Parents Are Anxious

You can probably imagine how stressed Chris and Mariesa had been at that moment. Storie was not only in danger of losing six babies but a dozen of these babies.


Credits

They could not help but feel anxious about the following 48 hours. Was Storie going to be all right if she failed to deliver the pups in that timeframe?

## A Brilliant Idea

It is easy to see that this was a dangerous and terrible situation at the same time. However, there seemed to be nothing they could do for Storie.




Credits

The only thing left to do was make her feel at home. When they went home, Mariesa came up with a clever plan.

### Giving Her A Space Of Her Own

By that point, Chris and Mariesa already went through a lot of articles about trauma and stress. They knew how hard things have been on Storie.


Credits

They tried to help her by giving her a very inviting space. Mariesa chose a spot in a spare bedroom. She even placed pillows and blankets for the dog.

### Sanctuary

After that, they showed Storie her new sanctuary and prayed for the best.



After that, they showed Storie her new sanctuary and prayed for the best.


Credits

Chris and Mariesa gave it their all because they wanted to make it just right for the pooch. They even kept track of the room temperature and noise level in there.

## Oblivious

The couple did not know that something incredible was going to happen there.


Credits


Credits

The two of them headed of to bed for the night and then went to see how Storie was doing upon waking up. They wanted to see if she was feeling better and more comfortable.

### Extraordinary

As Mariesa and Chris headed to the room where they left the pit bull, they could hear some curious noises.


Credits

They hurried and entered the bedroom. They did not expect to see what they laid their eyes on!

### During The Night

They entered the spare bedroom. Much to their delight, they found Storie in there with her 12 adorable puppies!



They entered the spare bedroom. Much to their delight, they found Storie in there with her 12 adorable puppies!


Credits

She was able to deliver them all while the two of them slept. What an incredible sight it was.

## Thrilled

Mariesa and Chris were reduced to tears by what they saw. Who would have thought Storie was finally going to deliver the pups?


Credits

They were thrilled. Soon enough, they learned just why she waited so long.

## A Dozen Puppies

When dogs give birth to puppies at the shelter, it often becomes stressful for both the mom and babies.

long.

## A Dozen Puppies

When dogs give birth to puppies at the shelter, it often becomes stressful for both the mom and babies.


Credits

Storie was somehow aware that the shelter was not a good place for anyone to give birth in an environment like that one. This is the reason she decided to wait for someone like Chris and Mariesa

## Less Than A Day

Isn't it incredible that Storie only had to spend one whole day, even less, with Chris and Mariesa to feel comfortable around them?


Credits

She was so at home she even delivered her litter of puppies! What made it even more special was the fact that no one understands what was going on. Good job, Storie!

## A Great Dog Mama

Storie was great when it came to looking after the puppies. Well, what else did you expect from the best dog mother in the entire world?




Credits

It did not take long before people started to file adoption cases for the dogs. The couple already knew that they would not get to keep the puppies for a long time. Was Storie going to be okay with letting the puppies go?

## Puppies For Adoption

After several weeks, the puppies finally opened their eyes. Mariesa and Chris had been enjoying the time they had with the litter of puppies.




Credits

The babies took over the yard and goofed around with one another. You know what puppies are like! Storie was happy to have all of her pups with her. Sadly, the time came for them to say goodbye…

## Waiting For A Little TLC

When Storie was taken to a good and secure environment, she was able to let her body do the work and deliver the puppies.






Credits

This was how she got to welcome the puppies, all twelve of them. However, what was next for her and the babies? Let us find out.

## A Pack Of Her Own

It seems like Storie knew just what she needed to give birth to her babies. All she wanted was the feeling of protection and security!


Credits

The foster couple managed to give her these things, which was how she birthed her twelve strong puppies. She sure is one smart dog.

## Heading For Their New Homes

It is impressive to hear that they managed to find foster parents willing to adopt the puppies when they were 10 weeks old.




Credits

Chris and Mariesa might have adored the babies, but they simply did not have the means to keep them. They had to give them up for adoption, sadly. It was a heartbreaking moment, but it was the right thing to do.

## 10 Weeks Old

When they were 10 weeks old, the puppies were brought to their new homes. We're glad to hear that, but what would become of Storie?




Credits

The puppies were all in good hands now, but what about their mother? After risking her life for her children, this wonderful mother deserves only the best.

## Her Forever Home

It is not all that surprising to hear that the story went viral when it was posted on Facebook. The inspiring story of Storie reached someone who fell in love with her right away.




Credits

This man then contacted Chris and Mariesa to schedule an appointment. He wanted to meet this lovely dog and then see from there. What did he have to say?

## They All Found Homes!

He ended up loving Storie even more and decided to take her with him! Storie has, at long last, made her way to her forever home.


Credits

She and the rest of the puppies were then taken to their amazing homes. Not only that, but she also got spayed to prevent any more massive pregnancies. Let us hope she never has to go through anything like that ever again!

## The Best Dog Mom

Not only that, but she also got spayed to prevent any more massive pregnancies. Let us hope she never has to go through anything like that ever again!

### The Best Dog Mom

Even though Storie gave birth to a large number of puppies, she still remembered to give them the attention and love they deserved.


Credits

When she was still with them, she was the image of a perfect mom. Aren't you excited to hear such a lovely thing?

### The End Was Nearing

Chris and Mariesa were both happy and proud to see Storie accomplish such a big feat.




Credits

She even cleaned and nursed the puppies while she waited for them to reach a good health status. Sadly, the couple did not have much more time with them…

## If Not For Them

The twelve pups all went to loving houses they now get to call their forever homes. They are glad this is the case because they will never run out of love and affection now.


Credits

Storie stayed with Chris and Mariesa until each of the puppies were taken. Her maternal instincts are still as bright as can be.

## A Crucial Chance

If Mariesa and Chris failed to take a chance on her, some very terrible things would have happened to her and the babies.

Her maternal instincts are still as bright as can be.

## A Crucial Chance

If Mariesa and Chris failed to take a chance on her, some very terrible things would have happened to her and the babies.


Credits

We are happy that they took a chance on the incredibly pregnant dog they found in the crowded animal shelter. Otherwise, things would have gotten a much sadder ending. Whew!

## A Happy Note

Even though the story of Storie had a happily ever after, there are so many dogs out there who will never get to find a forever home.




Credits

Shelters typically need plenty of help to take good care of the animals. If you are unable to foster a dog for some reason, you can do more by checking out your other options.

## Helping Out

Of course, it is always a good idea to take in a new dog if you can. However, you can opt to donate money or spread the word about the shelter or rescue home.


Credits

Credits

These might sound like little things, but they will go a long way to help the people who work in the shelters.

## The Mr. Mo Project

Mariesa and Chris are the founders of a nonprofit organization that looks after elderly and sick dogs. It is called the Mr. Mo Project.



Credits

The dogs that fall under these categories have a high risk of euthanasia, so the couple wants to look for places they could call their forever homes


Credits

The dogs that fall under these categories have a high risk of euthanasia, so the couple wants to look for places they could call their forever homes. The project also takes care of medical and living expenses. The "fospice" homes, meanwhile, provide care and love.

## A Family Affair

If you can adopt or foster dogs, you should always keep this story in mind. There is no need to fret if you do not think you have enough bed space for all the dogs you want to adopt.


Credits

Should that ever happen, try to follow in the footsteps of Mariesa and Chris. Although the average king bed measures 6.6 feet long, theirs is nearly double that! This is an option you might want to consider.

## Happy Holidays!

By this point, you should know better than anyone how much Mariesa and Chris love dogs. You can even check out the Instagram account for 'The Mr. Mo Project'.




Credits

On that account, they posted this photo with a caption that read, "Happy Easter and Passover from our dog house to yours #happyeaster #happypassover #lifeinthedoghouse #mrmoproject #gomrmo #18dogsandcounting #72paws #rescuelife #shelterdogs #rescuesdog #seniordogrescue #adoptdontshop #multidoghousehold #siblinggoals #squadgoals #packlife #easterbunnies #easterpictures #love #proudparents".



# EXHIBIT F

# Girl Mocks Boy, Years Later He Gets The Last Laugh

By <u>Melanie</u> / Dec 13, 2020

## Mortified

Anthony was mortified, frozen in his tracks. This was some kind of joke, right? He couldn't believe she had done this to him, and in front of everybody too. Antony stood in embarrassment, and his head began to spin.



Antony Bayer / Facebook

He could feel his cheeks blush like an over-ripe tomato and he ran far away, as fast as he could. He thought things couldn't get any worse, but he was so wrong.

## Fast Food Addict

ADVERTISEMENT







away, as fast as he could. He thought things couldn't get any worse, but he was so wrong.

## Fast Food Addict

Anthony Bayer was a self-proclaimed fast-food addict. Burgers, fries, hot dogs, pizzas - all the kind of foods that most people have as a weekend treat, Anthony ate. Every single day.


Anthony Bayer

His family tried their best to get him to eat healthily, but Antony would still somehow get his hands on greasy foods. The more Antony ate, the bigger he got. But he just brushed it off. The food tasted too good to not eat, but Antony had no idea what was in store for him.

## Taunting And Teasing

Everybody at school would tease Anthony, taunting him about his appearance. Even a few of his teachers would make sly yet harsh digs about Antony.




E✻TRADE
from Morgan Stanley
Open an account


Antony Bayer

He tried to mask his pain and humiliation but he was sinking further and further into a dark hole. He thought it couldn't get any worse, but little did he know what was coming.

## Alone

Every day, Anthony would binge on junk and fast foods. He'd have a meatball sub for breakfast, two pizzas for lunch, and fried chicken for dinner. He couldn't help himself; it was the only way he was able to deal with the cruel taunts from school.


Antony Bayer

He tried to laugh off the vicious words, but they clung to his emotions like grease on a piece of fried chicken. He felt unwanted and completely alone, but Antony's lowest point was still to come.

## Prom Was Just Around The Corner

He tried to laugh off the vicious words, but they clung to his emotions like grease on a piece of fried chicken. He felt unwanted and completely alone, but Antony's lowest point was still to come.

## Prom Was Just Around The Corner

Prom was approaching, and nervous girls and boys lingered in the school hallway waiting to be asked out to the most special night of the year. Anthony dismissed the idea of going to prom as soon as it was announced. There was no way you could catch him there.


Credits

But then when Molly, a popular girl at his school who wouldn't look out of place on a cover of Vogue, approached him in math class, he had no idea what was in store for him.

## A Beautiful Girl

Molly walked up to Anthony, flashing her Hollywood smile. Anthony felt butterflies in his stomach. She was one of the prettiest girls he had ever seen. "Will you go to the prom with me," Molly asked. Anthony was speechless. "Erm, yeah sure," he quietly replied, his cheeks blushing bright red.




Credits

Molly gave a cheerful smile and walked away. Inside, Anthony was bursting with excitement. He was so happy, and he knew his mom would be happy too! Little did Anthony know what was coming to him.

## Prom Is Here

The day of prom swiftly arrived and Antony had rented a fancy suit and even had even splashed out on a limousine so he and Molly could arrive at prom in style. He knew he couldn't mess this up, after all, when do guys like Anthony ever get asked out by girls like Molly?


Pinterest

When he kissed his parents goodbye and hoped into the limousine, ready to pick up his date, he had no idea his entire world was about to come crashing down.

## Picking Up His Date

Anthony, armed with his fancy suit and limousine, pulled up to Molly's house. He could feel his heartbeat race as he got out of the car and walked to her front door. He was super nervous, and his hands were shaking as he rang the doorbell.

### Picking Up His Date

Anthony, armed with his fancy suit and limousine, pulled up to Molly's house. He could feel his heartbeat race as he got out of the car and walked to her front door. He was super nervous, and his hands were shaking as he rang the doorbell.


Antony Bayer / Facebook

He took a deep breath and waited for his date to appear. After a few minutes, the door opened and Molly appeared. What she did next would leave Antony scarred for the rest of his life.

## Laughing At Him

Molly, who looked like she was ready to grace a Hollywood red carpet, started laughing at Antony. A group of people appeared behind Molly and joined in with the laughter. Did he have cookie crumbs on him? Did he leave a smudge or shaving cream on? Why was she laughing?




Credits

It turned out the reason for her laughing was way worse than a mere cookie crumb or blob of shaving cream.

## Mortified

"You're just a big joke," Molly said, laughing and pointing at Anthony. Hearing those words, Anthony could feel his world crumble around him. He was mortified, how could someone be so cruel?


Antony Bayer / Facebook

He felt the tears trickle down his face and he ran back into the limousine as fast as he could and headed back home. It was the cruelest thing Anthony had ever experienced.

## Getting Home

When Anthony arrived home he raided his parent's fridge -- it was fortunate that they were out. He wiped away the tears as he gulped down whatever he could get his hands on.

When Anthony arrived home he raided his parent's fridge -- it was fortunate that they were out. He wiped away the tears as he gulped down whatever he could get his hands on.


Credits

He knew that people would hear about the heartbreaking prank. He was for sure going to be laughing stock at school on Monday. And he was right.

## Even More Embarrassment

When he arrived at school the following Monday, his classmates were laughing and retelling the story of him getting publicly rejected.


Credits

Thankfully, Anthony knew that school was about to finish.. for good. He would never see these people again. He would never have to watch Molly, the girl who left him heartbroken and humiliated, laugh at him with her friends. But Anthony was wrong.

Thankfully, Anthony knew that school was about to finish.. for good. He would never see these people again. He would never have to watch Molly, the girl who left him heartbroken and humiliated, laugh at him with her friends. But Anthony was wrong.

## Vicious Cycle

With each slice of pizza and chocolate cake he devoured, he showed no signs of slowing down. He would consume two foot-long meatball subs with a large bottle of coke for breakfast, while lunch would consist of a burger meal from KFC and a packet of Magnum ice creams


Credits

Then for dinner, Anthony would consume two large pizzas and another two-liter bottle of coke -- meaning he was consuming around 10,000 calories per day.

## Creeping Up

Caught in a vicious cycle and at his highest weight, Anthony tipped the scales at almost 300 pounds.




Credits

Because of his large size, he was made the subject of intense bullying and scornful looks wherever he went. And more than just a target for bullying, his weight was having a severe impact on his health.

## Health Complications

Although he was still a teenager, Anthony was putting himself at risk for diseases such as gallstones, type 2 diabetes, high blood pressure, high cholesterol and triglycerides, coronary artery disease (CAD), a stroke, and sleep apnea, among other conditions.


Antony Bayer

Complications of being overweight also include liver problems, problems with hip development (slipped capital femoral epiphysis) or bone growth in the legs. So why didn't he try to lose the weight right away?

## Spiraling Out Of Control

"I sank into a major depression after that, which lasted years after high

with hip development (slipped capital femoral epiphysis) or bone growth in the legs. So why didn't he try to lose the weight right away?

## Spiraling Out Of Control

"I sank into a major depression after that, which lasted years after high school ended. I never thought anyone could love me and that I'd be alone forever," Anthony confesses.


Credits

And the more depressed he became, the more he looked for solace in food. "I didn't know how to eat properly and didn't care. I was addicted to fast food."

## Embarrassed And Ashamed

Anthony was too embarrassed to go to the gym when he was at such a high weight. Given the fact he was subject to such scorn and hurtful comments when just walking around in public, going to a gym full of fit people he assumed would react the same way was the last thing that he wanted to do.




Daily Mail

It's such a contradiction — making fun of someone who is overweight for going to the gym is like making fun of someone who is hungry for going to a restaurant. But a trip to the doctor was about to change all that.

### Visiting The Doctor

What Anthony originally thought was going to be a check-up doctor visit ended up being a complete wake-up call. His doctor conducted tests and the results showed that Anthony was about to get diabetes.




Anthony Bayer

The words hit Anthony like a ton of bricks. He knew he had to do something about it and make some drastic changes... but was it too late?

## Had To Make A Change

Anthony's trip to the doctor made him realize he had to quickly change his lifestyle and eating habits. It was quite literally a case of life or death. For the first time in his life, Anthony went to the gym, and he started to eat healthy too.


Antony Bayer / Facebook

It was hard at first, but eventually, Anthony got into it. He started to educate himself on nutrition and foods and carefully watched what he ate. He knew it was going to be a long and tedious journey, but it would be worth it. He wasn't going to give up. No way.

## Lifestyle Change

The key to a healthy transformation is including a variety of foods in your diet — everything in moderation — heavy on whole grains, fruits, vegetables, complex carbohydrates. And the importance of eating plenty of

### Lifestyle Change

The key to a healthy transformation is including a variety of foods in your diet — everything in moderation — heavy on whole grains, fruits, vegetables, complex carbohydrates. And the importance of eating plenty of protein cannot be overstated.


Antony Bayer / Facebook

This has been shown to boost metabolism by 80 to 100 calories per day. High-protein diets can also reduce cravings and obsessive thoughts about food and reduce the desire for late-night snacking by half. But for Anthony, cutting out sugar was key.

