UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**CLERK'S MINUTES**

The Honorable Julie S. Sneed
Courtroom 11A

Trinity Prints & Media, Inc. et al v. Romanyuk et al
8:23-cv-00449-MSS-JSS

| **Date**: December 11, 2023 | **Court Reporter**: Digital |
|---|---|
| | **Interpreter**: N/A |
| **Time**: 2:00 PM–2:42 PM \| Total: 42 Mins | **Deputy Clerk**: Sarah Toombs |

| **Plaintiff's Counsel** | **Defense Counsel** |
|---|---|
| Bart R. Valdes, Esq. | Robert Ernest Johnson, Esq. |
| Clair E. Wischusen. Esq. | Michael John Colitz , III, Esq. |
| Damon W.D. Wright, Esq. | |

**Motion Hearing**

All parties present.

Matter is before the court on Plaintiff's Motion to Compel Production of Documents (Dkt. 44).

Court hears argument by counsel.

Court grants the motion. Court will issue a written order.

Defendants are to provide Supplement with additional documents by 1/19/24.

Court in recess.