### Changes

"When I was fat, I hated myself and never thought anyone could love me. All I wanted was to have a partner and family, so that really motivated me to lose weight," Anthony confessed.


Credits

After a few weeks, he began seeing a difference in his body and feeling healthier than he had in years. Now, he was unstoppable.


Credits

After a few weeks, he began seeing a difference in his body and feeling healthier than he had in years. Now, he was unstoppable.

## New Lease On Life

Anthony was working out pretty much every day and was eating healthy. He swapped pizzas for brown rice, chocolate for fruit - he was determined to prove everyone wrong.


Antony Bayer

Finally, his weight started to drop off. It was a long and tiring transformation but the results were worth it. He was oozing with confidence. Finally, he felt happy. But he had no idea a visitor from his past was about to come back into his life.

## Completely Different

Five years passed and Anthony looked completely different from the 17-year-old he once was. He had started a YouTube channel, in order to motivate people, using his words of wisdom to help change people's lives.



motivate people, using his words of wisdom to help change people's lives.


Antony Bayer / Facebook

He also gained a lot of female attention. Using the numerous dating apps out there, he received over 1000 matches! It was crazy. But Anthony had no idea what was about to happen.

## A Message

It was late in the afternoon and Anthony had just finished a workout at his local gym. With endorphins pumping around his body, he headed home ready for an early night.


Antony Bayer

As he pulled into his driveway, his phone beeped - he had received a



Antony Bayer

As he pulled into his driveway, his phone beeped - he had received a message. When he saw who the message was from he felt sick to his stomach.

## It Was Molly

It was from Molly, the girl who humiliated him back at prom. How did she get his number? What did she want?



Credits

As he read the message he had flashbacks to that humiliating night five years ago. The night where Antony's world fell apart. She had some nerve to message him.

## Lost For Words

In the message, Molly apologized for what she did back in high school. But the message didn't end there.

Hey Anthony, it's ███. We went to school together at ██████ ███ and I don't know if you remember me. I just wanted to let you know that I'm

went to school together at
███████ L███ and I don't know if
you remember me. I just
wanted to let you know that I'm
sorry for bullying you for being
overweight, and I want to know
if you'll give me a chance to
take you out for dinner. I think
that you are absolutely hot, and
I would love the chance to
make it up to you. XX

Antony Bayer / Facebook

You see, she followed up her apology with an invitation for Anthony to go
on a date with her! Anthony was lost for words. He wasn't going to stand
for this. No way.

## Had To Make Her Feel The Same

Anthony could remember how mortified he felt when Molly embarrassed
him. He had never felt humiliation like it. He had no sympathy or time for
her, he didn't want to give her a second thought.



Antony Bayer

And what he did next left Molly just as humiliated as she made him, five
years ago. She had it coming to her.


Antony Bayer

And what he did next left Molly just as humiliated as she made him, five years ago. She had it coming to her.

## Forgive But Never Forget

You see, Anthony completely ignored the text. He will forgive but he will never forget.


Antony Bayer / Facebook

This incredible man can now carry on living his life full of rightly-deserved happiness. The bully who made his life a living hell will never hear from Anthony again. And Anthony was more than happy with that.

## Revelation

"I never thought about my health until my doctor said I was about to get diabetes. I broke down in tears and realized I needed to change my life," Anthony revealed in an interview.




Daily Mail

"I stopped eating fast food and began cooking for myself. I also stepped foot into a gym for the first time back in 2014 and haven't looked back." But Anthony isn't the only one who has made such an unbelievable transformation...

## Big Girls Don't Cry

Obesity is a crisis in the US. Many people struggle with their weight. Some Americans are even at the point of dangerous numbers. Their weight will literally kill them if they don't act fast.


Instagram/ Fat Girl Fed Up

Most people struggle to find the will to get up and get rid of their weight. But for one couple, enough was enough. They decided to take ownership


Instagram/ Fat Girl Fed Up

Most people struggle to find the will to get up and get rid of their weight. But for one couple, enough was enough. They decided to take ownership of their weight problem. And the results are truly inspiring!

## Introducing Power Couple Lexi And Danny Reed

The Reeds certainly did not look like much two years ago. Both were overweight, and both were complacent. But both were happy as well.


Instagram/ Fat Girl Fed Up

Danny fell in love with Lexi for who she was. After ten years of being together, Danny popped the question and wanted to make Lexi his wife. She was thrilled by the idea! But sadly, a wedding at 485 pounds isn't the easiest thing to manage. And the complications were only beginning.

## Don't Sweat The Small Stuff

Although the couple was happy, their weight had always been a challenge. They were unable to enjoy doing usual things together. No romantic bike rides or strolls on the beach. They even battled going out for a meal and movie.

Although the couple was happy, their weight had always been a challenge. They were unable to enjoy doing usual things together. No romantic bike rides or strolls on the beach. They even battled going out for a meal and movie.


Instagram/ Fat Girl Fed Up

Size really can set someone back. Danny and Lexi were becoming aware of this. Thanks to their weight, the couple sank into a dangerous complacency. And the medical complications were terrifying.

## Wedding Blues

Even though they had an astounding amount of love for each other, something was weighing on Lexi. Organizing a wedding at such a massive size really put a strain on her. She found herself battling to do everyday things.

things.


Instagram/ Fat Girl Fed Up

Seeing venues and suppliers became an enormous chore. Instead of enjoying her planning, Lexi felt like a prisoner. And then came the wedding dress, which sent Lexi into a bad depression.

### Finding A Wedding Dress At 485 Pounds

Weighing in at a staggering 485 pounds, this bride had her work cut out for her. She needed to find a wedding dress not only that fit her size, but that

### Finding A Wedding Dress At 485 Pounds

Weighing in at a staggering 485 pounds, this bride had her work cut out for her. She needed to find a wedding dress not only that fit her size, but that she loved.


Instagram/ Fat Girl Fed Up

Every bride dreams of being married in her fairy tale dress. Unfortunately for Lexi, this wasn't so easy. Her sheer enormity began to depress her. But she knew in her heart, the wedding must go on. Even if it wasn't a dream come true.

### Wedding Bells In The Air

The couple got married without a hitch. They enjoyed a beautiful ceremony together and made the most of their day. But her weight was forever playing in the back of Lexi's mind. Even though she had her dream guy, how long would it last?




Instagram/ Fat Girl Fed Up

A year later, she and her husband found themselves in a dangerous rut. Fast food, television, and nothing more put her risk in serious jeopardy. And the incredible seed was planted.

### The Future Looked Dim For Lexi

Even though she loved her husband, Lexi wanted more. She had always dreamed of traveling. But due to her size, she could not fit into a plane seat.


Akross

Lexi wanted to visit Orlando. She wished to see the Wizarding World Of Harry Potter. But thanks to her weight, there was no way of getting there.


Akross

Lexi wanted to visit Orlando. She wished to see the Wizarding World Of Harry Potter. But thanks to her weight, there was no way of getting there. Things seemed hopeless for Lexi. Until she decided to make a dramatic change.

## Too Much Of A Good Thing

Even though her dreams were slowly slipping away from her, Lexi had one thing. She had unconditional love from her husband Danny.


https://www.instagram.com/fatgirlfedup/

He was a great means of support to the overweight woman. He cared for her and loved her no matter what. But is caring became the root of the problem. Danny began to care too much for his bride. So much so, he began to kill her.

## The Complacency Is Killing Me

Even though Danny meat no harm, his support was not the right kind. He would sit idly with his wife while binge-watching series and overindulging on snacks. He never once thought their dietary habits were an issue.




Instagram/ Fat Girl Fed Up

But the more processed foods they ate, the worse Lexi became. She indulged in takeout food daily. And with no one to stop her, she was on a downward spiral. And then the couple received devastating news.




Antony Bayer

## The Health Scare That Shook The Couple

Lexi received a devastating blow. She had always dreamed of being a mom. But due to her weight, her likelihood of conceiving was low.


Instagram/ Fat Girl Fed Up

This sent her spiraling into depression. All Lexi ever wanted was to be a mom! But her weight was a risk to both her and her child. She knew something had to be done. And then, she made a change so remarkable, it inspired the world

## Lexi Beats Obesity

Suddenly, Lexi had an overwhelming urge to get healthy. She found it in herself to get up and go. And boy, did the hard work pay off!




Instagram/ Fat Girl Fed Up

Eighteen months later, a person would not even recognize her and her husband Danny. The pair put themselves into high gear. And the results were staggering. They now lead a healthy, lighter life. And their story inspires millions! But it wasn't always so easy. A massive problem almost derailed their progress.

## Danny Is Weary About The Workouts

Initially, husband Danny posed a threat to Lexi's weight loss. He wasn't keen on the idea of working out as intensely as she wanted. But, thanks to his pure love and devotion, he pushed through.




Instagram/ Fat Girl Fed Up

His wife inspired him to get off the sofa and join her. And with his help, the couple began to soar. Their progress was astounding. Some of their friends even hedged an interesting bet on the two.

## All Or Nothing

Friends of the couple decided to hedge a bet on the couple. They wagered that the pair wouldn't make it through a month. So Lexi raised the stakes!


Instagram/ Fat Girl Fed Up

She proclaimed they would train for half an hour five times a week. She also pledged to not order take-outs or drink alcohol. And as a result, her weight loss took off like a wildfire. All thanks to a friendly bet.

Instagram/ Fat Girl Fed Up

She proclaimed they would train for half an hour five times a week. She also pledged to not order take-outs or drink alcohol. And as a result, her weight loss took off like a wildfire. All thanks to a friendly bet.

## Danny And Lexi Are A Phenomenon

This power couple has managed to inspire millions. All through a little bit of determination. Thanks to Lexi's pregnancy scare, the couple now lead healthy, fulfilling lives.



Instagram/ Fat Girl Fed Up

Their story was so inspiring, they became a viral internet sensation. Lexi was honored by the Loreal Paris and TNT Drama. They invited her to attend the 2018 Screen Actors Guild Awards. She was deemed an inspirational woman by the group. And she continues to inspire all to this day.

## Lexi Changed Her Life In Eighteen Months

This powerhouse lady changed her life dramatically in only eighteen months. This just goes to show how much a little determination can do!




Instagram/ Fat Girl Fed Up

The couple still continues to train together. They lead a healthy life style and indulge in great healthy foods. They are a true inspiration to many and should be revered by all. If one couple has the capacity to do it, so do we all!


Life Fitness®
Used By 60M+ Exercisers/Year
SHOP NOW

Copyright © 2023 FunnyAnd

# EXHIBIT G

**FUNNYAND**

DIY    Food    Fashion    Travel

## They Thought Their Missing Son Had Returned, Nothing Could Have Prepared Them for the Truth

By jasonm / Nov 11, 2022

### A Child Vanishes



In 1994, a young boy from Texas vanished without a trace. His family was devastated, and lives were completely destroyed. However, years later, he was found…in a different country. To say his family was thrilled to have their son back would be an understatement.

Unfortunately, this family would soon learn…be careful what you wish for.

### The Pain of Loss

ADVERTISEMENT



Shop Official Life Fitness®
Life Fitness®



Unfortunately, this family would soon learn…be careful what you wish for.

### The Pain of Loss





**Beach Shots That Went Too Far**

No one can understand the pain and heartache of losing a child. Whether through death or kidnapping, finding closure can be a hard thing to achieve and for many families, denial is the best course of action. For one family, they would finally find closure, but the truth seemed almost too good to be true.

### A Troubled Family



Growing up in San Antonio, Texas, Nicholas Barclay's home life was far from perfect. Not only did he fight with his parents all the time, but his demeanor was quite aggressive to other students, teachers, and family members.

### Nothing But Trouble



## Nothing But Trouble



Nicholas seemed to have a knack for getting into trouble. Whether it was at school or at home, his parents were at their wit's end on what to do with him. At one point, they were even considering sending him off to military school, hoping that would straighten him out.

## Going to Court



Unfortunately, before they plan their next move, Nicholas landed himself in big trouble with the law due to his disruptive behavior. With a court date planned, his parents hoped this might be the wake-up call their son needed.

Unfortunately, before they plan their next move, Nicholas landed himself in big trouble with the law due to his disruptive behavior. With a court date planned, his parents hoped this might be the wake-up call their son needed.

Unfortunately, Nicholas would never make it to court.

## A Night Out



The night before the court hearing, Nicholas decided to blow off some steam with friends. A friendly game of basketball was just what he needed and the night couldn't have been more perfect. Just a group of boys being boys.

## Gone Without A Trace



When the game finally finished, all of the boys went their separate ways.



When the game finally finished, all of the boys went their separate ways home. However, Nicholas vanished before making it back to his parent's home. No one ever saw him again.

## Possible Runaway?



At first, Nicholas's family thought he might have run away. With the court date coming up the next day, they figured he might try to avoid appearing at all costs, but soon they realized something was very wrong.

## Missing in Action





Nicholas's photo is shown age-progressed to 26 years. He has three tattoos: the letter T on his left hand between his thumb and forefinger, the letter J on his left shoulder, and the letters L and N on the outside of his left ankle.

Soon, his family realized he was missing. Many of the counties nearby were alerted that a young boy had gone missing and flyers were distributed throughout the city. Sadly, no tips came in on where Nicholas might be. What could have possibly happened?

## Three Years Later



After three years with no new information, the case was considered cold. While his family never gave up hope, it seemed time was not on their side. However, one day in 1997, Nicholas's parents received a shocking phone call.

## Lost But Now Found





The police had found Nicholas. After three years of questions and uncertainty, their son would finally be coming home. But where had he been this entire time?

## Far and Away



According to the investigators, Nicholas had been discovered in a small town in Spain. He was healthy and mentally fine, and they would be putting him on a plane back to Texas. Soon, his parents would be reunited with their long, lost son.

## What Happened?





The family was eager to learn what had happened to Nicholas. He weaved a story of being kidnapped and placed on a plane to Europe. Nicholas revealed he had been sold into a child's sex trafficking ring and wound up in Spain. Thankfully, he had been able to escape and the police found him just in time.

## Something Was Off



Despite being thrilled to have her son back, Nicholas's mother noticed something was very off about him. Not only were his eyes a different color, but his hair as well. According to her son, his kidnappers had changed both his hair and eye color to evade authorities. Wanting desperately to have her son back, his mother believed him.

## Home At Last





Despite the differences in appearance, his family believed they had their son back. Why would they doubt him or the police? However, a private investigator didn't believe the story that was being told.

## Strange Claims



Charlie Parker had heard all about the story of the kidnapped boy who was found in Spain, and thought some of the claims just didn't add up. For starters, he didn't think it was possible that someone could physically change the boy's eye color.

## Personality Shift





Another key observation from Parker was Nicholas's attitude. For someone who had been sold into a child sex trafficking ring, he seemed perfectly fine. Any child who had gone through such horrors would show signs of trauma and most likely become withdrawn. However, Nicholas showed no signs of any impact of the entire ordeal.

### Examining the Evidence



Charlie enlisted the help of fellow investigators to look into the case. While examining the before and after photos of the boy, they noticed something very alarming. You won't believe what they discovered…

### It's All in the Ears



### It's All in the Ears



Just like fingerprints, a person's ears are completely unique. When looking at the photos, the investigators realized that the ears were completely different. Who was this person that was claiming to be Nicholas?

### A Complete Scam





After further investigation, the truth was revealed. The young man posing as 16-year-old Nicholas was actually a 23-year-old man from France named Frederic Bourdin. According to Interpol, he was known as "the Chameleon" since he had a history of stealing identities.

**A Wanted Man**





Known for impersonating missing children, Frederic was wanted by the French police. Apparently, the young man had spent most of his life pretending to be other people, assuming their identities. Nicholas Barclay had been his latest scheme.

## A Striking Resemblance



So, why did Frederic choose Nicholas? Well, the police in Spain had mentioned that they looked very much alike. This planted the seed in the man's brain to pull off a global stunt unlike anyone had ever seen before.

## The Sad Truth



Charlie Parker knew that he had to break the news to the Barclay family. He had no idea how they would take the discovery, but it was unfair for them to keep believing their son had finally returned.

Charlie Parker knew that he had to break the news to the Barclay family. He had no idea how they would take the discovery, but it was unfair for them to keep believing their son had finally returned.

## Complete Dismay



When Parker met with the family and revealed the information he had discovered they were in shock. How had they allowed this grown man to deceive them? Nicholas's mother felt the most guilty and was dismayed that she hadn't been able to recognize the man wasn't her son.

## Doubts Abound



Apparently, Nicholas's uncle Jason didn't believe the young man's story from the beginning. In fact, he had always doubted his "nephew's" story and wondered why so many aspects of it didn't add up. Unfortunately,



Apparently, Nicholas's uncle Jason didn't believe the young man's story from the beginning. In fact, he had always doubted his "nephew's" story and wondered why so many aspects of it didn't add up. Unfortunately, Jason passed away before he could share his concerns with the police.

## Confronted with His Lies

When confronted with the truth of the situation, Frederic denied any wrongdoing. In fact, he told the police an outrageous story of his own. Let's just say it's pretty wild.

## Covering Up a Murder



According to Frederic, the Barclay family knew he wasn't their son from the very beginning. The entire reason they accepted him as their son was to cover up his murder! The story just didn't seem very plausible, but to be sure, Charlie Parker decided to investigate things further.

## Searching for Clues





Parker and a team of investigators thoroughly searched the Barclay family's property for clues but came up with nothing. They even dug through the backyard with the hopes of finding a body, but no conclusive evidence was found.

## Inconclusive Findings



Despite not finding any evidence in foul play, Parker didn't believe the Barclay family when they said they had nothing to do with Nicholas's disappearance. While the family vehemently denies any wrongdoing, there are so many strange circumstances around this case, the red flags are apparent.

## No Closure

are so many strange circumstances around this case, the red flags are apparent.

## No Closure



To say this case is bizarre would be putting it mildly and we may never know what truly happened that night. The truth of the matter is Nicholas Barclay disappeared and the man who showed up in his place was quickly accepted into the family even though he looked nothing like the missing boy.

What really happened? That's a question that will most likely remain unanswered.


Life Fitness®
Used By 60M+ Exercisers/Year
SHOP NOW

# EXHIBIT H

**FUNNYAND**

DIY　Food　Fashion　Travel

# Man Inherits Old House From Neighbor, Realizes Mistake When Sees The Inside

By Nicole / Jan 13, 2023

### Elly And Peter

Elly and her husband Peter had lived in rural Alaska for nearly their whole lives. She was 96 and had no intention of leaving the little house they had moved into after they got married.


Canva

She was just too fond of the open land and quiet nature of the place to leave. And there was nothing she adored more than sitting on their little porch with Peter.

### An Unexpected Tragedy

But one day, tragedy struck. Peter was hospitalized and passed away shortly after that. It was something Elly never expected since he was

ADVERTISEMENT



porch with Peter.

## An Unexpected Tragedy

But one day, tragedy struck. Peter was hospitalized and passed away shortly after that. It was something Elly never expected since he was always the stronger of the two.





Canva

Elly always knew the day would come, but she assumed she would go first. However, that didn't happen, and now she was all alone in the wilderness.

## Offered A New Life

Elly and Peter's two daughters weren't happy with just leaving her there and insisted that she come live with one of them. But they were both living in big cities, and Elly wasn't too fond of leaving her little cabin.


Canva

It was all she had left of Peter, and she wasn't ready to let go.


Canva

It was all she had left of Peter, and she wasn't ready to let go.

## Good Old Days

She thought back to the day she met her husband. It was their first day of school, and over the years, she dreamed of marrying him and having a great life together.


Canva

Things didn't really go as planned, but they still had everything they needed, and that was good enough.

## Not The Best Place

After they got married, Peter struggled to get a stable job and couldn't give Elly the house of her dreams. But he could give her the small cabin she was living in now.




Canva

It was nothing spectacular. It had only one bedroom and a small living area, but it was theirs, and they tried their best to fix it up over the years.

## Falling In Love With The Place

And even though it wasn't a mansion, Elly fell in love with it over time. They had struggled with the place for years and fought the building every step of the way because it wasn't very cooperative.


Canva

However, the building was sturdy and held up for as long as their marriage did.

## Her Neighbors Offers To Help

But winter was around the corner, and it still needed work to survive the snowfall. Unfortunately, it was far too much for Elly to do on her own.




Canva

Luckily, her closest neighbors offered to help her prepare for winter, but there was so much work to do with the windows and leaking roof. And Elly knew her neighbors had problems of their own.

## Their Son Steven

The first problem was that her neighbors weren't so young either, and the amount of manual labor needed to fix the cabin was far too much for them. But there was something else as well.


Canva

They were worried about their son, Steven. He had been homeless for quite some time and moved back in with them a couple of years ago, but he was struggling.

## He Was Losing Hope

Steven couldn't find a job in the small town they were living in, and it was hitting him hard. He had started losing hope of ever having a place of his own and feared that he would have to keep relying on his parents.



hitting him hard. He had started losing hope of ever having a place of his own and feared that he would have to keep relying on his parents.


Canva

But the extra mouth to feed was also taking a toll on their finances, and things were looking grim for all of them.

## Steven Comes To Help

In an unexpected turn, Steven came to Elly and offered to help with her cabin. He was young, fit, and had a lot of spare time that could be used to fix the place up.


Canva

Elly happily accepted the offer and was even willing to pay the young man for all his hard work, but Steven refused to take her money.

## The Only Ones Who Didn't Judge Him

He said that he was indebted to her because Elly and Peter were the only people in town who didn't judge him for being homeless and coming back home to live with his parents. No one else would give him a chance, but

### The Only Ones Who Didn't Judge Him

He said that he was indebted to her because Elly and Peter were the only people in town who didn't judge him for being homeless and coming back home to live with his parents. No one else would give him a chance, but they never looked down on him.


Canva

They even went so far as to invite him over for dinner occasionally, and he appreciated that.

### He Stuck Around

Steven fixed everything that needed repairs, but he didn't stop coming around after that. He wanted to take care of Elly and started doing other things for her. He was cleaning and even buying her groceries.


Canva

Elly was very grateful and wanted to repay his kindness. Since he didn't want money, she did what she could by cooking him meals and knitting


Canva

Elly was very grateful and wanted to repay his kindness. Since he didn't want money, she did what she could by cooking him meals and knitting him a scarf.

## His Parents Kick Back

However, not everyone was as pleased with their friendship as Steven and Elly were. Steven's parents didn't like the idea of him working for free and spending so much time with Elly.


Pixabay

They were in financial difficulties because they were helping him out. And with all the time he spent at the cabin, there was no time to look for a job that paid.

## Forced To Choose

When Steven came home one night, his parents voiced their concerns. They told him that things couldn't keep going on the way they were and told him he had to make a choice.




Canva

He could either stop helping Elly and find a job. Or he could keep helping her and look for a new place to stay. They couldn't keep supporting him anymore.

## His Decision

Steven was devastated by the ultimatum he was given. He didn't want to stop helping Elly, but he didn't want to end up on the streets again, either.


Canva

He understood what his parents meant, but he still thought it was a little cruel. However, he had no other choice. But what would he do? And how would Elly repay his kindness? Is there a light at the end of this tunnel?

## Poor Elly

Steven felt incredibly bad. He knew it would be much easier for him to find a job in one of the bigger cities. But that would mean that Elly would be all alone again.



alone again.


Pinterest

It wasn't the end of the world, as the two of them could still speak over the phone. However, he wouldn't be able to help her with the errands anymore, and she was getting too old to do it on her own.

## No Other Choice

But Steven didn't have any other choice. He needed to start making money and stop relying on his family for help. He knew Elly wouldn't be able to do everything on her own, but what could he do?


Canva

Even if he chose to stay for her, he'd end up in the same position eventually. He decided that moving would be the best thing to do.

## Final Goodbye

Steven's parents were delighted by his decision and gave him enough money to get settled in. But Elly still weighed heavily on his mind.

## Final Goodbye

Steven's parents were delighted by his decision and gave him enough money to get settled in. But Elly still weighed heavily on his mind.


Canva

He didn't care about what his future in the big city would be like. Or how long it would take him to settle in. All he cared about was saying goodbye properly. And as he suspected, Elly was devastated.

## Tough Times

Without Steven's help, Elly was finding it difficult to keep the house maintained. She was simply too old to keep up with all the physical work it required.




Pinterest

Because of that, her daughters urged her to come to the city so they could take care of her. But she couldn't. She just couldn't leave the last thing she had left of her husband behind.

### Giving It A Shot

For the next three weeks, Elly was determined to prove that she could do it. She did her own shopping, cleaned the entire house, and tried to do some of the minor repairs herself.


Flickr

But then tragedy struck, proving that it didn't matter how badly she wanted to stay at the house. She couldn't keep going anymore.

### Severely Injured

One day, while Elly was cleaning up her kitchen, she tripped over a cloth and fell. The impact was so hard that she ended up fracturing her hip.

to stay at the house. She couldn't keep going anymore.

## Severely Injured

One day, while Elly was cleaning up her kitchen, she tripped over a cloth and fell. The impact was so hard that she ended up fracturing her hip.


Shutterstock

Elly tried to hide it from her children, but her doctor informed them of what happened, and they decided that enough was enough.

## Terrible Situation

They demanded that Elly move to a retirement home close to one of them. And even though Elly tried to reject the idea, she knew it was the best option for her.


Pinterest

She understood that her actions weren't only idealistic and dangerous but that they also had her daughters in a constant state of worry.

## A Decision To Make

Pinterest

She understood that her actions weren't only idealistic and dangerous but that they also had her daughters in a constant state of worry.

## A Decision To Make

Even though Elly had already decided to leave, there was still one decision that demanded her attention. What would she do with the house she had lived in for the last sixty years?


Pinterest

She didn't have the heart to sell it, and she couldn't just let it crumble, either. But there was one other option, and it involved Steven.

## Involving A Lawyer

Elly called a lawyer to help her transfer the house into Steven's name and to inform him of it. She wanted the process to go smoothly and knew she wouldn't be able to break it to him.


Canva


Canva

She wouldn't be able to get a word out if they had to speak again. But that wasn't all. Elly had specific instructions for Steven as there was more than just the house involved.

## It Had To Work

The truth was that Elly didn't really care about what Steven planned on doing with the cabin. If he wanted, he could keep it. If he didn't, that was his choice to make.


Dreamstime

But she had to get him to go there just one more time. There was something in the cabin that was meant for his eyes only, and she wouldn't let the opportunity to give it to him slip through her fingers.

## A Surprising Call

When Steven received the call from the lawyer, he was completely shocked. He never expected Elly to give him anything, not to mention the house she adored.




Canva

He couldn't bring himself to believe that it was real. It was simply too good to be true. And quite frankly, he didn't believe he deserved such a big gift after abandoning her.

## He Had His Doubts

Elly's gesture was far too generous, and because of that, Steven started doubting her intentions. He was convinced his parents had something to do with it.


Canva

They probably convinced her to do it so he could move back and be closer to them. And the more he thought about it, the more he wanted to avoid the area altogether.

## Considering The Options

Steven had a lot to consider now. Elly's gesture was more than he ever could've asked for, even if his parents were involved. And she loved that place with all her heart.

Steven had a lot to consider now. Elly's gesture was more than he ever could've asked for, even if his parents were involved. And she loved that place with all her heart.


Canva

But if he sold it, he could use the money to actually start a life in the city. He could buy an apartment which would be an amazing start.

## He Fell On Hard Times Again

What Steven neglected to mention to anyone was that he had a very tough time when he came back. His money ran out quickly, and before he could even think of making a plan, he was out on the streets again.


Canva

Jobs just weren't as easy to come by anymore, and besides the odd jobs he did here and there, he couldn't find anything.

## It Seemed Like The Better Option

But he didn't want to leave either. The city had become his home, and he

Jobs just weren't as easy to come by anymore, and besides the odd jobs he did here and there, he couldn't find anything.

## It Seemed Like The Better Option

But he didn't want to leave either. The city had become his home, and he was determined to stay. So he would sell the house and start his life.


Canva

He called the lawyer back to inform him of his plan, and the lawyer was happy to help with the sale. But he told Steven that Elly had one condition he had to adhere to in order to get the house into his name. He had to visit it at least once. Steven had no idea Elly left him more than just the house.


Bring The Brand Trusted By 100,000s of Gyms Worldwide To Your Home.                SHOP NOW

Copyright © 2023 FunnyAnd

# EXHIBIT I

**FUNNYAND**

DIY    Food    Fashion    Travel

# Ex-Police Dog Keeps Barking At Tree, Dad Finds A Lot More Than Wood Inside

By Melanie / Dec 13, 2020

### Crime Scene

Suddenly his ears perked up and his nose dropped. Smith had never seen him act like this before. He knew he was onto something big. His paws dug firmly into the ground. He wouldn't move.


Credits

He knew he had to investigate the tree but he also knew this wasn't going to be pretty. His heart raced as he broke the tree apart. He couldn't believe what he was seeing.

Love At First Sight


ADVERTISEMENT

Thinking About A 1031 Exchange?
Here's what you need to know

UNDERSTANDING
1031 EXCHANGES

Download FREE Guide

REAL ESTATE
Transition Solutions


USAA INSURANCE AGENCY
NOODLES INSURANCE

He knew he had to investigate the tree but he also knew this wasn't going to be pretty. His heart raced as he broke the tree apart. He couldn't believe what he was seeing.

### Love At First Sight

It was love at first sight when the Smiths saw retired police dog, Kyle. He had just finished 8 years of service and was ready to spend the rest of his days in a new and loving home.


Shuttershock.com/ pryzmat

Smith loved taking Kyle out for walks. They often ventured through woodlands where Kyle would chase squirrels to his heart's content. But that's not all he was interested in.

### Something Wasn't Right

It started off like any other walk until Smith noticed something was wrong with Kyle. He was tense, sniffing frantically, he knew something wasn't right.




INSURANCE
USAA®


Shutterstock.com/ Monika Chodak

The Smiths were Kyle's third adoptive family. He had been given up by his first and second adoptive parents because he belonged to the police force, so they had always been temporary situations.

## Gentle Aggression

Kyle was a talented sniffer dog who helped solve many missing person cases but he had difficulty in expressing aggression as he was a naturally friendly and gentle soul.


Shutterstock.com/ Marcel Jancovic

However, once he started to work with officer John, his new partner, Kyle's trained aggression improved greatly as he wanted to protect his new partner, and often, he would do so with his own life.

## The Perfect Pair

Usually, police dogs worked with multiple partners but Kyle didn't follow anyone else's command like he did John's. They had a special bond, so they were assigned to each other permanently. John even adopted him

### The Perfect Pair

Usually, police dogs worked with multiple partners but Kyle didn't follow anyone else's command like he did John's. They had a special bond, so they were assigned to each other permanently. John even adopted him.



Shutterstock.com/ ohn Roman

But when Kyle retired, John wished he could keep him but he worked too often. He couldn't give him the attention he needed in his retirement. And that's where the Smiths came in!

### New House

Kyle got along great with the Smiths during the first few months. He encouraged them to exercise and gave them great peace of mind as their protector. His retirement was passing by peacefully until that one fateful day.




Shutterstock.com_ Photofires

The Smiths bought a new house that was situated in the countryside around acres of woodland close by. It was every dog's dream. But for Kyle, it became a crime scene.

## Room To Run

The decision to buy that house was mostly out of consideration for Kyle. Their new home was perfect because there was lots of room to run and exercise.


Credits

With mountains, green pastures, and the woods nearby, there were dozens of areas to explore together. Thomas took Kyle on long walks every day. Until something strange happened.

## Listless

Kyle loved his daily walks with Thomas but, strangely, he seemed to suddenly lose interest. Most of his early energy was fading, and he seemed less motivated to go on his usual walks.

Kyle loved his daily walks with Thomas but, strangely, he seemed to suddenly lose interest. Most of his early energy was fading, and he seemed less motivated to go on his usual walks.


Credits

These days, when Thomas managed to rouse him from his bed, he would walk quietly beside him. And, stranger still, Kyle didn't seem to want to go out and explore anymore.

## Something More

At first, Thomas thought that Kyle's new behavior was because he was in a relatively new environment and that it would pass. But after several more weeks passed, nothing had changed. Now, Thomas realized that he needed to address the problem.


Credits


Credits

Could it perhaps be something to do with his diet? They changed the food and treats and tried different brands. They even changed his bed, thinking that maybe it was simply uncomfortable and causing stress on his joints. But nothing seemed to help. It would only be on their next walk that Thomas would know why.

## Getting Worse

Thomas tried not to think about Kyle's unusual dullness, but he kept getting worse. He was hardly eating his food now. Thomas began to grow unbearably worried about his friend.


Credits

His decision to move to the countryside was only because he believed it was the best for Kyle, so why the sudden change? Little did he know, the answer to that was prove to be far more unsettling.

## Check-Up

Thomas decided to take Kyle to the vet to get him checked out. The vet performed a thorough physical exam, along with numerous tests to pick up any hidden problems. But when the results came back, the vet told Thomas that Kyle was perfectly healthy and was still in excellent condition.

performed a thorough physical exam, along with numerous tests to pick up any hidden problems. But when the results came back, the vet told Thomas that Kyle was perfectly healthy and was still in excellent condition.


Credits

When Thomas voiced his concerns about Kyle's new behavior and his lack of energy, the vet was puzzled as well. But Thomas had no idea that he was about to solve the case himself -- on their next walk through the woods.

## A Sudden Change

At first, that day's walk was normal, even though Kyle still wasn't acting like himself. Smith had brought Kyle on this route before, but when they started to veer off their usual trail to explore, that's when Smith noticed something off about Kyle.




Shutterstock.com/ Kristyna

The change was drastic and sudden. Thomas had no idea that a nasty surprise was waiting just around the corner.

## Something Is Different

This was the longest time Kyle had been out of the city. He usually seemed to enjoy the long walks at his new home until recently. But today, something had changed.


Credits

Kyle's hackles rose slightly as he picked up speed, jerking the lead from Tomas' hands as he ran into the woods and out of sight.

## Acting Strange

For a while now, Kyle had begun to act a little out of character. He was sullen and uninterested in food. He was slower. But on this walk, he suddenly perked his ears up and Smith saw Kyle for the first time as the police dog he used to be.



police dog he used to be.


Shutterstock.com/ Gabriela Emi

His training kicked in as he sniffed frantically, following a trail that led him to a tree. Smith called him back but he wouldn't come.

## Sniffing It Out

Like all dogs, Kyle enjoyed sniffing everything he encountered on his walks. He'd often discover small animals, old toys that children had left behind, and once; some old clothes.


shuttershock.com/Christin Lola

If there was anything out of the ordinary on his trail, Kyle would find it. But this time, the source of whatever was unsettling him so much would end in a full-blown investigation.

## Looking Up

If there was anything out of the ordinary on his trail, Kyle would find it. But this time, the source of whatever was unsettling him so much would end in a full-blown investigation.

## Looking Up

When Thomas caught up, he was confused by Kyle's strange behavior. He looked up, thinking that maybe there was an animal in the tree above that was taunting him.


shutterstock

But, with the branches left bare of leaves by winter, he quickly ruled that out. Whatever Kyle was smelling had to be something he couldn't see. What was wrong?

## No Use

Thomas called him again but it was no use. Instead, Kyle lay down, frozen. Thomas tried to get him to move by luring him to his side with his favorite treats. He yelled commands at him, and when that didn't work, he pulled gently on his collar.

pulled gently on his collar.


Credits

However, Kyle had learned determination and discipline during his training. At some point, he stopped sniffing and sat down next to a huge tree.

## Perplexed

Thomas was perplexed and slightly annoyed by Kyle's behavior and the stubbornness he was exhibiting. Although Thomas was confused, he was also very curious to find out what could trouble this highly-trained dog so much.




Credits

Thomas wasn't sure what to do, so he called John, Kyle's ex-partner. Seeing as they had worked together for so many years, maybe he had seen Kyle do this before? Hopefully, would know a command or a way to get Kyle to obey.

## What's Wrong With Kyle?

When John saw the call coming in from Kyle's new owner, his heart skipped a beat. Was Kyle sick? Had something happened to him? When Thomas explained what had been going on, starting with Kyle's change in behavior and his refusal to move, John couldn't help but feel relieved.


Credits

Something had indeed happened to Kyle, but it was not as bad as he had imagined. And, luckily for Thomas, John did recognize this particular behavior. He explained that whenever they had searched for clues in a case and Kyle found a lead, he was trained to sit and wait near it.

## Apprehension

imagined. And, luckily for Thomas, John did recognize this particular behavior. He explained that whenever they had searched for clues in a case and Kyle found a lead, he was trained to sit and wait near it.

## Apprehension

When Thomas further explained that Kyle was sitting at the foot of a tree at that very moment, John became anxious. He was wondering what could be in or around that could warrant Kyle's warning.



Credits

Thomas looked around to see if he could get help, but who was he kidding? They were in the deep of the woods with no chance of anyone passing by.

## John Explains

John explained that Kyle was trained to do this if he picked up a scent that was out of the ordinary or presented a danger.




Credits

He told Smith to investigate the tree, but to be careful as it could be dangerous. "Is it drugs?" Smith thought. No, what he'd find was so much worse.

## Not Drugs

As Smith approached the tree, he saw that the bark was loose. Kyle began to bark loudly. Feeling encouraged, Smith braced himself and peeled it back, revealing the hollow inside of the tree.


Credits

After peering into the dark, suddenly his eyes focused and he jumped back. It wasn't drugs. Kyle, on high-alert, awaited his follow up command.

## Calling Backup

Afraid that he would mess with the crime scene, he made sure not to touch the tree again. Without a moment's hesitation, Smith pulled out his phone and called the only person he could think to report it to -- he shakily dialed John's number.

Afraid that he would mess with the crime scene, he made sure not to touch the tree again. Without a moment's hesitation, Smith pulled out his phone and called the only person he could think to report it to -- he shakily dialed John's number.


shutterstock

With his voice trembling, he described exactly what Kyle had found in that old tree. John, highly disturbed and utterly incredulous, rushed to gather forensics experts before they all raced out to the scene.

## Tearful Reunion

As soon as he sees the familiar sight of the cruisers, Kyle can't contain his excitement. He runs toward John to a reunion that would drive you to tears.


Shutterstock.com/ Olga_i


Shutterstock.com/ Olga_i

John enthusiastically greeted his old buddy, but with a serious matter to attend to, he soon made his way to the tree.

## Incredulous

John pulls back the portion of loose tree bark. His heart raced and his hands trembled as Kyle urges him on with his frantic barking.


Credits

When he looks inside the tree, his eyes pop as he confirms the heinous sight Thomas had described to him. He would need backup. What is it?

## A Closer Look

Kyle had led them to a human skeleton that had been stashed within the tree. However, it was so well packed within the tree that they had to carefully chop it down to assess what they were dealing with.




Credits

Everyone held their breath as the remains were gently extricated. Who had they found? What had happened?

## Growing More Lively

As they continued their work, Thomas was amazed at how lively Kyle became. It was like he was back to his normal self.


Credits

Thomas noted how much Kyle loved John. But while he was watching Kyle, new information was unfolding.

## Out Of His Depth

Officer John felt completely out of his depth when he saw the remains that had been stashed in the hollow tree.



Officer John felt completely out of his depth when he saw the remains that had been stashed in the hollow tree.


shutterstock

Ready to inform his chief police officer so that they could send more reinforcements out, he began to dial. But just before he could get hold of the station, someone stopped him.

## "Stop"

One of the forensic experts he'd brought with him placed a hand on his shoulder and stopped him before he could place the call. And it would turn out to be a good thing that they did.


Credits

They unpacked their tools and began to analyze the skeleton to try to


Credits

They unpacked their tools and began to analyze the skeleton to try to place its origin.

## Investigation

Usually, forensic investigators need at least a week to conclusively determine whose remains had been found and where or what they had originated from.


shutterstock

They had stopped John from making the call because what they had discovered meant that further investigation wouldn't be necessary in this case. They already had everything they needed.

## On The Road

For John, the trip down to Kyle's new home was excruciating and took far longer than he realized. After two hours on the road, they were still driving.




shutterstock

John had been so busy with work that he hadn't been to visit Kyle since he had been adopted by the Smiths. He felt a stab of guilt about his old partner as they finally arrived.

## False Alarm

The skeleton was a life-sized human skeleton, but it was also a fake. Someone must have planted it as a Halloween scare or prank within the tree bark and forgot about it.


Shutterstock.com/ The len

They laugh in relief but what they couldn't understand is why Kyle would alert them to a situation like this. He would have been trained to learn the difference between non-threatening and threatening smells. Then it clicked.

## An Orchestrated Crime Scene

alert them to a situation like this. He would have been trained to learn the difference between non-threatening and threatening smells. Then it clicked.

## An Orchestrated Crime Scene

Thomas was the first to put two and two together. He realized Kyle just wanted to see John. His recent behaviors showed signs of loneliness, he was missing his best friend and former partner.


Credits

He knew John would come running at his police behavior. Perhaps that's why he did this. Was it orchestrated? Kyle had been looking at John since he arrived.

## Realization

John looked down at his ex-partner, who was still jumping around in excitement, licking his hands and nuzzling his legs. Then, it dawned on him that maybe this had never been about the skeleton.




Credits

John recalled that, in all their years of working together, there was only one quick and foolproof way to get his attention.

## Clever Dog

Kyle must have known that there was no quicker way to make John rush to him... all he had to do was sit and bark when he found something -- just like he'd been trained to do.




shutterstock

John couldn't help but laugh out loud when everything began to make sense. He bent down and scratched Kyle's head and looked deeply into his brown eyes.

## Loyalty

Kyle's signal was a secret message for John, the partner he had missed so much. He'd missed him so deeply that he had to figure out how to see him again.


shutterstock

Even though Kyle hadn't seen John since he'd moved to his new home, he remembers the days when they worked together and remains loyal.

## Moved

John, still looking into Kyle's eyes, was incredibly moved by his display of unwavering loyalty and love. He decided to stay at the scene for a little longer so that he could spend some quality time with his ex-partner.



longer so that he could spend some quality time with his ex-partner.


shutterstock

As they walked around the woods alone, John could see how happy Kyle was. And, before leaving, John made a promise: he was going to visit Kyle as often as he could.

## In Good Hands

Now, John looked back at him for a while and laughed wholeheartedly. He looked at Kyle wagging his tail with a goofy grin, still jumping up and down with happiness.


Shutterstock.com/ volodimir bazyuk

Kyle's lack of energy and enthusiasm had completely disappeared when he saw John -- he was acting like a completely different dog.


Shutterstock.com/ volodimir bazyuk

Kyle's lack of energy and enthusiasm had completely disappeared when he saw John -- he was acting like a completely different dog.

### Clever Pup

John felt a sudden pain of guilt and heartache but knew he had made the right decision. With Thomas by his side, petting Kyle and laughing along with the ruckus he caused, he thought: "What a smart old pup!"


Credits

This story illustrates how little credit we give dogs. But sometimes, a dog is smart enough to save an entire family...

### Getting To The Bottom Of It

The dog had displayed some bizarre quirks and behaviors before, but what he was doing now was like nothing he'd ever seen.




Credits

Every day, Benjamin knew something was off. But when he finally got to the bottom of the problem, he was lost for words. They had to do something rather sneaky and very underhanded, but he didn't care. He had to find out the truth; no matter what.

## Perfect Family

Benjamin and Hope Jordan were living the American dream. They both had great careers, their seven-month-old baby Finn was thriving, and their lovable pitbull Killian was always beside them.


YouTube/DogDynasty

Now, all they needed was someone to protect their South Carolina home while they were out. But something was about to infiltrate their suburban paradise, and there was no way they could have prepared for it.

## 'You Got The Job!'

With a young child to take care of, the Jordans knew they would need to hire full-time help to look after their home while they put in the hours at work. Luckily, Finn seemed to warm instantly to a young woman they

### 'You Got The Job!'

With a young child to take care of, the Jordans knew they would need to hire full-time help to look after their home while they put in the hours at work. Luckily, Finn seemed to warm instantly to a young woman they interviewed, Alexis Khan.


YouTube/DogDynasty

As soon as her background check came through, they didn't hesitate to call her and offer her the job. But in their excitement, the couple failed to notice how their dog was behaving around the new member of the household.

### Good Dog

The strange thing was that Benjamin had never encountered such a well-behaved dog in his life. Despite what people say about Pit Bulls, Killian had never been anything other than loving and protective toward the Jordan family.




YouTube/DogDynasty

So when Benjamin and Hope learned that Killian didn't act the same way when they were out of the house, they knew something was up.

### 'Control Your Pet!'

Benjamin received a phone call at work one day. It was from Alexis. "If you don't get this dog under control, I'm out of here!" she yelled.


YouTube/DogDynasty

When he asked her to explain, Alexis revealed that Killian spent the whole day staring at her and would growl whenever she tried to clean or prepare food. "It stops me from moving around the house. It makes me feel uncomfortable" she said, in tears.

### So Unlike Him

Benjamin just couldn't understand any of this. He had never seen Killian do anything like what Alexis was saying, but her safety came first.




YouTube/DogDynasty

When he returned from work that day, Benjamin spent the evening with Killian and noticed nothing odd about him. But when he received yet another complaint from Alexis the next morning, he knew that something was going on.

## Seeking Advice

Benjamin had been a dog owner for as long as he could remember, so he had a wide circle of friends in the canine community. He reached out to members of a Facebook group he was part of.


YouTube/DogDynasty

Some suggested it could be an old habit that the new person had triggered in him. Others thought he might be jealous of all the attention Alexis was


YouTube/DogDynasty

Some suggested it could be an old habit that the new person had triggered in him. Others thought he might be jealous of all the attention Alexis was giving baby Finn. Benjamin knew he wasn't seeing the whole picture, so he'd have to find out a way to get some extra insight into what was going on when they were away.

## Desperate Times

Then, Alexis reported more strange behavior from Killian. Benjamin and Hope had to beg her not to hand in her resignation on several occasions, and they even doubled her salary to get her to stay.


YouTube/DogDynasty

The 22-year-old nanny claimed that this was the hardest job she'd ever had because of Killian - she even showed Benjamin the marks on her arm where Killian had jumped up on her. Benjamin and Hope promised Alexis that they would find a solution if she could just hang on a little longer. The desperate Jordans had no choice but to do something quite drastic.

## Protect The Family

It had taken them months to find Alexis. Finn could be quite badly behaved when he wanted to be, but he was so good when Alexis was around. It seemed as if she really brought out the best in him.



when he wanted to be, but he was so good when Alexis was around. It seemed as if she really brought out the best in him.


YouTube/DogDynasty

Benjamin had considered keeping Benjamin fenced off while Alexis was in the house, but with the layout of the house and Alexis needing access to all rooms, it just wasn't practical. Then Hope had a thought. Maybe Killian was trying to warn her about something?

## Something's Not Right

Once the thought had crossed her mind, Hope was certain that the only explanation was that there was some kind of danger in the house and Killian was simply trying to alert Alexis to it. Perhaps they had a wasp nest? Or maybe someone was staking the place out for a burglary?


YouTube/DogDynasty

In Hope's mind, there was only one way to prove once and for all what


YouTube/DogDynasty

In Hope's mind, there was only one way to prove once and for all what was causing Killian's weird outbursts. Little did she know, the "danger" in the house would turn out to be something far more disturbing.

## Quick Fix

Hope's plan was to slip an extra phone under Finn's crib and hit the audio record button to see if they could hear what was triggering Killian to bark so aggressively.


YouTube/DogDynasty

They trusted Killian with their own baby, so they had to give him the benefit of the doubt before they followed through with Alexis' demands to get rid of him. But Benjamin wasn't so sure. They would need a better plan to be sure they were getting the most accurate information about their dog.

## Bugged

### Bugged

Being an amateur electronics hobbyist, Benjamin used some parts from an old phone to build a tiny recording device -- so tiny that it would nestle easily under Killian's collar and be hidden by his thick fur.


ABC News

This would allow them to secretly listen to what was going on even when the dog wasn't in the nursery. The pair couldn't wait to get home to retrieve the recording later that evening. They hoped it would finally shed some light on what was triggering their normally-placid dog -- once and for all.

### Crystal Clear

When they got home from work that day, Benjamin and Hope made a beeline for Killian and quickly retrieved the device from his fur.




YouTube/DogDynasty

Alexis had immediately complained about Killian when they walked in, so they knew they would be listening to a valuable recording. Once Finn was in bed, Benjamin connected the device to his laptop so they could listen to the day's activities. But when they heard the audio, the couple's jaws came unhinged.

## Uncomfortable Listening

The first thing they heard was "a lot of swearing," Benjamin said in his statement. But that wasn't the half of it. As they expected, Alexis' voice could clearly be heard on the recording shouting at the dog to "get out," while Killian responded with growling and barking.


YouTube/DogDynasty

But there was more. Before they could even discuss it, Benjamin called 911.

## Busted

YouTube/DogDynasty

But there was more. Before they could even discuss it, Benjamin called 911.

## Busted

The secret bug they'd hidden in the dog's fur had revealed that Alexis had been cursing at baby Finn -- something they now realized she'd been doing for weeks. Benjamin played the recording to the police, who listened attentively and showed sympathy for what the Jordans were going through.



YouTube/DogDynasty

But a simple audio recording was unlikely to hold up in court. Then the cops heard the rest of the recording and they knew they had to do something.

## So Upset

"I wanted to reach through the recording and bust her there and then," said Benjamin of the untrustworthy employee. As he held the evidence in one hand and looked at Killian, he felt so guilty that he hadn't been able to act sooner.




YouTube/DogDynasty

But now they had proof, it didn't take them long to work out what had to be done. Benjamin and Hope would get justice for what had occurred under their roof while they were gone.

## Enough Evidence?

However, despite it being clear to anyone that heard the audio what was happening, the police didn't want to make a move until they had better evidence.


ABC News

Benjamin and Hope tried to find somewhere in the house they could hide a camera, but it would have easily been discovered as Alexis had cleaning responsibilities. Unable to build a stronger case, there was only one option to take -- but it was a long shot.

## Locked Up

Once they got Alexis in an interrogation room, it didn't take long for her to

responsibilities. Unable to build a stronger case, there was only one option to take -- but it was a long shot.

## Locked Up

Once they got Alexis in an interrogation room, it didn't take long for her to crack. The Charleston City Police detective accused her of not taking care of the baby properly and the confession came flowing out.


ABC News

Alexis Khan was sentenced and made to sign a register to stop her working in the industry. "That is such good news," Benjamin said, "to know that Killian was responsible for protecting our family."

## Could've Been Worse

"I had been allowing her access to our home for months," said Benjamin, remorsefully. "Had Killian not sounded the alarm, had I not bugged him with the recording device..." he added, trailing off.



with the recording device..." he added, trailing off.


Credits

It was very clear to all involved that Alexis was not the right person for the job. Benjamin and Hope were just grateful that it ended the way it did.

## Killian To The Rescue

Needless to say, Killian was showered with all the treats he could stomach, some new dog toys, and a fresh bone. He was even awarded a medal by the local authorities for bringing an unfit babysitter to justice.


YouTube/DogDynasty

But can we really rely on our dogs to alert us to unscrupulous people entering our homes? We can't all have pets that are as heroic as Killian!

## You won for getting to the end of the story! Prize below



eeeee aeeeee we ee eee eee ee eee ee ee ee ee

### You won for getting to the end of the story! Prize below



Congrats, Use code "Won20off" for 20% off on Amazon to try the Neoh bar, the smart peoples candy bar. It tastes great and is healthy. Search for Neoh Bar on Amazon.



# EXHIBIT J

https://funnyand.com/the-bond-between-a-dog-and-his-owner-can-be-incredible

# Dog Goes Somewhere Daily So Owner Secretly Follows Him

By Melanie / Apr 20, 2021

## Strange Behavior

It is a wonderful thing to adopt an older dog, but there is a risk that comes with it. Because these dogs have already been owned and have gone through various experiences, these dogs come with their own baggage, habits, and behaviors.


Credits

This challenge was what faced one man when he took a dog home that had a rather disturbing habit... a habit that would scare him and keep him up at night.

## Cesur

Knowing the value of adopting an animal instead of buying one, Ali took in a dog named Cesur, who had belonged to his father. The little crossbreed




up at night.

## Cesur

Knowing the value of adopting an animal instead of buying one, Ali took in a dog named Cesur, who had belonged to his father. The little crossbreed was the seemingly perfect dog.



Credits

He was affectionate and friendly, but once he got him home, Cesur's true colors came out.

## Fitting In

Cesur seemed to fit into his new home with Ali. It seemed that as soon as his past was behind him, he made himself right at home.





SAFEWAY   Shop Now


Credits

However, Cesur soon developed a habit that left Ali feeling sick to his stomach and worrying for his safety.

### Escape Artist

Every morning, while Ali was busy getting ready for work, Cesur would walk out the front door and simply escape.


Credits

The little dog would dart out the front door and disappear down the road before Ali could catch him. Ali, who couldn't afford to be late for work, had no choice but to leave him.

### Worried

Every minute that Ali was at work, he was worried sick for Cesur. Even though the little dog was always waiting for him when he got back, the streets are no place for a dog.



Every minute that Ali was at work, he was worried sick for Cesur. Even though the little dog was always waiting for him when he got back, the streets are no place for a dog.


Credits

Ali also wondered why Cesur would run away each morning. When he finally found out where Cesur was going, the reason for this behavior broke his heart.

## Self-blame

Ali and Cesur did everything together so it was hard for Ali not to feel a little betrayed when Cesur kept on running off. Did he not like being with him?




Facebook/ Ali Ilhan

He didn't remember his father ever saying that roaming was a problem with him. Did he need to bring him on more walks? He worried that he was the cause of this but infact, Cesur's disappearance act had nothing to do with him at all.

## A Better Owner

Ali was determined to be a better owner. He brought Cesur on more walks, played fetch with him and bought him his favorite foods. When he hurt his paw at the park, Ali made sure it was okay before letting him continue to play.


Facebook/ Ali Ilhan

He speculated that maybe it could be a trust issue and that he'd stop venturing off if he just loved him more. But he was totally clueless about what little Cesur was going through.

## Every Day

Several weeks passed and nothing had changed. At first, Ali eventually

venturing off if he just loved him more. But he was totally clueless about what little Cesur was going through.

## Every Day

Several weeks passed and nothing had changed. At first, Ali eventually thought that it was simply because Cesur was in a new environment and that it would pass, but now he realized that he needed to treat the problem.


Credits

But, to do that, he first needed to find out where Cesur was going every day.

## Bursa

Ali lived in a busy part of Bursa, which is a city in northwestern Turkey. He lived there all his life so he knew many people around the area. And they knew him.




Facebook/ Ali Ilhan

When Ali experienced hard times in recent months and the community rallied together to help him. That's the kind of place he lived in, but it seemed not everyone had his back.

## Claims Of Neglect

Animal control had been contacted twice with claims of neglect. They told Ali that someone had complained about his dog wandering aimlessly and uncared for on the street. Identifying it as a danger hazard for both the dog and oncoming traffic.


Facebook/ Ali Ilhan

Ali apologized and agreed but then explained his situation. But what animal control said next surprised him.

## Explanation Needed

Animal control cautioned him that dogs usually run away due to frustration and fear. They were suspecting him of mistreating poor Cesur. But he

animal control said next surprised him.

## Explanation Needed

Animal control cautioned him that dogs usually run away due to frustration and fear. They were suspecting him of mistreating poor Cesur. But he absolutely wasn't and he never would!


Facebook/ Ali Ilhan

He knew that there was another explanation for this. Frustrated, he hung up and called work to let them know he wouldn't be working tomorrow. Instead he was going to find out exactly what Cesur got up to.

## Following Him

Ali woke up determined and managed to get some extra time in the morning. He followed Cesur as the dog ran down a path that he was clearly very familiar with.


Credits

It took a while for Ali to realize where Cesur was going, but when he did it


Credits

It took a while for Ali to realize where Cesur was going, but when he did it broke his heart.

## Sad Realization

Ali followed him, making sure to keep his distance and avoid being seen. He didn't want to distract Cesur from his mysterious daily venture.


Credits

He followed him past five blocks, turning left, then right, then left again until he understood exactly where Cesur was heading towards. His lip quivered at the solemn realization.

## A Cemetery

Cesur had led Ali to a cemetery. And then he purposefully stopped at one particular grave.




Credits

You see, the little dog had been a faithful companion to his previous owner, 79-year-old Mehmet Ilhan. Mehmet had adopted him from a shelter, and the pair had formed a bond so extraordinary that it left Ali floored.

## Heartbroken

Mehmet and Cesur were together for two years, but then tragedy struck.


Credits

Mehmet was hospitalized, and Cesur was overcome with grief. "Because of my father's paralysis, they had a different kind of connection," Ali told The Dodo. "When my father was in the hospital during his last days, Cesur stopped eating."

## Wouldn't Leave His Side

Mehmet sadly passed away a few weeks later. And when his coffin was brought home to prepare for the funeral, Cesur wouldn't leave his owner's side.

Mehmet sadly passed away a few weeks later. And when his coffin was brought home to prepare for the funeral, Cesur wouldn't leave his owner's side.


Credits

When a procession formed to carry the coffin to a local mosque, the dog refused to move away. Cesur insisted on leading the procession, and the other guests followed. But they were yet to learn the extent of his grief.

## Mourning

During the funeral, Cesur sat at the foot of the coffin. He had his head hanging sadly as if he was mourning.




Credits

This is how Cesur remained the entire time. "Nobody could touch him until my father was taken to the grave and was buried," said Ali. Cesur watched his owner being laid to rest. But sadly, it gave him no closure and his behavior continued to change.

## Dog Grief

Although dogs don't cry as humans do, they do show real grief. When dogs are sad, instead of shedding tears, they'll show their sadness by whining, folding their ears back, crouching, or refusing to make eye contact.


Facebook/ Ali Ilhan

They'll also look like they lack confidence. And if a dog is whining, he's


Facebook/ Ali Ilhan

They'll also look like they lack confidence. And if a dog is whining, he's telling you that he feels unsafe and is looking to you for assurance. Cesur was displaying most of the above behaviors. It was obvious he was in mourning.

## Pining

Even though the little dog now lived at home with Ali, Mehemet's son, he was still pining for Mehmet.


Credits

Every day since the funeral, Cesur escaped and ran through town to the burial site to sit with his old friend. But it wasn't until Ali followed him that he realized what the loyal little dog was doing every day.

## Paying Respects

"The people who work in the cemetery say the first thing he does in the morning is visit the grave of my father," said Ali.




Credits

On this day, Ali and Cesur sat side by side and paid their respects together. But Ali had no idea that he was just touching the surface of the grief Cesur felt. His heart broke once more when he saw what lay on the ground.

## Together Forever

Ali even saw the pawprints that Cesur had left on the grave on previous occasions, which only confirmed the pup's loyalty.


Credits

Ali is not sure how long Cesur's daily visits to the cemetery will continue, or if he will ever really recover from the loss of his beloved master. One thing is certain, however. Ali had to do something.

## Repaying Him

Ali knew that Cesur was a noble, loyal dog, and had also been a loving companion for his father.



Ali knew that Cesur was a noble, loyal dog, and had also been a loving companion for his father.


Credits

In return, Ali promised that the little dog won't have to face the future on his own. "Cesur has always been a noble animal," said Ali. "He will live with me from now on". But how would Ali ease his pain?

## Not Enough

Ali was fulfilling his promise of staying with Cesur and giving him all the attention and love that he needed but it still wasn't enough.


Facebook/ Ali Ilhan

Cesur continued to display signs of sadness and visit the grave every day. When Ali noticed his appetite was fading, he got worried and rushed to the vet to seek help.

## Professional Help

Cesur continued to display signs of sadness and visit the grave every day. When Ali noticed his appetite was fading, he got worried and rushed to the vet to seek help.

## Professional Help

When Ali brought Cesur to the vet, word of his heartbreaking tale had already swept their local newspapers. The vets recognized them and rushed over to Ali and Cesur, giving them both their condolences.


Kansas State University

Ali told the vet that he hadn't been eating well and was worried he might starve himself into oblivion. The vet assured him that although he's experiencing emotional trauma, dogs' survival instincts are far too strong to willingly starve themselves to death. But they did have a suggestion.

## Unexpected Suggestion

They told Ali that Cesur might need more than a human friend to get him through this. They asked Ali to consider getting a companion for Cesur. The idea never popped into Ali's mind.




Facebook/ Ali Ilhan

But now, it made sense. He wanted Cesur to be the playful pup he once was and how better to do that than to get another dog that he could play around with. But things didn't work out exactly as planned...

## Strange Solution

Ali went back home with Cesur and was met by his friends already making themselves at home in his backyard. He had arranged a BBQ the week before and told them he'd be running late.


Facebook/ Ali Ilhan

He told his friends that he needed to get Cesur a companion but that he realized his house didn't have enough space for two dogs. That's when one of his friends offered him a strange solution.

## The Start Of Something New

His friend had rescued a stray cat a couple of weeks ago and was planning to hand it into the shelter. He suddenly wondered if Ali should just

one of his friends offered him a strange solution.

## The Start Of Something New

His friend had rescued a stray cat a couple of weeks ago and was planning to hand it into the shelter. He suddenly wondered if Ali should just take her instead.


Facebook/ Ali Ilhan

She was a grey and black striped beautiful cat who was calm and lively at the same time. He had grown fond of the cat and wanted to give it to someone who he knew would take good care of it.

## Unlikely Match

Ali didn't need much convincing. A cat was the perfect addition to his little fury family. The cat, Tobi, was slowly introduced to Cesur, who took an immediate shinning to her!




Facebook/ Ali Ilhan

Tobi on the other hand was a bit more cautious. However, it didn't take long before she began to feel more comfortable and her playful side took over.

## Coming Back To Life

She'd pounce on Cesur and had an obsession with catching his tail and nibbling at his ear. An action that would always leave Cesur swinging his head, trying to playfully get her to stop.


Facebook/ Ali Ilhan

Slowly but surely, Cesur began to light up again. He stopping crouching and whining and slowly began to get his appetite back. Meanwhile, something much, much bigger was happening.

## Going Viral

Cesur's heartbreaking tale of loss and hardship was going viral across the world! Cesur became widely known as the latest heartbroken dog, who also reminded the world of Greyfriars Bobby.



Cesur's heartbreaking tale of loss and hardship was going viral across the world! Cesur became widely known as the latest heartbroken dog, who also reminded the world of Greyfriars Bobby.


Facebook/ Ali Ilhan

Greyfriars Bobby was a Skye Terrier from Scotland who was well known for gaurding the grave of his owner for an insane 14 years. They even created a statue after him...

## A Lasting Tale

The statue of the 19th century pup who passed away in 1872 is located in Edinburgh in Scotland.


Templeseeker

He is still adored by the locals today and his story continues to be well known by the community. His story of heartbreak and loyalty has even


Templeseeker

He is still adored by the locals today and his story continues to be well known by the community. His story of heartbreak and loyalty has even inspired a number of films and books. And it looks like Cesur is set to follow his lead.

## Local Fame

Whenever Ali and Cesur are out together, they get stopped by people all the time, asking after Cesur and wondering how he's doing now.


Facebook/ Ali Ilhan

At first, Ali found the situation bizarre, as he was also suffering the same loss but as time continue, he loved the care and attention Cesur got and felt his father was still somehow living through him.

## Neighborhood Cheer

When Ali and Cesur appeared on a number of talk shows to tell their story, people couldn't help but pay attention. Often, people would bring their dogs over to play with Cesur and lighten his mood, but they all had one burning question to ask Ali.




Facebook/ Ali Ilhan

They asked him if he still visited the grave. Ali would reply, "Although he's visibly much more cheerful, after all this time, he's never forgot one thing".

## Feeling The Support!

"He never forgot his old master, Mehmet". Cesur continued to walk down to the graveyard and sit with his old friend. Only now, he is often accompanied by Ali and Tobi, the cat, in tow.




Credits

Looking back, Cesur's grievance also helped Ali get through his own feelings of loss and sadness. Thanks to Cesur, Ali didn't feel alone in his grief either and they got through it together. One dogs day at a time!



# EXHIBIT K

**FUNNYAND**___®

DIY    Food    Fashion    Travel

# Woman Gives Birth To The Smallest Triplets, Doctor Tells Her He Needs To Run One More Test

By Nicole / Jan 27, 2023

### Going Into Labor

The moment Karen's water broke, her husband, Frank, rushed her to the hospital. But giving birth to triplets wouldn't be easy.


Canva

She was in labor for 48 hours straight, and when the time finally came, everyone was in for a surprise. The doctor couldn't believe what he was seeing, and the parents didn't understand why he was keeping them for their children.

### He Had No Explanation

The doctor immediately had the triplets taken away and only returned to

ADVERTISEMENT



ZLINE Authorized Dealer
Home Outlet Direct

Uninterrupted pain relief.
12 HOUR PAIN RELIEF
ALEVE
Strength to last 12 hours.
Use as directed.
BUY NOW ›

seeing, and the parents didn't understand why he was keeping them for their children.

## He Had No Explanation

The doctor immediately had the triplets taken away and only returned to the room hours later. But he was pale as a sheet and looked utterly confused. The only words that left his mouth were, "I'm sorry."


Canva

The couple demanded answers, but the doctor didn't have any. He simply said they needed to run more tests.

## He Needed To Run Extra Tests

Karen could barely contain herself at that point. She had just gotten out of a two-day labor, and she wanted to see her babies.


Canva

But the doctor told her that it wasn't possible as it could pose a risk to the children. That left her utterly confused, but she wouldn't give up.


Canva

But the doctor told her that it wasn't possible as it could pose a risk to the children. That left her utterly confused, but she wouldn't give up.

### She Wants To See Her Babies

She was their mother and had a right to see them. She begged and pleaded, but the doctor refused to let her or Frank get anywhere near them. And he refused to give them any information about the babies.


Canva

Karen didn't like that at all, but it was Frank who decided to act on his anger.

### Frank Demanded To See Them

Frank was furious and told the doctor that he couldn't stop him from seeing the triplets. With that, he left the room and started searching. They had to be around there somewhere.




US News and World Report

The doctor didn't expect Frank to react the way he did and immediately got hold of the security department. Within minutes they found Frank and escorted him out of the hospital.

## Being Questioned

Now that the situation with Frank was resolved, the doctor turned his attention to Karen. He started questioning her about her pregnancy, but she wasn't being very cooperative.


Canva

It was only after the nurse told her that her babies could die if they didn't get the answers they needed that she opened up a little.

## She Had A Difficult Pregnancy

Karen told the doctor that she had some difficulties when she was pregnant, but she wouldn't elaborate much.




Canva

Her behavior had the doctor's suspicions rising. What was she hiding? The first thing that came to mind was that Frank wasn't the biological father. Since the doctor needed to confirm his suspicions, he asked Karen about it.

## Was He The Father?

Karen was shocked by the doctor's question and immediately assured him that there was no doubt about it. Frank was their father.


Canva

But the doctor and nurse could tell that she was hiding something, and they needed to find out what that was because it might be responsible for what happened to her babies.

## The Truth Comes Out

The doctor turned up the pressure, and Karen started crying. She confessed that she didn't have the best of lifestyles before she got pregnant, but that changed when she met Frank.



The doctor turned up the pressure, and Karen started crying. She confessed that she didn't have the best of lifestyles before she got pregnant, but that changed when she met Frank.


Canva

However, the pregnancy did come as a surprise, and there were some odd things happening throughout. She suffered from a lot of cramps and visited the doctor quite often. But he assured her everything was fine.

## She Was Hysterical

Karen was still hysterical at this point. They still refused to show her the babies and couldn't tell her what was wrong with them.


Canva

Not to mention that the questioning really took its toll. But the nurses tried to calm her down and assured her the conversations were confidential. It only helped to a point, though. She was still extremely worried about the triplets.

## Nurses Are Suspecting Something

to calm her down and assured her the conversations were confidential. It only helped to a point, though. She was still extremely worried about the triplets.

## Nurses Are Suspecting Something

The nurse was looking over the tests that were conducted while Karen was pregnant, and something caught their attention. It almost seemed like the doctor was trying to cover something up.


Canva

A lot of information had been removed from the file. It was definitely not normal to receive files like that, so something had to up.

## Raising Their Concerns

The nurse called the doctor and informed him of what she had found. They had to do an investigation to find out why so many areas had been blacked out.


Canva


Canva

The only problem was that the doctor Karen was seeing was fired two weeks prior to her arrival. Could it have something to do with Karen and her babies?

### The Babies Are Fine

Karen kept asking about the babies, and the doctor assured her that they were fine. But they weren't sure if the babies would be able to survive on their own.


Canva

It was a case that the hospital had never seen before, and they had to ensure nothing would go wrong after the babies left their care. But that wasn't all.

### She Needs To Spend The Night

The doctor told Karen that she would have to spend the night at the hospital. Seeing as he gave her some information, Karen decided not to go against him.




Canva

She knew it was better for her and her children if she was cooperative. But she had a plan of her own as well, and a night at the hospital could help her pull it off.

## Sneaking Out

It was late, and the nurses had just made their last round, so Karen decided to get up and start the search for her babies. She knew the baby ward was upstairs and managed to get there fairly easily, but the door was locked.


Canva

Karen would find her way in as she was determined to do so. But what she didn't expect was what she would see when she found the triplets.

## The Baby Ward

Getting to the baby ward was tough as there were still security guards doing their rounds. But Karen managed to evade them all, and before long, she was standing in front of the door.

Getting to the baby ward was tough as there were still security guards doing their rounds. But Karen managed to evade them all, and before long, she was standing in front of the door.


Pinterest

She pulled on the handle and pushed the door, but it didn't move. The hospital had the ward sealed at night so no one could disturb or harm the babies.

## She Needs To Find A Way In

Karen appreciated the security measures, but at that moment, they stood between her and her children. She looked around to see what she could do and realized that the door needed a key card to open.


Canva

She knows exactly where she can get one, but it wouldn't be easy. Karen had to be careful because she was in no shape to run away if she got caught.

Canva

She knows exactly where she can get one, but it wouldn't be easy. Karen had to be careful because she was in no shape to run away if she got caught.

## Security

Karen snuck through the hospital, looking for the security control room. She had worked at a company that used similar locks and knew that the security department always kept the cards of the people who were off duty. So it made sense that they would have a few lying around.



Canva

After a few minutes of searching, Karen found the control room. Being as careful as possible, she snuck in and grabbed one of the cards that were hanging by the wall.

## Finally

Karen let out a sigh of relief and made her way back to the baby ward. She was both nervous and excited.




Canva

It had been hours since she gave birth to her precious triplets, and she was eager to see them. But something inside her constantly told her that the doctor must've had his reasons.

## No Sign Of The Triplets

Suppressing the urge to return to her room, Karen walked into the ward and started checking the name tags on all the babies.


Flickr

At first, she just thought she'd have to find out which crib they were in. But Karen soon realized that her babies weren't there at all. Dazed and confused, she stumbled through the cribs, and as she was about to leave, she saw another door.

Flickr

At first, she just thought she'd have to find out which crib they were in. But Karen soon realized that her babies weren't there at all. Dazed and confused, she stumbled through the cribs, and as she was about to leave, she saw another door.

## A Shocking Sight

Karen stepped into the room without giving it a second thought, but as soon as she saw three little babies in a big, closed-off machine, she collapsed to her knees.


RFERL

Tears were streaming down her face as a gut-wrenching scream ripped through her chest. They weren't her babies. They couldn't be! Those things weren't normal.

Karen's scream alerted everyone on duty, and before she could even process what she was seeing, she was surrounded by doctors and nurses.


Pinterest


Pinterest

The nurses instantly got down to help Karen as they feared the worst, but her doctor just sighed. That was why he didn't want her to see them. He knew it would be difficult to take in.

## It Was An Unexpected Incident

The triplets were alive, and they were definitely human, but the doctor still didn't have the time to find out why they looked the way they did.


Canva

But now he was forced to tell the hysterical woman what was wrong with her babies even though he still hadn't managed to figure it out for himself.

## They Needed To Explain

Karen demanded to know why her babies looked the way they did. But the more the doctor told her that he didn't know, the more upset she became.




Canva

The doctor tried to calm her down by telling her that he would have some results the next day, but Karen wasn't accepting that and caused a scene. Her behavior left the doctor with no choice.

## Locked Away

Since Karen refused sedation, the doctor had he locked in her room for the remainder of the night. It was not only for her own safety but for her children's safety.


Canva

She wasn't in her right mind, and the doctor feared she would do something that would put them all at risk, as she had just done when she snuck out of her room.

## Restless Night

That night Karen couldn't sleep. She kept picturing her fragile little babies in the incubator, and she couldn't help but think of the worst.




Canva

If anything had to happen to the babies they've been trying to get for so long, it could have terrible consequences for her relationship with Frank. And she didn't want to lose any of them.

## Frank Needed To Be There

The next morning the doctor paid Karen a visit and told her that he had some results, but he wanted Frank to be there to hear what he had to say.


Canva

Karen wasn't going to fight anymore and immediately sent Frank a message. She had no idea he would be as upset as he was when he arrived.

## An Argument

As soon as Frank stepped into the room, he started arguing with Karen. He accused her of doing things she never did and claimed that he wasn't the triplets' father.

## An Argument

As soon as Frank stepped into the room, he started arguing with Karen. He accused her of doing things she never did and claimed that he wasn't the triplets' father.


Canva

Karen was so overwhelmed, and she was still upset about what she saw. She didn't have the strength to fight with him, so she asked the doctor to do a paternity test.

## DNA Test

Luckily the doctor agreed to end the dispute and led Frank out of the room so he could have his blood taken for the test.


Getty Images

What the couple didn't know was the doctor was quick to agree because he had his own plans. He already got all he could from Karen, so Frank was his only hope.

## It Could Be The K

Getty Images

What the couple didn't know was the doctor was quick to agree because he had his own plans. He already got all he could from Karen, so Frank was his only hope.

### It Could Be The Key

The doctor needed Franks's blood for two reasons. One, he had to know if Frank was, in fact, the father or not because that would influence his diagnosis. And two because Frank's blood might provide the answers the doctor needed.



Canva

What the doctor didn't expect was that the DNA test would reveal something he had never seen before.

  

Capital One Shopping

**Coupon codes found!**
Capital One Shopping applies codes in seconds.

Apply Codes

# EXHIBIT L

**FUNNYAND**  DIY   Food   Fashion   Travel

# Man Finds Puppy In The Forest, Vet Calls 911 On Him

By Nicole / Jan 6, 2023

### An Animal Lover

Jonathan loved nature just as much as he loved animals. He would often take long walks in the woods outside of town and never thought twice about helping any animal in need.


Canva

But his next rescue attempt turned out to be a disaster. Not only for him but also for the vet he took the animal to.

### Helping Animals In Need

Jonathan had rescued many animals in his day. Whether it was a stray cat or dog or something wilder like birds and wild boars, he never shied away from the challenge.

ADVERTISEMENT





Jonathan had rescued many animals in his day. Whether it was a stray cat or dog or something wilder like birds and wild boars, he never shied away from the challenge.




Canva

He thought he had seen it all, but the next animal he saved would have him doubting his judgment.

## A Walk Through The Woods

It was Saturday, and Jonathan was taking a walk through the woods that were about half an hour from the city he lived in. He had already been there for a few hours, but it was such a beautiful day that he decided to wander around some more.


Canva

As he was walking down the little path, something got his attention.

## Faint Cries

Jonathan stopped at the sound of faint cries coming from the forest. At

As he was walking down the little path, something got his attention.

## Faint Cries

Jonathan stopped at the sound of faint cries coming from the forest. At first, he thought he was just imagining it, but then he heard it again.


Canva

It sounded like a puppy crying for its mother, and Jonathan couldn't stop his heart from melting. His first instinct was to follow the sound.

## Following The Sound

Giving in to his urges, Jonathan followed the sound. He left the path and started heading deeper into the forest. After a while, the sounds started getting louder, but it seemed like Jonathan was lost.


Canva

He considered turning back but heard the sound once more and decided to push on.


Canva

He considered turning back but heard the sound once more and decided to push on.

### It's A Puppy

After searching through some shrubs, Jonathan found the source of the sound. There was a tiny puppy curled up in what looked like a nest.


Pinterest

If there's one, there must be more, Jonathan thought to himself and began searching. But he couldn't find any other puppies or the mother. Had the puppy been abandoned?

### Did Something Happen To It?

Jonathan wondered if the puppy might be injured or sick. He had heard of dogs abandoning their pups if they weren't fit.


Pinterest


Pinterest

He picked the little guy up and started inspecting him. But Jonathan couldn't find any injuries, and even though the pup was weak, it didn't seem to be sick.

## Unnatural

That was when Jonathan realized that the nest the puppy was in didn't seem natural. It was far too neat and tidy to be something built by an animal.


Flickr

It had to have been built by a human. But who would be so cruel to leave a puppy, so young its eyes didn't even open yet, to such a terrible fate?

## Wondering

Jonathan looked down at the puppy again and started wondering. Was it even a puppy? It had a lot of the same features, but something about it seemed odd. Jonathan just couldn't figure out what it was.




Dreamstime

However, that wouldn't stop him from helping the little guy. He would take it home, and after making sure it was okay, he'd put it up for adoption.

## Heading Back

Determined to save the little bundle of fluff he found, Jonathan cleared up some space in his bag and created an area that would keep the pup warm and protected.


Canva

He put the puppy in his bag and started heading back toward his car. The skies were getting dark, and Jonathan wanted to get back before the rain started.

## Having Doubts

Throughout his walk, Jonathan made a few stops to check on the puppy. But the more he looked at it, the more his suspicions grew.



But the more he looked at it, the more his suspicions grew.


Canva

He started wondering if it was some kind of cross-breed he had never heard of before. But it was far too young to tell as it had no distinctive features.

### Deciding To Go To The Vet

He decided that it would be best to take the pup to the vet. If he wanted to give it to a shelter, he would need to make sure that it was in good health. And the vet might be able to answer some of the questions he had about it.


Canva

He didn't expect the vet to react the way he did.

### Reaching His Car

Jonathan finally managed to make it back to the parking lot, but he froze at the sight. There were no cars there.

### Reaching His Car

Jonathan finally managed to make it back to the parking lot, but he froze at the sight. There were no cars there.


Pinterest

It was nothing unusual since it was about to rain, and people would want to head home before it came pouring down. The problem was that his car was gone as well.

### Where Could It Have Gone?

Jonathan was certain he had parked in the first lot to the left. But there was no sign of his car. He started panicking.


Pinterest

It couldn't just have disappeared into thin air. It had to be around there somewhere. Jonathan started searching the area where his car was and quickly found a clue.

### Stolen

It couldn't just have disappeared into thin air. It had to be around there somewhere. Jonathan started searching the area where his car was and quickly found a clue.

## Stolen

Scattered across the gravel were small pieces of glass. His car had been stolen! He had been out in the woods the entire day, giving the thieves an opportunity to break in and steal his car without being noticed.


Depositphoto

He had no idea how he was going to get back to the city so he could get the pup to the vet. But he also didn't know that things were about to get a whole lot worse.


Angie Dickinson Is Turning 100, This Is Her Now

Copyright © 2023 FunnyAnd

# EXHIBIT M

**FunnyAnd**

DIY    Food    Fashion    Travel

# Teacher Keeps Throwing Away Boy's Lunch, When Parents Realize Why They Call 911

By <u>Nicole</u> / Feb 16, 2023

### Hungry Little Boy

Anthony couldn't comprehend why his son, Mike, was coming home hungry every day. Whenever they sent him to school, he had a lunch box with him, and there should've been enough in it to ensure the little boy stayed full.


Canva

To make matters worse, little Mike seemed terrified when his parents questioned him about it.

### Talking To The Class

Anthony was worried about the situation and decided to approach the

ADVERTISEMENT



START TODAY
GET YOUR
FIRST CLASS
FREE



The future starts now

xfinity
10G

To make matters worse, little Mike seemed terrified when his parents questioned him about it.

### Talking To The Class

Anthony was worried about the situation and decided to approach the school to find out if they knew what was happening. But the principal was just as unaware of what was happening as Anthony was.


Canva

They decided to take another approach and questioned Mike's classmates. The other students told them that Mike never brought lunch from home.

### Addressing The Principal

This information shocked Anthony to his core. He was confused by the fact that the other students were under the assumption that Mike didn't have food because the family was poor.


Canva

xfinity
10G
Learn more


Canva

He thought something must've happened in the hallway or while Mike was going to school. He addressed his concerns with the principal, who offered to help him find the truth.

### The Substitute Teacher

When Mike was called out of class and asked about the food, he started crying, which made his parents feel even worse. But he didn't offer up any information. It was the teacher who came in next that gave them a clue.


Canva

She told Anthony and the principal that there was a new substitute teacher who was acting odd whenever he was near Mike.

### Talking To The Teacher

The principal immediately called the substitute teacher, Clive, into his office. And when he saw Anthony sitting there, his demeanor changed.




Canva

The principal confronted Clive about Mike and his situation, but Clive said he had no idea what they were talking about. However, his act wasn't as convincing as he believed it was.

## Something Wasn't Right

The principal asked to speak to Clive privately, and Anthony agreed. But his suspicions about Clive were confirmed when another teacher, who had come in to comfort Anthony, told him that she felt Clive was up to something.


Canva

It was clear that Anthony had to act right away. But things didn't go as well as he hoped they would.

## They Had Nothing

When Anthony was called back into the principal's office, the atmosphere had shifted. The principal informed Anthony that he couldn't do anything about the situation because they had no evidence.



about the situation because they had no evidence.


Getty Images

Since Mike refused to tell them what was happening and Clive insisted that he knew nothing, their hands were tied.

## They Had To Find The Truth

The pair agreed that they would have to devise a different plan if they wanted the situation to end. But they had no idea what they could do.


Shutterstock

Over the next few days, the situation seemed to get worse. Mike refused to talk to his parents, making it look like Anthony's visit to the principal worsened matters.

## A Confrontation

Anthony had had enough of waiting and decided it would be best to take matters into his own hands. The very next day, he drove to the school and confronted Clive.

### A Confrontation

Anthony had had enough of waiting and decided it would be best to take matters into his own hands. The very next day, he drove to the school and confronted Clive.


Canva

He waited for the class to finish before he entered, and it was clear that Clive was shocked by his presence. But Anthony was in for yet another surprise.

### Even More Questions

When Anthony confronted Clive, the substitute teacher remained calm. But he did tell Anthony that things weren't as they appeared to be.


Skalp

This confused Anthony even more. And after a relatively short conversation, he had more questions than when he first arrived. The situation was getting stranger with each interaction he had with the man.

This confused Anthony even more. And after a relatively short conversation, he had more questions than when he first arrived. The situation was getting stranger with each interaction he had with the man.

## Very Suspicious

After the two men had their conversation, every single alarm bell in Anthony's head went off. It wasn't what the teacher said that had his suspicions raised, though.


Shutterstock

It was just that the whole interaction gave Anthony a strange feeling. Anthony wasn't sure what to think anymore, but he was convinced he had to do something about this situation.

## Long Drive Home

On his way home, Clive's words kept echoing through Anthony's mind. "Don't worry about it…" "Everything is perfectly fine with Mike…"




Canva

He said it more than he should've, and Anthony knew it wasn't true. He was very concerned about his son and felt even worse than he did before he went to the school.

## A Search

When he got home, Anthony came up with a fantastic idea. He put Clive's full name into Google, hoping he would get some answers.


Canva

To his great astonishment, he could only find the man listed on one website. It was the primary school he had worked at before joining Mike's school.

## Talking To The School

Clive was listed as one of the teachers on the school's website, but it also said he was no longer active there. However, that meant nothing to Anthony.




Canva

He decided to call the school and hear what they had to say. But the information they gave him had his concerns shooting through the roof.

### Trying To Convince His Son

Anthony couldn't contain his concern anymore, and during the family dinner, he asked Mike if Clive was doing something they needed to know about.


Canva

Once again, Mike seemed terrified. The child was so scared that he was stuttering, but he said the exact same words that Clive said. Because of that, Anthony wasn't convinced. It was almost as if his son had been told what to say.

### A Secret

Anthony knew that there was definitely something strange going on. And it all had to do with his son's teacher. He worried about the wellbeing of his son, just as any parent should.

Anthony knew that there was definitely something strange going on. And it all had to do with his son's teacher. He worried about the wellbeing of his son, just as any parent should.


Pexels

Why was his son keeping secrets from him? His lunch was missing every day, and he knew the teacher had something to do with it. He knew that he had to think of something quickly for the sake of his son.

## A Plan

That's when Anthony began devising a plan. He had to think of something sneaky if he wanted to learn the truth surrounding his son's circumstances.




Pexels

He knew that it had to be subtle. He couldn't come barging through the classroom doors after all. He started with the principal. Maybe he could help him after all?

## Asking The Principal

Anthony was going to take his suspicions to the highest authority at the school. He knew that if he at least made the principal aware of the situation, something might come of it all.


Pexels

He had to at least try. What kind of father would he be if he didn't look out

He had to at least try. What kind of father would he be if he didn't look out for his son's wellbeing? He'd find out soon enough what stance the principal was willing to take.

## Complaints

Anthony made his way into the principal's office despite his assistant telling him he needed an appointment. He walked over to the principal sitting in his chair, and definitely surprised him.


Pexels

Before the principal could say anything, Anthony said, "Hi, I'm sure you recognize me. I'm Michael's father. I have some complaints about a teacher."

## No Evidence

Anthony explained everything he suspected to the principal. He looked concerned but then shook his head. Clearly, something was wrong.

## No Evidence

Anthony explained everything he suspected to the principal. He looked concerned but then shook his head. Clearly, something was wrong.


Pexels

The principal looked Anthony dead in the eyes and said, "I'm sorry, there's not much that I can do without any evidence." Anthony felt his blood begin to boil. Would he really do nothing?

## Leaving With Nothing

Anthony stormed out of the office with nothing. The principal wouldn't budge on needing evidence. He decided that he would have to take matters into his own hands.




Pexels

If the principal wanted evidence, well, then Anthony would gather up whatever evidence was needed. But he knew he wouldn't be doing things by the book.

## A Sneaky Way Of Doing Things

Anthony was fuming as he went home, but he was already formulating a plan in his head. He knew exactly what would help his son, but he knew it would be very risky.


Pexels

He couldn't think of any other way to go forward. He wished he could have done things differently, but it was already too late. It would have to be a sneaky way of doing things if he wanted to go forward.

## Putting Something In His Backpack

The next day, Anthony was ready to go forward with his plan. While his son was getting ready for school, he slipped something small into the front

### Putting Something In His Backpack

The next day, Anthony was ready to go forward with his plan. While his son was getting ready for school, he slipped something small into the front pouch of his backpack.


Pexels

His son came down the stairs and ate breakfast before they left together to go to school. Anthony dropped him off, smiling to himself for his shrewdness. The teacher's secret would finally be out.

### A Recording Device

Anthony had put a recording device in his son's backpack. He'd be able to record the entire interaction between his son and the teacher. After dropping him off, he made his way to work.




Pexels

While at work, all that Anthony knew he could do was wait. His boss even asked him why he was smiling the entire time. But it was because he knew that he'd soon have the teacher begging for mercy.

## Listening To The Recording

Later that day, Anthony picked up Mike from school and deftly swiped the recorder back from the backpack.


Pexels

He asked his son how his day was, but yet again, he looked sad. That's when Anthony knew that he was doing the right thing. He took out the recorder and played it back. But when he heard the conversation between his son and his teacher, he knew what he had to do.

## Organizing A Meeting

Anthony called the principal and organized a meeting the next day. He

recorder and played it back. But when he heard the conversation between his son and his teacher, he knew what he had to do.

## Organizing A Meeting

Anthony called the principal and organized a meeting the next day. He explained that he had the evidence that would break the case wide open.


Pexels

Now all Anthony had to do was wait for that meeting. He was now as smug as ever and would ensure that the teacher's secret would be out. His son would end up begging him not to, but what kind of father could he be without protecting his son?

## Everyone Ready

The next day, after school, Anthony sat with Mike and the principal in his office. After waiting for five minutes, Clive, the teacher, came in as well. He looked surprised as if he had no idea what was coming.





Pexels

Anthony smiled in satisfaction and asked the important question, "Should I play the recording for you, principal?"

## The Recording

Anthony got permission and started playing the recording. He watched the teacher go pale as he heard his voice come up on the recorder. He could tell that all of the blood had drained from his face.



Pexels

Finally, he would get what was coming to him for what he had done with his son. Anthony just sat back in satisfaction.

## Giving His Lunch

Pexels

Finally, he would get what was coming to him for what he had done with his son. Anthony just sat back in satisfaction.

## Giving His Lunch

Everyone couldn't believe what they heard. They heard Mike giving his lunch to Clive. But then, they heard him calling up another boy. Clive then handed the food to the other child.



Pexels

After a second of confusion, Mike explained what was going on to the principal. But it would be the ultimate twist.

## A Good Deed

Mike finally told everyone in the room the secret. He had collaborated with his teacher to give one of his classmates his lunch every day. This was because the child was too poor to afford his own lunch.




Pexels

Mike was happy to give up his food for a less fortunate student, and Clive was proud of him for doing so. Mike was embarrassed and didn't want anyone to know. But from then on, Anthony packed his son two lunches.

In order to protect the privacy of those depicted, some names, locations, and identifying characteristics have been changed and are products of the author's imagination. Any resemblances to actual events, places, or persons, living or dead, are entirely coincidental.

Suncadia Resort
Relax In The Glade Spring Spa & Enjoy The Refreshing Summer Air Of The Cascade Mountains.
BOOK NOW

# EXHIBIT N



DIY    Food    Fashion    Travel

ADVERTISEMENT

# Twins Who Married Twins Both Pregnant, Look What Doctor Finds

By Melanie / Feb 27, 2022

## Impossible!

His brow furrowed as he took in the two images in front of him. Then, he raced over to their medical charts to find their blood work. It didn't make sense.







Public Domain



Briana and her sister watched with growing concern as the doctor's eyes widened further and further in disbelief. "How is this possible?", he muttered. Suddenly, he looked at them with something resembling fear.

## A Special Bond

Briana Deane and her twin sister Brittany had a special bond. They were closer than any other twins they knew. But when it came to their dating life, they preferred to keep their love interests quiet until they were sure it was serious.


Credits

This worked out great for the most part, but this time, Briana really wished she said something sooner.

## Same But Different

The girls were unique women - with their own likes, personality quirks, and attitudes.




Instagram // salyerstwins

One big example was the fact that Brittney loved flying but Briana was terrified; which made vacations quite the challenge. However, their individuality didn't spare them from the many problems that life made them suffer through together.

## Hard Childhood

Brittney remembered one particularly scary hospital visit when they were very young.


Instagram // salyerstwins

All she knew was that both of them were in pain and could barely breathe, while their parents yelled at the doctors for not knowing what they were doing. After that, the twins developed a distrust of health professionals - and it was a distrust that would be tested sooner than they thought.

Instagram // salyerstwins

All she knew was that both of them were in pain and could barely breathe, while their parents yelled at the doctors for not knowing what they were doing. After that, the twins developed a distrust of health professionals - and it was a distrust that would be tested sooner than they thought.

## Full Of Secrets

Briana bumped into her future husband at a twins festival in Twinsburg, Ohio. His name was Josh Salyers, and he also had a twin, Jeremy. Brittany and Jeremy casually chatted as sparks flew between Briana and Josh.



InsideEdition

Soon, they fell in love and it was time to tell Brittany that she finally found the one. But Brittany also had a secret of her own.

## Better Than Planned

Briana watched her sister's face transform into shock and awe as she told her all about Josh Salyers.




InsideEdition

Her reaction didn't make much sense until she returned the favor and told her that she had been dating his twin brother, Jeremy, where things had also gotten serious.

## Under One Roof

The girls dreamed of a white wedding and of all four of them moving into the same house. They wanted to live together under one roof so that they would stay as close together as possible and remain in each other's lives.


Instagram/Salyers Twins

But first, there was something they had to do. And soon, they'd find out that this wouldn't be the fairytale they were hoping for.

## Doctor Visit

They had to visit the doctor. All they wanted to do was talk to a mid-wife, but the entire family eventually pressured them into visiting a bland office that smelled of disinfectant.

## Doctor Visit

They had to visit the doctor. All they wanted to do was talk to a mid-wife, but the entire family eventually pressured them into visiting a bland office that smelled of disinfectant.


Instagram // salyerstwins

Bad news had always filled places like these. When the doctor walked in, wearing a slight frown, their hearts started to race. Was it bad news?

## Alarm Bells

Since Brianna and her sister were in their late thirties, they decided they wanted to get a fertility check. It was just a precaution, but when they told the doctor that they were dating identical twins too, they were shocked by what the doctor said.




Youtube / Inside Edition

Although they were fertile, the doctor warned them against starting a family with their unorthodox partners but Brittany and Briana wouldn't listen.

### Double Proposal

It wasn't long after that Josh and his twin, Jeremy, proposed simultaneously to Briana and Brittany. As in keeping with the way the two pairs of twins have lived their lives, they did absolutely everything together.


Youtube / Inside Edition

They got married together, bought a house to live in together. Everything seemed to be going great, but deep within the corners of Briana's mind, all she could think of was the doctor's stark warning.

### Special Wedding

Brittney and her sister Briana had made headlines when they got engaged to another pair of identical twins.



to another pair of identical twins.


Instagram // salyerstwins

The story went viral and TLC offered to pay for the entire wedding if they could film and air the event. It was a magical experience that was so different compared to the years leading up to this special day.

## Whirlwind

Briana felt jitters and tears as she walked down the aisle and got married, with her best friend and twin sister right beside her. And the wonderful euphoria lasted all the way through the honeymoon.


Instagram // salyerstwins

Of course, it wasn't long until they were both pregnant. The amazing news, however, was quickly countered with an unpleasant reality.


Instagram // salyerstwins

Of course, it wasn't long until they were both pregnant. The amazing news, however, was quickly countered with an unpleasant reality.

## Something's Wrong

Briana tried to ignore the feeling that something wasn't quite right about all this. Perhaps the ideas about how they wanted to live their life were wrong.


Instagram / Saylertwins

She held her swollen tummy in her hands as she wished she stayed to listen to what the doctor had to say. What was so important that he'd discourage them from starting a family? Disaster was just around the corner.

## Not Giving Up

Brittany was three months pregnant when she suffered a miscarriage. With Briana four weeks behind her, she feared that this same thing would happen to her. They had the same body after all.




InsideEdition

After an anxious wait, it was as predicted. Briana followed in her sister's footsteps and had a miscarriage at exactly the same timeframe. It was a devastating loss but it didn't discourage them.

## More Warnings

It was less than half a year by the time Briana and Brittany found themselves pregnant again. This time the pregnancies were smooth and their checkups with their doctor were more frequent.


Youtube / Inside Edition

But once again, they faced another warning. They listened as the doctor reinstated how rare this situation actually was, and how little they knew about the repercussions involved in such a medical anomaly.

## Ignored Advice

The doctor sat across from their group and sighed. "Ladies, I thought I told

reinstated how rare this situation actually was, and how little they knew about the repercussions involved in such a medical anomaly.

## Ignored Advice

The doctor sat across from their group and sighed. "Ladies, I thought I told you to come and talk to me before you decided to start a family."


Instagram // salyerstwins

Briana felt the hairs on the back of her neck stand up in anger. "No, you told our mother that." He shook his head and pulled out a folder.

## How Dare He

It was her and Brittany's medical history. He went on to use words like testing, health, prenatal preparation, and a bunch of other medical jargon.




Instagram // salyerstwins

She tightened the grip on her husband's hand. Who was he to say they shouldn't have kids now?! She was about to tell him off, but the next piece of news was heartbreaking.

## Passed On Problems

The doctor went on to explain that because of their past genetic problems and the pending tests on their husbands, there was a chance that both she and her sister's baby could have the same defective genetic issues passed down to them.


Instagram // salyerstwins



Instagram // salyerstwins

In short, their kids could be as sick as the girls had been when they were babies.

## Two Thoughts

"It's obviously your body and your choice," the doctor said, "I just wish you would have come here so we could have prepared better."



Instagram // salyerstwins

"Now, all we can do is watch closely and be careful." Briana leaned into her husband and started to cry. Two thoughts crashed and fought around in her head.

## New Odds

First, she hated everything to do with hospitals. But second, it was her job to make sure her family would be safe and healthy.




Credit: Parents.com

Babies might have been a grab bag of genetic materials, but their paring of identical twins created an entirely different set of odds. Then, the doctor looked at their scans.

## Wild Discovery

His eyes popped as he took in the two images he held in his hands. Then, he raced over to their medical charts to find their blood work. It didn't make sense.


Youtube / Inside Edition

Briana and her sister watched with growing concern as the doctor's eyes darted across their scans and test documents. What was he seeing?

## Revelation

"Is everything okay?" Briana asked as she looked at her sister, who lay on the ultrasound table beside her. Then suddenly, the doctor's mind stopped

darted across their scans and test documents. What was he seeing?

## Revelation

"Is everything okay?" Briana asked as she looked at her sister, who lay on the ultrasound table beside her. Then suddenly, the doctor's mind stopped racing. His eyes widened in disbelief as he let out a big sigh. His hands fell to his side as he approached the twins.


Youtube / Inside Edition

What was wrong? Was this what he warned them about? But what he was about to say was far beyond anyone's expectations, including his own.

## Not Cousins!

The doctor grabbed a chair and sat next to the twins as he explained what the test results were now beginning to show. It was the unknown that he was most nervous about for them. But now, things were starting to become clear.




Youtube / Inside Edition

Although Briana's and Brittany's babies are from two different fathers and two different mothers, they are only respectively cousins. Which means...

## Siblings

Genetically speaking, Briana and Brittany's children, current or future - as long as they remain with their spouses - will always be full biological siblings to each other... even though they would have different parents.


Instagram/Salyer Twins

"For an OB doc, this is like winning the lottery. It's really that rare!" said their doctor. And for the couples, winning the lottery is exactly what this discovery felt like.

## Keeping A Smile

Still, at that point, all they could do was go on bedrest together.




Credit: FOX 5 San Diego

They smiled at their growing bellies, giggled at their identical cravings for pickles and Starburst candies, and held each other tight when something felt "wrong."

## It's Time

Eight months and two weeks later, Brianna was the first to go into labor.


Credit: Credit

And, in fine twin fashion, Brittney felt her water break only a few hours later. The worst part, however, was being separated. She gripped her husband's arm and gave one final push. Cries filled the delivery room.

## The Same Pain

And, in line with fashion, Brittney felt her water break only a few hours later. The worst part, however, was being separated. She gripped her husband's arm and gave one final push. Cries filled the delivery room.

## The Same Pain

Wave after wave of pain washed over Briana's body, but all she could do was ride it out.


Credit: Barefoot Blonde

Somewhere, she knew her sister was in the same agony. They had ignored all the warnings and strong advice. It was their lives and their choice. All they could do was pray for it to end and for them to find out the truth.

## Good NEws

Despite the high risk, she cried with joy as she learned that both babies were perfectly healthy.




Credit: Verywell Family

They had won the DNA lottery and wouldn't have to suffer as they had. However, as they held their tiny infants, they both agreed that they would check with a doctor before having another.

## Viral News

Briana and Brittany, as well as their husbands, were thrilled to know that their children were going to be siblings, especially as they'll be growing up in a house with four parents anyway!


Youtube / Inside Edition

But not everyone was as happy as the twins once they found out about their unique story. Reporters and journalists raced to interview them, which they accepted. But the news spread fast, and so did conflicting opinions.

## Unique Situation

TLC realized what a unique situation the Deane sisters' wedding was and aired the entire documentary of the twins' wedding ceremony, titled "Our Twinsane Wedding". Their wedding's theme was "Twice Upon a Time," and the identical twin couples were even married by identical twin ministers.

TLC realized what a unique situation the Deane sisters' wedding was and aired the entire documentary of the twins' wedding ceremony, titled "Our Twinsane Wedding". Their wedding's theme was "Twice Upon a Time," and the identical twin couples were even married by identical twin ministers.


InsideEdition

And, with the recent announcement of the new arrivals in the Salyer family, the quartet has become more famous than ever.

## What Are The Odds?

It doesn't happen very often that an identical twin would find and marry another identical twin. So it's no surprise that the story of the Deane sisters and Salyer brothers piqued the interest of many netizens and TV viewers.




InsideEdition

Many people were incredibly intrigued by the entire story, and it attracted a lot of attention from the media. While most of the attention was positive, some people had other opinions.

## The Good Life

Some people disagreed with Briana and Brittany's extremely close married relationship and lifestyle choices. They found it too odd and strange that the grown-up couples lived together, under one roof, and were intent on raising their families together, too.


InsideEdition

But to Briana and Brittany, it just made sense... for more reasons than one.

## It works For Them

Briana and Brittany just happen to work in the same law firm, and Jeremy and Josh also work together. So, it's easy for them to commute to work together.



together.


InsideEdition

Both pairs of twins are inseparable and couldn't imagine spending time apart from their twins, so it also saved on fuel having to go back and forth from each other's homes. Admittedly, it's an extremely unusual set-up, but it seems to work for them.

## Always One Question

For Briana and her sister, as well as their husbands, life couldn't get much better. Even though there were always haters coming out of the woodwork to express their negative opinions on their lifestyle choices, they didn't let negative opinions get to them!




InsideEdition

Although Briana and Brittany are very open about their choices, one question never fails to arise...

## Do They Ever Get Confused?

Whenever the girls do interviews, people never fail to ask them if the couples have ever been mixed up or kissed the wrong twin.




InsideEdition

But the girls are quick to set things straight: this has never occurred. In fact, Brittany has even gone on to say that it's weird for people to even think about such things.

## All Planned

Brittany and Brianna are keen to help raise their children as a multi-parent unit, but that's not all. They actually planned to both get pregnant at the same time, which takes a great deal of planning and quite a bit of luck.


InsideEdition

"If Brittany were pregnant, I'd rather be pregnant too," Briana explained. "Being pregnant at different times would be difficult, especially with the physical changes that are taking place."

## Even More Similarities

Briana and Brittany are incredibly aware of the unique lifestyle they have chosen to share and of outsiders' perceptions. Even before they met their future husbands, they wanted to devote a blog to photos of themselves dressing and living in an identical way.

### Even More Similarities

Briana and Brittany are incredibly aware of the unique lifestyle they have chosen to share and of outsiders' perceptions. Even before they met their future husbands, they wanted to devote a blog to photos of themselves dressing and living in an identical way.


InsideEdition

But there's yet another thing that makes Jeremy and Josh similar to Brittany and Brianna.

## Soulmates

If it's even possible to find more symmetry, Briana was first-born in her twinhood, the same as Jeremy, while both Brittany and Josh came out second. True soulmates, alike in everything!


InsideEdition



InsideEdition

Down to the last detail, these two pairs were meant to be. After the birth of their babies, the quartet was elated! They couldn't have planned it better.

## Destiny

It seems like the two pairs of twins were destined for each other from the moment they were born.



InsideEdition

Perhaps this is why Brittany gravitated to Jeremy and Brianna to Josh - it's as if they instinctively knew which twin felt most like them. If you read it in a book, you'd think it was too perfect, but it's true!

## Stars Aligning

"The stars had to align. I get to marry the man of my dreams and at the same time I get to look over next to me and see my twin sister marrying the man of her dreams," Brittany said in an interview.





InsideEdition

The odds of something like this even happening are pretty astounding. And, for the Salyer couples, all of their childhood dreams came true!



**Angie Dickinson Is Turning 100, This Is Her Now**



DIY    Food    Fashion    Travel

ADVERTISEMENT

# Twins Who Married Twins Both Pregnant, Look What Doctor Finds

By Melanie / Feb 27, 2022

### Impossible!

His brow furrowed as he took in the two images in front of him. Then, he raced over to their medical charts to find their blood work. It didn't make sense.









Public Domain



Briana and her sister watched with growing concern as the doctor's eyes widened further and further in disbelief. "How is this possible?", he muttered. Suddenly, he looked at them with something resembling fear.

## A Special Bond

Briana Deane and her twin sister Brittany had a special bond. They were closer than any other twins they knew. But when it came to their dating life, they preferred to keep their love interests quiet until they were sure it was serious.



Credits

This worked out great for the most part, but this time, Briana really wished she said something sooner.

## Same But Different

The girls were unique women - with their own likes, personality quirks, and attitudes.




Instagram // salyerstwins

One big example was the fact that Brittney loved flying but Briana was terrified; which made vacations quite the challenge. However, their individuality didn't spare them from the many problems that life made them suffer through together.

## Hard Childhood

Brittney remembered one particularly scary hospital visit when they were very young.


Instagram // salyerstwins

All she knew was that both of them were in pain and could barely breathe, while their parents yelled at the doctors for not knowing what they were doing. After that, the twins developed a distrust of health professionals - and it was a distrust that would be tested sooner than they thought

Instagram // salyerstwins

All she knew was that both of them were in pain and could barely breathe, while their parents yelled at the doctors for not knowing what they were doing. After that, the twins developed a distrust of health professionals - and it was a distrust that would be tested sooner than they thought.

## Full Of Secrets

Briana bumped into her future husband at a twins festival in Twinsburg, Ohio. His name was Josh Salyers, and he also had a twin, Jeremy. Brittany and Jeremy casually chatted as sparks flew between Briana and Josh.



InsideEdition

Soon, they fell in love and it was time to tell Brittany that she finally found the one. But Brittany also had a secret of her own.

## Better Than Planned

Briana watched her sister's face transform into shock and awe as she told her all about Josh Salyers.




InsideEdition

Her reaction didn't make much sense until she returned the favor and told her that she had been dating his twin brother, Jeremy, where things had also gotten serious.

## Under One Roof

The girls dreamed of a white wedding and of all four of them moving into the same house. They wanted to live together under one roof so that they would stay as close together as possible and remain in each other's lives.


Instagram/Salyers Twins

But first, there was something they had to do. And soon, they'd find out that this wouldn't be the fairytale they were hoping for.

## Doctor Visit

They had to visit the doctor. All they wanted to do was talk to a mid-wife, but the entire family eventually pressured them into visiting a bland office that smelled of disinfectant.

## Doctor Visit

They had to visit the doctor. All they wanted to do was talk to a mid-wife, but the entire family eventually pressured them into visiting a bland office that smelled of disinfectant.


Instagram // salyerstwins

Bad news had always filled places like these. When the doctor walked in, wearing a slight frown, their hearts started to race. Was it bad news?

## Alarm Bells

Since Brianna and her sister were in their late thirties, they decided they wanted to get a fertility check. It was just a precaution, but when they told the doctor that they were dating identical twins too, they were shocked by what the doctor said.




Youtube / Inside Edition

Although they were fertile, the doctor warned them against starting a family with their unorthodox partners but Brittany and Briana wouldn't listen.

## Double Proposal

It wasn't long after that Josh and his twin, Jeremy, proposed simultaneously to Briana and Brittany. As in keeping with the way the two pairs of twins have lived their lives, they did absolutely everything together.


Youtube / Inside Edition

They got married together, bought a house to live in together. Everything seemed to be going great, but deep within the corners of Briana's mind, all she could think of was the doctor's stark warning.

## Special Wedding

Brittney and her sister Briana had made headlines when they got engaged to another pair of identical twins.



to another pair of identical twins.


Instagram // salyerstwins

The story went viral and TLC offered to pay for the entire wedding if they could film and air the event. It was a magical experience that was so different compared to the years leading up to this special day.

## Whirlwind

Briana felt jitters and tears as she walked down the aisle and got married, with her best friend and twin sister right beside her. And the wonderful euphoria lasted all the way through the honeymoon.


Instagram // salyerstwins

Of course, it wasn't long until they were both pregnant. The amazing news, however, was quickly countered with an unpleasant reality.


Instagram // salyerstwins

Of course, it wasn't long until they were both pregnant. The amazing news, however, was quickly countered with an unpleasant reality.

## Something's Wrong

Briana tried to ignore the feeling that something wasn't quite right about all this. Perhaps the ideas about how they wanted to live their life were wrong.


Instagram / Saylertwins

She held her swollen tummy in her hands as she wished she stayed to listen to what the doctor had to say. What was so important that he'd discourage them from starting a family? Disaster was just around the corner.

## Not Giving Up

Brittany was three months pregnant when she suffered a miscarriage. With Briana four weeks behind her, she feared that this same thing would happen to her. They had the same body after all.




InsideEdition

After an anxious wait, it was as predicted. Briana followed in her sister's footsteps and had a miscarriage at exactly the same timeframe. It was a devastating loss but it didn't discourage them.

## More Warnings

It was less than half a year by the time Briana and Brittany found themselves pregnant again. This time the pregnancies were smooth and their checkups with their doctor were more frequent.


Youtube / Inside Edition

But once again, they faced another warning. They listened as the doctor reinstated how rare this situation actually was, and how little they knew about the repercussions involved in such a medical anomaly.

## Ignored Advice

The doctor sat across from their group and sighed. "Ladies, I thought I told

reinstated how rare this situation actually was, and how little they knew about the repercussions involved in such a medical anomaly.

## Ignored Advice

The doctor sat across from their group and sighed. "Ladies, I thought I told you to come and talk to me before you decided to start a family."


Instagram // salyerstwins

Briana felt the hairs on the back of her neck stand up in anger. "No, you told our mother that." He shook his head and pulled out a folder.

## How Dare He

It was her and Brittany's medical history. He went on to use words like testing, health, prenatal preparation, and a bunch of other medical jargon.




Instagram // salyerstwins

She tightened the grip on her husband's hand. Who was he to say they shouldn't have kids now?! She was about to tell him off, but the next piece of news was heartbreaking.

## Passed On Problems

The doctor went on to explain that because of their past genetic problems and the pending tests on their husbands, there was a chance that both she and her sister's baby could have the same defective genetic issues passed down to them.


Instagram // salyerstwins


Instagram // salyerstwins

In short, their kids could be as sick as the girls had been when they were babies.

## Two Thoughts

"It's obviously your body and your choice," the doctor said, "I just wish you would have come here so we could have prepared better."


Instagram // salyerstwins

"Now, all we can do is watch closely and be careful." Briana leaned into her husband and started to cry. Two thoughts crashed and fought around in her head.

## New Odds

First, she hated everything to do with hospitals. But second, it was her job to make sure her family would be safe and healthy.




Credit: Parents.com

Babies might have been a grab bag of genetic materials, but their paring of identical twins created an entirely different set of odds. Then, the doctor looked at their scans.

## Wild Discovery

His eyes popped as he took in the two images he held in his hands. Then, he raced over to their medical charts to find their blood work. It didn't make sense.


Youtube / Inside Edition

Briana and her sister watched with growing concern as the doctor's eyes darted across their scans and test documents. What was he seeing?

## Revelation

"Is everything okay?" Briana asked as she looked at her sister, who lay on the ultrasound table beside her. Then suddenly, the doctor's mind stopped

## Revelation

"Is everything okay?" Briana asked as she looked at her sister, who lay on the ultrasound table beside her. Then suddenly, the doctor's mind stopped racing. His eyes widened in disbelief as he let out a big sigh. His hands fell to his side as he approached the twins.



Youtube / Inside Edition

What was wrong? Was this what he warned them about? But what he was about to say was far beyond anyone's expectations, including his own.

## Not Cousins!

The doctor grabbed a chair and sat next to the twins as he explained what the test results were now beginning to show. It was the unknown that he was most nervous about for them. But now, things were starting to become clear.




Youtube / Inside Edition

Although Briana's and Brittany's babies are from two different fathers and two different mothers, they are only respectively cousins. Which means...

## Siblings

Genetically speaking, Briana and Brittany's children, current or future - as long as they remain with their spouses - will always be full biological siblings to each other... even though they would have different parents.


Instagram/Salyer Twins

"For an OB doc, this is like winning the lottery. It's really that rare!" said their doctor. And for the couples, winning the lottery is exactly what this discovery felt like.

## Keeping A Smile

Still, at that point, all they could do was go on bedrest together.




Credit: FOX 5 San Diego

They smiled at their growing bellies, giggled at their identical cravings for pickles and Starburst candies, and held each other tight when something felt "wrong."

## It's Time

Eight months and two weeks later, Brianna was the first to go into labor.


Credit: Credit

And, in fine twin fashion, Brittney felt her water break only a few hours later. The worst part, however, was being separated. She gripped her husband's arm and gave one final push. Cries filled the delivery room.

## The Same Pain

And, in line with fashion, Brittney felt her water break only a few hours later. The worst part, however, was being separated. She gripped her husband's arm and gave one final push. Cries filled the delivery room.

## The Same Pain

Wave after wave of pain washed over Briana's body, but all she could do was ride it out.


Credit: Barefoot Blonde

Somewhere, she knew her sister was in the same agony. They had ignored all the warnings and strong advice. It was their lives and their choice. All they could do was pray for it to end and for them to find out the truth.

## Good NEws

Despite the high risk, she cried with joy as she learned that both babies were perfectly healthy.




Credit: Verywell Family

They had won the DNA lottery and wouldn't have to suffer as they had. However, as they held their tiny infants, they both agreed that they would check with a doctor before having another.

## Viral News

Briana and Brittany, as well as their husbands, were thrilled to know that their children were going to be siblings, especially as they'll be growing up in a house with four parents anyway!


Youtube / Inside Edition

But not everyone was as happy as the twins once they found out about their unique story. Reporters and journalists raced to interview them, which they accepted. But the news spread fast, and so did conflicting opinions.

## Unique Situation

TLC realized what a unique situation the Deane sisters' wedding was and aired the entire documentary of the twins' wedding ceremony, titled "Our Twinsane Wedding". Their wedding's theme was "Twice Upon a Time," and the identical twin couples were even married by identical twin ministers.

TLC realized what a unique situation the Deane sisters' wedding was and aired the entire documentary of the twins' wedding ceremony, titled "Our Twinsane Wedding". Their wedding's theme was "Twice Upon a Time," and the identical twin couples were even married by identical twin ministers.


InsideEdition

And, with the recent announcement of the new arrivals in the Salyer family, the quartet has become more famous than ever.

## What Are The Odds?

It doesn't happen very often that an identical twin would find and marry another identical twin. So it's no surprise that the story of the Deane sisters and Salyer brothers piqued the interest of many netizens and TV viewers.




InsideEdition

Many people were incredibly intrigued by the entire story, and it attracted a lot of attention from the media. While most of the attention was positive, some people had other opinions.

### The Good Life

Some people disagreed with Briana and Brittany's extremely close married relationship and lifestyle choices. They found it too odd and strange that the grown-up couples lived together, under one roof, and were intent on raising their families together, too.


InsideEdition

But to Briana and Brittany, it just made sense... for more reasons than one.

### It works For Them

Briana and Brittany just happen to work in the same law firm, and Jeremy and Josh also work together. So, it's easy for them to commute to work together.



together.


InsideEdition

Both pairs of twins are inseparable and couldn't imagine spending time apart from their twins, so it also saved on fuel having to go back and forth from each other's homes. Admittedly, it's an extremely unusual set-up, but it seems to work for them.

## Always One Question

For Briana and her sister, as well as their husbands, life couldn't get much better. Even though there were always haters coming out of the woodwork to express their negative opinions on their lifestyle choices, they didn't let negative opinions get to them!




InsideEdition

Although Briana and Brittany are very open about their choices, one question never fails to arise...

## Do They Ever Get Confused?

Whenever the girls do interviews, people never fail to ask them if the couples have ever been mixed up or kissed the wrong twin.




InsideEdition

But the girls are quick to set things straight: this has never occurred. In fact, Brittany has even gone on to say that it's weird for people to even think about such things.

## All Planned

Brittany and Brianna are keen to help raise their children as a multi-parent unit, but that's not all. They actually planned to both get pregnant at the same time, which takes a great deal of planning and quite a bit of luck.


InsideEdition

"If Brittany were pregnant, I'd rather be pregnant too," Briana explained. "Being pregnant at different times would be difficult, especially with the physical changes that are taking place."

## Even More Similarities

Briana and Brittany are incredibly aware of the unique lifestyle they have chosen to share and of outsiders' perceptions. Even before they met their future husbands, they wanted to devote a blog to photos of themselves dressing and living in an identical way.

### Even More Similarities

Briana and Brittany are incredibly aware of the unique lifestyle they have chosen to share and of outsiders' perceptions. Even before they met their future husbands, they wanted to devote a blog to photos of themselves dressing and living in an identical way.


InsideEdition

But there's yet another thing that makes Jeremy and Josh similar to Brittany and Brianna.

### Soulmates

If it's even possible to find more symmetry, Briana was first-born in her twinhood, the same as Jeremy, while both Brittany and Josh came out second. True soulmates, alike in everything!


InsideEdition


InsideEdition

Down to the last detail, these two pairs were meant to be. After the birth of their babies, the quartet was elated! They couldn't have planned it better.

## Destiny

It seems like the two pairs of twins were destined for each other from the moment they were born.


InsideEdition

Perhaps this is why Brittany gravitated to Jeremy and Brianna to Josh - it's as if they instinctively knew which twin felt most like them. If you read it in a book, you'd think it was too perfect, but it's true!

## Stars Aligning

"The stars had to align. I get to marry the man of my dreams and at the same time I get to look over next to me and see my twin sister marrying the man of her dreams," Brittany said in an interview.




InsideEdition

The odds of something like this even happening are pretty astounding. And, for the Salyer couples, all of their childhood dreams came true!


**Angie Dickinson Is Turning 100, This Is Her Now**